*John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)


# Declaration of Robert Penchina

In Support of Motion for Summary Judgment


# Exhibit 1



(Ptilonorhynchus violaceus). F07-109935 © John Cancalosi - Mozilla Firefox

ry  Bookmarks  Tools  Help

l (Ptilonorhynchus ...  +

tock.com/en/Stock-Images/Righ  ☆ ▽ C  ⌂  🖨  ♥  ·  Google  »  Google



HOME    IMAGES    VIDEOS    CDS    PURCHASE AREA    ABOUT US    BLOG    BECOME A CONTRIBUTOR    PHOTOGRA

United States  Change country  -  log in  -  Register if you haven't done it yet!!

español  français  ☺  ☺  lightboxes

## Male Satin Bowerbird (Ptilonorhynchus violaceus) (F07-109935)



F07-109935 - (c) - John Cancalosi

Caption: Male Satin Bowerbird (Ptilonorhynchus violaceus). Image Code: F07-109935. Photographer: John Cancalosi. Collection: age fotostock. Rights Managed

Instructions for downloading the preview image
By downloading the image above you agree to the terms and conditions of the Comping License Agreement for Rights Managed Products

### Release information
No signed releases for this image.

### Important additional information
Please contact us, if you wish to license this image with exclusive rights.

### IMAGE Details

F07-109935 © John Cancalosi
**Rights Managed**
age fotostock

> View enlarged size
> Add to lightbox
> Download HighRes
> Price quote
> Add to shopping cart

> See more similar images

### HI-RES availability

A10+ (500 KB - 72ppi RGB)
A8+ (2 MB - 300ppi RGB)
A5 (10 MB - 300ppi RGB)
A4 (26 MB - 300ppi RGB)
Check availability for larger sizes

### PHOTOGRAPHER Details



John Cancalosi

> See profile
> See all images of this photographer

| 50 | | John Cancalosi<br><br>*Satin bowerbird (Ptilonoraynchus violaceus) male* | 1s186870 |





| 19 | | John Cancalosi<br>*Fossil Dragonfly, early cretaceous period* | 1s228171 |

http://www.gettyimages.com/detail/photo/joshua-tree-national-monument-southern-high-res-stock-photography/128117958



## gettyimages®

**You're viewing a watermarked image.** For no watermark, **sign in** or **register.**
(Some images may still show a watermark.)

gty.im/
128117958

By
S.J. Krasemann

- **View pricing**
- **Add to cart**
- **Add to lightbox**
- **Print preview image**
- **Download preview image**
  View terms of use
- **Search for more images like this**

**Resources**
- Choosing the right keywords
- About our search features

**Chat with a sales representative**

Live chat

Title: JOSHUA TREE NATIONAL MONUMENT. SOUTHERN CALIFORNIA. H

Creative image #: 128117958

License type: Rights-managed

Photographer: S.J. Krasemann

Collection: Peter Arnold

Credit: S.J. Krasemann

Max file size/dimensions/dpi: 36.5 MB - 4388 x 2911 px (14.63 x 9.70 in.) - 300 dpi - RGB Download file size may vary.

Release information: Not released. More information

Keywords: Scene, Landscape, Environment, Nature, Botany, Horizontal, Plant, Monument, USA, Wood, Tree, Cloud, Evergreen Tree, Desert, Arid Climate, California, New Mexico, Scenics, Dry, Fir Tree, Color Image, Photography, National, Heavy. Find similar images

Availability: Availability for this image cannot be guaranteed until time of purchase.

**Rights-managed pricing**  Learn about rights-managed licensing                    Prices in USD

Rights-managed pricing is based on how you plan to use this image.                    Calculate price

| | Image | Description | |
|---|---|---|---|
| 33 |  | Stephen J. Krasemann<br>*Joshua Tree National Monument* | 1s112571 |



200



Anup and Manoj Shah

*Orangutan (Pongo pygmaeus). mother and baby. Gunung Leuser National Park Indonesia.*





| 2 | | Tom & Pat Leeson<br>*Nurse log in Old Growth<br>Douglas Fir Forest* | 1s184015 | |



| 65 | | Larry Ulrich<br>*Sandstone headlands. South of Davenport* | 1s846025 |



| 51 | | Larry Ulrich<br>*Baby blue-eyes and California poppies* | 1s164262 |



All photographs © Michael Collier

| 109 |  | Michael Collier<br><br>*Offset streams across the San Andres Fault on the Carrizo Plain. West of Taft California* | 1s254983 |



Picture Id: 1157323
Penas Blancas Valley, Monteverde Cloud Forest Reserve, Costa Rica

**Location:** Not Released/ Not Applicable, Costa Rica

**Photographer:** MICHAEL PATRICIA FOGDEN/MINDEN PICTURES/National Geographic Stock
See More Images by this Photographer

**To Save a Comp**
Windows... right mouse click image and select "Save Picture As..."
Mac... control-click image and select "Save This Image As..."

🖶 Printer Friendly Version ✉ e-mail Comp Preview



| 67 | | Michael Fogden<br>*Rainforest, Penas Blacas Valley* | 1s849846 |



AC04B7 : Rights Managed stock photo | Alamy - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.alamy.com/image-details-popup.asp?&n=hAl&imageid={4207017C-7466-4BA3-99C0-5D1CC1E61DA5}

Most Visited   Getting Started   Latest Headlines   Google

AC04B7 : Rights Managed stock phot...

alamy

Print page

**AC04B7 - Rights Managed**   Cathedral termite mound Amongst largest termite mound in world Australia

Quick Pricing   Custom Pricing

This image has restrictions

Change currency

USD ($)

| | |
|---|---|
| Electronic presentation | $ 99.00 |
| Website design | $ 149.00 |
| Promotional email | $ 149.00 |
| Internal communications | $ 199.00 |
| Web advert | $ 299.00 |
| External promotional campaign | $ 399.00 |

Go to shopping cart

Need an editorial license or can't see an option to suit your needs? Click here for custom pricing or get a quote from our customer care team.

| | |
|---|---|
| Model release | YES |
| Property release | NO |

This image has a signed model release but no property release. If property features in the image, a property release may or may not be required. See information.

| | |
|---|---|
| Maximum file size | 53.9 MB |
| Dimensions at 300dpi | 3515 x 5355 pixels |
| | 29.8 x 45.3 cm |
| | 11.7 x 17.9 inches |
| Photographer | Martin Harvey |
| Credit Line | © Martin Harvey / Alamy |

Download preview image   Add to lightbox   Add to cart   Contact Alamy

199 

## Martin Harvey

*Cathedral Termite
(Nasutitermes triodiae)
mound - up to 6 meters in
height, amongst the largest
mounds in the World*



| 101 |  | **Tom Till**<br>*Aerial view of Bora Bora*<br>*Society Islands. South Pacific*<br>*Ocean. Pacific Atoll waters.*<br>*Bora Bora. French Polynesia* | 1s265759 |

Larry Ulrich Stock Photography, Inc.

Home | Portfolios | Photographers | My Lightbox | Search | Workshops | Fine Art Prints

Navajo Sandstone designs
Coyote Buttes
Paria Canyon
-Vermilion Cliffs Wilderness
Colorado Plateau, Arizona
© Larry Ulrich
Image ID: 403AS006X1
Related Portfolios:
Artistic Nature
Colorado Plateau

Petrified logs
Jasper Forest
Petrified Forest National Park
Colorado Plateau, Arizona
© Larry Ulrich
Image ID: 403PF001X1
Related Portfolios:
Colorado Plateau
Southwestern National Parks
American Southwest Landscapes

Petrified log and setting moon
Long Logs
Petrified Forest National Park
Colorado Plateau, Arizona
© Larry Ulrich
Image ID: 403PF007X1
Related Portfolios:
Colorado Plateau
Southwestern National Parks

Cross-bedded Navajo sandstone
Coyote Buttes
Vermilion Cliffs National Monument
Colorado Plateau, Arizona
© Scott T. Smith
Image ID: 403AS040S1
Related Portfolios:
Southwestern Nat. Monuments
American Southwest Landscapes

Petrified logs
Jasper Forest
Petrified Forest National Park
Colorado Plateau, Arizona
© Larry Ulrich
Image ID: 403PF004X1
Related Portfolios:
Southwestern National Parks
American Southwest Landscapes

Pedestal logs
Blue Mesa
Petrified Forest National Park
Colorado Plateau, Arizona
© Larry Ulrich
Image ID: 403PF010X1
Related Portfolios:
Colorado Plateau
Southwestern National Parks

Larry Ulrich Portfolio: Image from LarryUlrich.com

http://www.larryulrich.com/showone.php?id=403&mag=0&ns=

Petrified logs
Jasper Forest
Petrified Forest National Park
Colorado Plateau, Arizona
© Larry Ulrich
Image ID: 403PF001X1
LarryUlrich.Com

Add to My Lightbox/Order Image
Print Page
Close Window

Related Portfolios:
Southwestern National Parks
American Southwest Landscapes

EXHIBIT NO. DC
Krazman
6-7-12
Instanto.com

| 15 | | Larry Ulrich<br>*Petrified wood, Jasper Forest* | 1d018501 |

# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 2

1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF COLORADO

3

4
TED WOOD,
5
        Plaintiff,
6
vs.                                  Civil Action No.
7                                    07-CV-01516-DME-BNB
HOUGHTON MIFFLIN HARCOURT
8  PUBLISHING COMPANY, and R.R.
DONNELLEY & SONS COMPANY,
9
        Defendants.
10 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

11

12

13

14                    DEPOSITION OF

15                    DAN KRASEMAN

16

17                 December 10, 2008

18                    1:00 p.m.

19

20
                6000 East Camelback Road
21
                  Scottsdale, Arizona

DRK v. Wiley AAA 01135

9      A    My brother was a professional photographer at

10   that point, prior to '81, so I was aware of his doing

11   business with various publishers.

12      Q    What's your brother's name?

13      A    Stephen J. Kraseman.

14      Q    Besides discussions with your brother, did you

15   have any other connection to the industry?

16      A    Not really, no.

17      Q    Prior to founding DRK, had you ever worked in

18   publishing?

19      A    No.

20      Q    Had you ever worked in any industry where you

21   dealt with any sort of licensing?

22      A    No.

23      Q    So how did you come about -- how did you decide

24   to found DRK Photo?

25      A    I was laid off from a job.  My brother, Stephen,

                                                              8

1   was becoming very busy with assignments for various

2   publishers and could not handle the stock photo requests.

3   So all of his previous work was not going anywhere because

4   when publishers needed images of, say, a moose, they

5   couldn't reach him because he was off in the Arctic for

6   assignment for someone else.  So he wanted someone that

7   could field those phone calls, get the pictures out, the

8   stock pictures he had collected from previous assignments

9   out to publishers, and deal with granting licenses and

10   invoicing and things he couldn't do because he was on the

11   road.

12       Q    When you founded DRK Photo, did you form it as a

13   certain type of business entity?

14       A    No.  It's a sole proprietorship.

15       Q    Okay.  And it's still a sole proprietorship

16   today?

17       A    Yes.

18       Q    Okay.  I think you started on this a little bit,

19   but could you give me just a brief synopsis of what the

20   business of DRK Photo is?

21       A    We market other photographers's images to

22   publishers in need of images.

23       Q    Okay.  And these other photographers, who are

24   they?

25       A    We have -- well, we have a hundred.  I can't

DRK v. Wiley AAA 01144

9

1    recall all their names.

2        Q    How does a photographer come to be associated

3    with you?

4        A    They approach us -- typically, they approached us

5    to ask if we would -- you know, they approach us, asking

6    if we're interested in marketing their work, representing

7    their work.

8        Q    Do you have a certain specialty?  And when I say

9    "you," I'm referring to DRK Photo.

10       A    If I had to say we had a specialty, it began, our

11   forte, was wildlife and natural history.  It's broadened

12   considerably from the early days.

13       Q    When you say that the photographers approach you,

14   do you make any effort to solicit photographers?

15       A    In the beginning, we did notice particularly

16   talented work in magazines and try to track down those

17   photographers and ask them if they had interest in

18   additional representation, or, "Do you have

19   representation?  Would you be interested in DRK Photo

20    representing your work?"

21              Other photographers saw us through photo

22    credits, which are typically in magazines and books, and

23    contacted us.  We didn't know who they were.  They came

24    out of the blue to us.  And we would consider their work.

25    And if it meshed well with our collection and was good

                                                          10

1    enough quality, we would accept their work.

2       Q    I think I understand.  So you're saying that if

3    someone was reading a magazine that they liked and they

4    saw a photo that they liked and they saw, "Gee, DRK Photo

5    got this photographer's work in here.  Maybe I want to

6    work with DRK Photo."  Is that sort of what you're --

7       A    And you'll hear the comment -- they'll be looking

8    through a magazine and see a picture of a beautiful

9    waterfall, and they'll say, "Gee, I've got just as good of

10   pictures.  So maybe I could make some money with mine.

11   See if they're interested in adding mine to their

12   collection."

13      Q    Okay.  What do you call that -- just so I'm

14    getting the terminology right in these questions, what do

15    you call DRK's collection of photographs?

16         A    A collection.

17         Q    You call it a collection?

18         A    Sure.

19         Q    The photographs that are in DRK's photo

20    collection, do you hold copyrights on any of those works?

21         A    Do we hold copyrights on any of them?

22         Q    Right.

23         A    Does that mean, have we registered any of them?

24         Q    No.  I mean, who owns the copyrights to the

25    photos in your collection?

                                                              11

1         A    Typically, the photographers retains the

2    copyright.  We're marketing his copyrighted work for him

3    or her.

4         Q    As his agent?

5         A    Yes, as a stock photo agent representative.

6         Q    So DRK Photo doesn't hold any copyrights; is that

7    right?

DRK v. Wiley AAA 01147

8        A    We do.

9        Q    What copyrights do you hold?

10       A    We have, in the past, photographers -- there's

11   photographers, one who has sold us interest in her

12   images -- her images, which has been registered.  I guess

13   that might be it.

14       Q    Okay.

15            MR. SIEDMAN:  Are you including assignments?

16            MR. BRASWELL:  I'm referring to just ownership of

17   copyrights right now.

18            MR. SIEDMAN:  Ownership by assignment?  I just

19   want to make sure he gives you an accurate, comprehensive

20   answer.

21   BY MR. BRASWELL:

22       Q    Sure.  Let me ask that question next.  Let me

23   follow up.

24            Whose image was that that you said that

25   you --

12

1        A    Her name is Belinda Wright.

DRK v. Wiley AAA 01148

2      of things would be printed.

3              Okay.  I believe it struck me as a

4      relatively low number, considering they were publishing

5      both English and Spanish language copies.  It included

6      both the pupil edition and the teacher edition, and minor

7      revisions defined as 10 percent or less change of content

8      for five years into the future.  It seemed like an

9      abnormal low number when I was thinking about all those

10     different variations and revised editions included.  If

11     it's going to California, then it would only be 250.

12         Q    How many students do you think there are in

13     California?

14         A    I have no idea.  I just know it's a very large

15     state.  I don't research student populations in different

16     states.

17         Q    What qualifies as an awful lot?

18         A    Well, there's millions of people in California.

19         Q    I'm just curious as to the basis on which the

20     237,500 copies peaked your interest.

21         A    I think it was because it was California.

22     California and Florida, as I understand, are very large

23     markets for textbooks.  And California is large, and this

24     is an aggregate number of copies.  So this includes all

25   English language copies printed, all Spanish language

105

1   copies printed of the grade one in 2007, plus edition 2 in

2   whatever year, plus edition 3, because I'm throwing in

3   minor revisions for five years.  There would be at least

4   one minor revision for a five-year period.  So cut that

5   figure in half then, figuring one twenty-five for edition

6   1 and 125,000 for edition 2.  125,000 copies just seems

7   very low considering they're printing both English

8   language copies to satisfy California.

9        Q    Okay.  All right.  We're done with that document.

10            What did you do to prepare for this

11   deposition?

12       A    I quickly reviewed the documents that you -- all

13   50-plus that you had sent to counsel.

14       Q    Did you look at any other documents to prepare

15   for the deposition?

16       A    No.  I had trouble looking at -- the time

17   constraints -- looking at these.

18       Q    Did you do anything else to prepare for your

19    deposition?

20        A    Such as?

21            MR. SEIDMAN:  You're not allowed to ask

22    questions.  So I object to my client asking questions.

23            THE WITNESS:  No.  No.

24    BY MR. BRASWELL:

25        Q    I'm not under oath.  I can't tell you anything.

106

1        A    No, there was nothing else.  I don't have extra

2    time to do things, so I just looked at what you sent.

3        Q    Do you know Ted Wood?

4        A    No, I don't.

5        Q    Do you know anyone also who has claims pending

6    against Houghton Mifflin?

7        A    I believe one of our photographers may, Tom

8    Beene.  I know he's got something going with a publisher.

9    I don't know who it is.

10       Q    How do you know Tom Beene?

11       A    He's been with us for many, many years.  We

12    represent a portion of his collection.

13      Q    Is he a personal friend of yours?

14      A    I consider him a friend.  I haven't -- I haven't

15  seen him in five years.  I consider all our photographers

16  friends.

17      Q    Have you contemplated claims against Houghton?

18      A    I've simply wanted to get some print run figures

19  from Houghton.

20      Q    Have you contemplated claims?

21      A    I've contemplated claims, should I not be

22  provided with information I'm asking for, if that's what

23  it requires to obtain that information.

24      Q    Have you retained counsel?

25      A    I have counsel.

                                                    107

1       Q    Okay.

2       A    Yes.

3       Q    How did you come to be a witness in Mr. Wood's

4   case?

5       A    I believe counsel mentioned the case and asked if

6   I would input my knowledge of the licensing industry.

7          MR. SEIDMAN:  I'm going to object to any further

8     inquiries beyond the answer that's just been given as

9     privileged.

10         MR. BRASWELL:  Let me ask the question.  I think

11    I can ask a nonprivileged question here.

12              The inquiry that you just described about

13    whether you would be a witness, was that prior to you

14    having to retain counsel?

15         THE WITNESS:  Was it prior to my retaining of

16    counsel?

17    BY MR. BRASWELL:

18    Q    Correct.

19    A    The conversation regarding Ted Wood was --

20    Q    Correct.

21    A    -- long after.  I recall it being long after I

22    retained counsel.

23    Q    Okay.  Do you have a general understanding of the

24    claims that are at issue in Mr. Wood's case?

25    A    I have a general understanding.  I thought I did,

108

1    that there was some overrun going on and Mr. Wood objects

2    to it.

3        Q    Do you have an understanding of how the facts

4    underlying Mr. Wood's claims might compare to facts in

5    your own licensing practices?

6        A    I know next to nothing of Mr. Wood's case.

7        Q    Have you seen the licenses that Mr. Wood issued?

8        A    No.

9        Q    Do you have any understanding of what the terms

10   of those licenses are?

11       A    No, not his.

12       Q    Do you think that things that happened in

13   Mr. Wood's case might affect potential claims you have

14   against Houghton?

15       A    I suspect they might.  I don't know.  I'm not a

16   legal person.  I would think Mr. Wood's claims are

17   uniquely -- mine are unique to me, unique to both.

18            MR. BRASWELL:  All right.  That's all I have.

19            MR. SEIDMAN:  I have a couple questions.

20

21                    EXAMINATION

22   BY MR. SEIDMAN:

23       Q    If we could, look at Exhibit 6.  Mr. Kraseman, if

# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 3

**This exhibit contains confidential material as identified under protective order issued by Judge Daniels on January 14, 2013.  This confidential material has been provided to the Court and to the parties, and an application to file this material under seal is being made, concurrent with this filing.**

# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)


# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 4

Julie

| | |
|---|---|
| **From:** | DRK PHOTO - Dan Krasemann [info@drkphoto.com] |
| **Sent:** | Friday, June 27, 2008 3:20 PM |
| **To:** | 'Annie Griffiths Belt' |
| **Subject:** | Copyright Assignment Form |
| **Importance:** | High |
| **Contacts:** | Annie Griffiths Belt |
| **Attachments:** | Copyright Assignment FINAL 06-21-2008.doc |

Dear Annie,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in its collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you. If you have any questions please feel free to contact me.

**Further**, we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*************************************************************

DRK v. Wiley AAA 01108

Julie

| From: | DRK PHOTO - Dan Krasemann [info@drkphoto.com] |
|---|---|
| Sent: | Friday, June 27, 2008 4:14 PM |
| To: | 'John Cancalosi' |
| Subject: | Copyright Assignment Form |
| Importance: | High |
| Contacts: | John Cancalosi |

Attachments: Copyright Assignment FINAL 06-21-2008.doc

Dear John,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible.  This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in its collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance.  With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images."  The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK."

We see this as a win / win situation with no cost to you, the photographer.  You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you.  If you have any questions please feel free to contact me.

**Further**, we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*******************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*******************************************************************

DRK v. Wiley AAA 01109

5/25/2012

Julie

| | |
|---|---|
| **From:** | DRK PHOTO - Dan Krasemann [info@drkphoto.com] |
| **Sent:** | Friday, June 27, 2008 4:15 PM |
| **To:** | 'John Eastcott & Yva Momatiuk' |
| **Subject:** | Copyright Assignment Form |
| **Importance:** | High |
| **Contacts:** | John Eastcott & Yva Momatiuk |

**Attachments:** Copyright Assignment FINAL 06-21-2008.doc

Dear John & Yva,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in its collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351;** thank you. If you have any questions please feel free to contact me.

**Further,** we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*******************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*******************************************************************

DRK v. Wiley AAA 01113

5/25/2012

Julie

| From: | DRK PHOTO - Dan Krasemann [info@drkphoto.com] |
|---|---|
| Sent: | Friday, June 27, 2008 4:18 PM |
| To: | 'Johnny Johnson' |
| Subject: | Copyright Assignment Form |
| Importance: | High |
| Contacts: | Johnny Johnson |
| Attachments: | Copyright Assignment FINAL 06-21-2008.doc |

Dear Johnny,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in its collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you. If you have any questions please feel free to contact me.

**Further**, we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*******************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*******************************************************************

DRK v. Wiley AAA 01115

Julie

| | |
|---|---|
| **From:** | DRK PHOTO - Dan Krasemann [info@drkphoto.com] |
| **Sent:** | Friday, June 27, 2008 4:20 PM |
| **To:** | 'Kim Heacox' |
| **Subject:** | Copyright Assignment Form |
| **Importance:** | High |
| **Contacts:** | Kim Heacox |
| **Attachments:** | Copyright Assignment FINAL 06-21-2008.doc |

Dear Kim,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible.  This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in its collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance.  With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images."  The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer.  You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you.  If you have any questions please feel free to contact me.

**Further,** we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

******************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

******************************************************************

DRK v. Wiley AAA 01116

Julie

| From: | DRK PHOTO - Dan Krasemann [info@drkphoto.com] |
|---|---|
| Sent: | Friday, June 27, 2008 4:21 PM |
| To: | 'Larry Ulrich' |
| Subject: | Copyright Assignment Form |
| Importance: | High |
| Contacts: | Larry Ulrich |

Attachments: Copyright Assignment FINAL 06-21-2008.doc

Dear Larry,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in its collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you. If you have any questions please feel free to contact me.

**Further**, we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*****************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*****************************************************************

DRK v. Wiley AAA 01119

Julie

| | |
|---|---|
| **From:** | DRK PHOTO - Dan Krasemann [info@drkphoto.com] |
| **Sent:** | Friday, June 27, 2008 5:18 PM |
| **To:** | 'Marty & Annette Cordano' |
| **Subject:** | Copyright Assignment Form |
| **Importance:** | High |
| **Contacts:** | Marty & Annette Cordano |
| **Attachments:** | Copyright Assignment FINAL 06-21-2008.doc |

Dear Marty & Annette,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in its collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351;** thank you. If you have any questions please feel free to contact me.

**Further,** we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*********************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*********************************************************************

DRK v. Wiley AAA 01122

5/25/2012

Julie

| | |
|---|---|
| **From:** | DRK PHOTO - Dan Krasemann [info@drkphoto.com] |
| **Sent:** | Friday, June 27, 2008 5:16 PM |
| **To:** | 'Michael Fogden' |
| **Subject:** | Copyright Assignment Form |
| **Importance:** | High |
| **Contacts:** | Michael Fogden |

**Attachments:** Copyright Assignment FINAL 06-21-2008.doc

Dear Michael,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible.  This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in its collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance.  With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images."  The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer.  You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you.  If you have any questions please feel free to contact me.

**Further,** we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*****************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*****************************************************************

DRK v. Wiley AAA 01123

Julie

| | |
|---|---|
| **From:** | DRK PHOTO - Dan Krasemann [info@drkphoto.com] |
| **Sent:** | Friday, June 27, 2008 4:33 PM |
| **To:** | 'Peter French' |
| **Subject:** | Copyright Assignment Form |
| **Importance:** | High |
| **Contacts:** | Peter French |

**Attachments:** Copyright Assignment FINAL 06-21-2008.doc

Dear Peter,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in its collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you. If you have any questions please feel free to contact me.

**Further,** we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*************************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*************************************************************************

DRK v. Wiley AAA 01124

Julie

| | |
|---|---|
| **From:** | DRK PHOTO - Troy Krasemann [Troy@drkphoto.com] |
| **Sent:** | Friday, June 27, 2008 10:38 AM |
| **To:** | 'Stephen Maka' |
| **Subject:** | Copyright Assignment Form |
| **Importance:** | High |
| **Contacts:** | Stephen Maka |
| **Attachments:** | Copyright Assignment FINAL 06-21-2008.doc |

Dear Stephen,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible.  This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in it's collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance.  With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images."  The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer.  You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you.  If you have any questions please feel free to contact me.

**Further**, we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*******************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*******************************************************************

DRK v. Wiley AAA 01125

## Info@DRK

**From:**    "DRK Photo" <info@drkphoto.com>
**To:**       "Steve & Barb Krasemann" <wildlife@tbaytel.net>
**Sent:**     Monday, June 23, 2008 3:56 PM
**Attach:**   Copyright Assignment FINAL 06-21-2008.doc
**Subject:**  DRK PHOTO Copyright Assignment Agreement

Dear Steve,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in it's collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you. If you have any questions please feel free to contact me.

**Further**, we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DRK v. Wiley AAA 01126
5/25/2012

Julie

| | |
|---|---|
| From: | DRK PHOTO - Troy Krasemann [Troy@drkphoto.com] |
| Sent: | Friday, June 27, 2008 10:37 AM |
| To: | 'Steve Kaufman' |
| Subject: | Copyright Assignment Form |
| Importance: | High |
| Contacts: | Steve Kaufman |

Attachments: Copyright Assignment FINAL 06-21-2008.doc

Dear Steve,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in it's collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you. If you have any questions please feel free to contact me.

**Further**, we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*******************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*******************************************************************

DRK v. Wiley AAA 01127

5/25/2012

**Julie**

| | |
|---|---|
| **From:** | DRK PHOTO - Troy Krasemann [Troy@drkphoto.com] |
| **Sent:** | Friday, June 27, 2008 10:34 AM |
| **To:** | 'Tom & Pat Leeson' |
| **Subject:** | Copyright Assignment Form |
| **Importance:** | High |
| **Contacts:** | Tom & Pat Leeson |
| **Attachments:** | Copyright Assignment FINAL 06-21-2008.doc |

Dear Tom & Pat,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible.  This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in it's collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance.  With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images."  The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer.  You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you.  If you have any questions please feel free to contact me.

**Further**, we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*****************************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*****************************************************************************

DRK v. Wiley AAA 01128

**Julie**

| | |
|---|---|
| **From:** | DRK PHOTO - Troy Krasemann [Troy@drkphoto.com] |
| **Sent:** | Friday, June 27, 2008 10:33 AM |
| **To:** | 'Tom Bean' |
| **Subject:** | Copyright Assignment Form |
| **Importance:** | High |
| **Contacts:** | Tom Bean |

**Attachments:** Copyright Assignment FINAL 06-21-2008.doc

Dear Tom,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in it's collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mall to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you. If you have any questions please feel free to contact me.

**Further,** we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

************************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

************************************************************************

DRK v. Wiley AAA 01133

Julie

| From: | DRK PHOTO - Troy Krasemann [Troy@drkphoto.com] |
|---|---|
| Sent: | Friday, June 27, 2008 10:31 AM |
| To: | 'Tom Wiewandt' |
| Subject: | Copyright Assignment Form |
| Importance: | High |
| Contacts: | Tom Wiewandt |
| Attachments: | Copyright Assignment FINAL 06-21-2008.doc |

Dear Tom,

Attached you will find a MS Word.doc titled **Copyright Assignment, Registration, and Accrued Causes of Action Agreement** which we are asking you to sign and return to DRK PHOTO as soon as possible. This Agreement is necessary as DRK PHOTO is initiating a copyright registration program with the United States Copyright Office to officially register many of the images in it's collection.

With the digitization of imagery, the added exposure of the internet, and the relative ease of obtaining (and distributing) digital copies of images, most importantly those images appearing on the DRK PHOTO website, we feel that addressing possible copyright infringement is of the utmost importance. With a Certificate of Registration in hand (prior to a copyright infringement) we will be in a much stronger position with much more leverage for settling copyright infringement claims.

Please note that this Agreement is not a permanent assignment; per the Agreement "DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images." The Agreement further explains that "Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses, and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

We see this as a win / win situation with no cost to you, the photographer. You receive the piece of mind of knowing that many of your images will be registered with the United States Copyright Office, and with this Agreement we receive the authorization necessary to initiate and settle copyright infringement claims brought against would be infringers of DRK PHOTO Images.

**Please complete the Agreement and return via mail to DRK PHOTO, 100 Starlight Way, Sedona, AZ, 86351**; thank you. If you have any questions please feel free to contact me.

**Further**, we would like to hear from you if you have registered (in the past) images with the U.S. Copyright Office; that is, any images now in the DRK PHOTO collection.

We look forward to receiving your signed Agreement, and to hearing from you if you have registered images (now in our collection) in the past.

Sincerely,
Dan Krasemann
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808

*********************************************************************
This email may contain confidential material.
If you were not an intended recipient,
please notify the sender and delete all copies.
We may monitor email to and from our network.

*********************************************************************

DRK v. Wiley AAA 01134