# *John Wiley & Sons, Inc. v. DRK Photo*
Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina
In Support of Motion for Summary Judgment

# Exhibit 5

**This exhibit contains confidential material as identified under protective order issued by Judge Daniels on January 14, 2013.  This confidential material has been provided to the Court and to the parties, and an application to file this material under seal is being made, concurrent with this filing.**

*John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 6

*COPYRIGHT ASSIGNMENT FINAL 06-21-2008.doc*
*(ATTACHMENT "A" Krase??)*

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                    )          DRK PHOTO:
                                    )
                                    )
_____     )          by:_____
Signature                           )          Dan Krasemann, Owner
                                    )          100 Starlight Way
                                    )          Sedona, AZ 86351
_____     )
Print Name                          )
                                    )
Address: _____     )
                                    )
_____     )
                                    )
_____     )
Phone: _____     )
Email: _____     )
                                    )
Date: _____     )



DRK v. Wiley AAA 01107

# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 7

## Info@DRK

| | |
|---|---|
| **From:** | "DRK Photo - Dan Krasemann" <info@drkphoto.com> |
| **To:** | "John Cancalosi/DRK Phot" <cancalosi@earthlink.net> |
| **Sent:** | Tuesday, November 18, 2008 3:08 PM |
| **Attach:** | Copyright Assignment FINAL 06-21-2008.doc |
| **Subject:** | DRK PHOTO Copyright Assignment form |

Dear John,

Attached please find a Copyright Assignment Form which is necessary for DRK PHOTO to register our database (which includes your work) of digital image files with the U.S. Copyright Office. It is necessary to have the work/s registered prior to being able to pursue infringers in court.

Our only purpose in asking you to sign the assignment is for us to be able to register the work/s for the purpose of pursuing would be infringers. If you have been registering the copyright of your images all along this is not necessary.

Have you been registering your images with the U.S. Copyright Office?
Are you hesitant to sign the form?
Do you have questions?

We have not received your signed form to date.

Please let me know if we can expect the signed form from you, or if I can answer any questions for you. We would like to include your work so it is fully protected by U.S. Copyright Law, and the only way to do this is for us to obtain the Copyright Assignment from you so we can register the images.

I tried calling 607-262-0990 but got a message that it is no longer working.

Thank you,
Dan
DRK PHOTO
100 Starlight Way
Sedona, AZ 86351  USA
info@drkphoto.com
928-284-9808



EXHIBIT NO. DK4
Krasemann
6-7-12
jmsteno.com

DRK v. Wiley AAA 01110
5/25/2012

# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 8

**This exhibit contains confidential material as identified under protective order issued by Judge Daniels on January 14, 2013.  This confidential material has been provided to the Court and to the parties, and an application to file this material under seal is being made, concurrent with this filing.**

# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 9

**This exhibit contains confidential material as identified under protective order issued by Judge Daniels on January 14, 2013.  This confidential material has been provided to the Court and to the parties, and an application to file this material under seal is being made, concurrent with this filing.**

# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 10

**This exhibit contains confidential material as identified under protective order issued by Judge Daniels on January 14, 2013.  This confidential material has been provided to the Court and to the parties, and an application to file this material under seal is being made, concurrent with this filing.**

# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 11

**This exhibit contains confidential material as identified under protective order issued by Judge Daniels on January 11, 2013.  This confidential material has been provided to the Court and to the parties, and an application to file this material under seal is being made, concurrent with this filing.**

# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 12

**This exhibit contains confidential material as identified under protective order issued by Judge Daniels on January 14, 2013.  This confidential material has been provided to the Court and to the parties, and an application to file this material under seal is being made, concurrent with this filing.**

*John Wiley & Sons, Inc. v. DRK Photo*
Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina
In Support of Motion for Summary Judgment

# Exhibit 13

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                          )          DRK PHOTO:
                                          )
_Tom Bean_                                )          by: _____
Signature                                 )          Dan Krasemann, Owner
                                          )          100 Starlight Way
_Tom BEAN_                                )          Sedona, AZ 86351
Print Name                                )
                                          )
                                          )
Address: _P.O. Box 1567_                  )
_FLAGSTAFF, AZ. 86002_                    )
                                          )
Phone: _928  779-4381_                    )
Email: _Tom@TomBean.com_                  )
                                          )
Date: _7/11/08_                           )

<u>**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**</u>

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                    )
                                    )
                                    )
                                    )
_____     )    DRK PHOTO:
Signature                           )
                                    )    by: _____
                                    )    Dan Krasemann, Owner
                                    )    100 Starlight Way
TOM BRAKEFIELD                       )    Sedona, AZ 86351
Print Name                          )
                                    )
                                    )
Address: 100 NATHAN FOREST COURT    )
HENDERSONVILLE, TN 37075            )
                                    )
_____     )
Phone: 615-822-9477                 )
Email: Tbrakefield @ comcast. NET   )
                                    )
Date:  8/20/08                      )

SORRY FOR THE DELAY —
I WAS AWAY —
Tom

DRK v. Wiley AAA 00028

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                   )          DRK PHOTO:
                                                    )
_J Cancalosi_____                          )          by: _____
Signature                                           )          Dan Krasemann, Owner
                                                    )          100 Starlight Way
_JOHN CANCALOSI_____                              )          Sedona, AZ 86351
Print Name                                          )
                                                    )
                                                    )
Address: _126 Chestnut_____                        )
_Ithaca, N.Y._____                           )
_____14850_____                          )
Phone: _607 262 0990_____                         )
Email: _CANCALOSI @ EArthlink_                      )
                              net                   )
Date: _Dec. 16, 2008_____                        )

DRK v. Wiley AAA 00029

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                    )          DRK PHOTO: .
                                                    )
_Michael Collier_                                   )          by: _Dan Krasemann_
Signature                                           )          Dan Krasemann, Owner
                                                    )          100 Starlight Way
                                                    )          Sedona, AZ 86351
_MICHAEL COLLIER_                                   )
Print Name                                          )
                                                    )
Address: _Po Box 2234_                              )
_FLAGSTAFF, ARIZONA_                                )
_86001_                                             )
Phone: _928 779 2962_                               )
Email: _MPCREH @ MSN.COM_                           )
                                                    )
Date: _1-10-07_                                     )

Date of Birth: _7·21-50_

Citizenship: _USA_

Domicile: _824 W Cherry_
_Flagstaff, AZ, USA_

DRK v. Wiley AAA 00030

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action- which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                  DRK PHOTO:

_Marty Cordano_                                   by: _[signature]_
Signature                                         Dan Krasemann, Owner
                                                  100 Starlight Way
MARTY CORDANO                                      Sedona, AZ 86351
Print Name

Address: 4440
WORONZOF DR.
ANCHORAGE, AK 99517
Phone: 907-278-8016
Email: MARTYANNETTE
        @GCI.NET
Date: 07/23/08

DRK v. Wiley AAA 00031

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                    )
                                                     )
_____                    )     DRK PHOTO:
Signature                                            )
                                                     )     by: _____
                                                     )     Dan Krasemann, Owner
JUSTIN  C.  BLACK                                     )     100 Starlight Way
Print Name                                           )     Sedona, AZ 86351
                                                     )
                                                     )
Address: Mountain Light Photography                  )
                                                     )
         106 S. Main St.                              )
                                                     )
         Bishop CA 93514                              )
Phone: (760) 873-7700                                )
                                                     )
Email: mlpictures@mountainlight.com                  )
                                                     )
                                                     )
Date:    10-14-08                                    )

<u>Copyright Assignment, Registration, and Accrued Causes of Action Agreement</u>

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                    )          DRK PHOTO:
                                                    )
                                                    )
_____                     )          by: _____
Signature                                           )          Dan Krasemann, Owner
                                                    )          100 Starlight Way
                                                    )          Sedona, AZ 86351
JOHN EASTCOTT                                        )
_____                     )
Print Name                                          )
                                                    )
Address: 151 Eagles Nest                            )
Rd                                                  )
Hurley, NY 12443                                    )
Phone: (845) 338-4260                               )
Email: eastcott@sprintmail.com
                                                    )
Date: July 1, 2008                                  )

DRK v. Wiley AAA 00033

### Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images. DRK also agrees to reassign all copyrights and complete legal title back to the undersigned immediately without delay upon the request of the undersigned for any reason notwithstanding within a 14-day period of the request.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                               )          DRK PHOTO:
                                               )
_____                )          by: _____
Signature                                      )          Dan Krasemann, Owner
                                               )          100 Starlight Way
Marc Epstein                                   )          Sedona, AZ 86351
_____                )
Print Name                                     )
                                               )
                                               )
Address: 2041 Egret Lane                       )
         Charleston SC                         )
                   29414                        )
_____                )
Phone: 843 - 813 - 0163                        )
Email: marceppy@aol.com                        )
                                               )
Date: 9/30/08                                  )

DRK v. Wiley AAA 00034

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:

_____
Signature

MICHAEL FOGDEN
Print Name

Address: 16 LOCHEPORT
NORTH UIST
WESTERN ISLES HS6 5EU, U.K.
Phone: 0044-1876-580245
Email: susan.fogden@fogden.photos.co.uk

Date: 8 July 2008

DRK PHOTO:

by: _____
Dan Krasemann, Owner
100 Starlight Way
Sedona, AZ 86351

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                     )
                                                     )
                                                     )          DRK PHOTO:
_____                    )
Signature                                            )          by: _____
                                                     )          Dan Krasemann, Owner
                                                     )          100 Starlight Way
P. FRENCH                                            )          Sedona, AZ 86351
_____                    )
Print Name                                           )
                                                     )
                                                     )
Address: P. O. BOX 100,                              )
Kamuela, HI                                          )
96743-0100                                           )
Phone: (808) 884-5588                                )
Email: french @ Kamuela                              )
          . com                                      )
Date: 6/30/08                                        )

DRK v. Wiley AAA 00036

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                              )          DRK PHOTO:
                                              )
                                              )
*Barbara Gerlach*                             )          by: _____
Signature                                     )          Dan Krasemann, Owner
                                              )          100 Starlight Way
                                              )          Sedona, AZ 86351
*Barbara Gerlach*                             )
Print Name                                    )
                                              )
                                              )
Address: PO Box 258                           )
Mack's Inn                                    )
Idaho   83433                                 )
Phone: 208-244-1887 cell                      )
Email: gerlach.b@aol.com                      )
                                              )
Date: Oct 24, 08                              )

DRK v. Wiley AAA 00037

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                           )          DRK PHOTO:
                                           )
_____            )          by: _____
Signature                                  )          Dan Krasemann, Owner
                                           )          100 Starlight Way
_____            )          Sedona, AZ 86351
Print Name                                 )
                                           )
                                           )
Address: _____            )
_____            )
_____            )
Phone: _____            )
Email: _____            )
                                           )
Date: _____            )

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                    )        DRK PHOTO:
                                                    )
_____                     )        by: _____
Signature                                           )        Dan Krasemann, Owner
                                                    )        100 Starlight Way
                                                    )        Sedona, AZ 86351
Darrell Gulin                                       )
Print Name                                          )
                                                    )
Address:  2720 266th ave. S.E,                      )
          Sammamish Wa, 98075                        )
                                                    )
_____                     )
Phone:  425-391-1372                                )
Email:  d.gulin@juno.com                            )
                                                    )
Date:   6-28-08                                     )

DRK v. Wiley AAA 00039

<u>Copyright Assignment, Registration, and Accrued Causes of Action Agreement</u>

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                              )          DRK PHOTO:
                                                              )
*Bob Gurr*                                                    )          by: *Dan Krasemann*
_____                                       )          _____
Signature                                                     )          Dan Krasemann, Owner
                                                              )          100 Starlight Way
                                                              )          Sedona, AZ 86351
BOB   GURR                                                    )
_____                                       )
Print Name                                                    )
                                                              )
                                                              )
Address: BOX 146                                              )
_____                                       )
MOUNTAIN  VIEW                                                 )
_____                                       )
ALBERTA  CANADA  TOKINO                                        )
Phone: 1-403 653 1984                                         )
Email: bjgurr@touchcountry.net                                )
                                                              )
Date: JUNE 30/08                                              )

DRK v. Wiley AAA 00040

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:   Martin Harvey          )     DRK PHOTO:
                                          )
                                          )
_____           )   by: _____
Signature                                 )     Dan Krasemann, Owner

                                          )        100 Starlight
Way                                       )     Sedona, AZ 86351
_____           )
Print Name    Martin Harvey               )
                                          )
                                          )

Address:  _P.O. Box 15310,

Lyttelton Manor

0140

South Africa

Phone:  __+27-12-6671411_____   )

Email:  __martinharvey@wildimages.co.za_____ )

Date:  _____16 July 16, 2008_____   )

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                          )          DRK PHOTO:
                                          )
                                          )
                                          )          by: _____
_____         )          Dan Krasemann, Owner
Signature                                 )          100 Starlight Way
                                          )          Sedona, AZ 86351
                                          )
_____         )
Print Name                                )
                                          )
                                          )
Address: _____        )
_____         )
                                          )
                                          )
Phone: _____        )
Email: _____        )
                                          )
                                          )
Date: _____        )

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                    )   DRK PHOTO:
                                                    )
_____                     )   _____
Signature                                           )   by:
                                                    )   Dan Krasemann, Owner
                                                    )   100 Starlight Way
Johnny Johnson                                      )   Sedona, AZ 86351
Print Name                                          )
                                                    )
                                                    )
Address: 3705 Arctic Blvd #881                      )
                                                    )
Anchorage, AK 99503                                 )
                                                    )
_____                     )
                                                    )
Phone: 907-562-0097                                 )
                                                    )
Email: jjphoto@gci.net                              )
                                                    )
                                                    )
Date: 6-27-2008                                     )

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                            )          DRK PHOTO:
                                            )
_____                   )          by: _____
Signature                                   )          Dan Krasemann, Owner
                                            )          100 Starlight Way
                                            )          Sedona, AZ 86351
_____                   )
Steven C Kaufman                            )
Print Name                                  )
                                            )
Address: PO Box 226                         )
         Cantwell, Alaska                   )
                    99729                    )
Phone: 907-768-2089                         )
Email: steve@naturephotography.net          )
                                            )
Date: 2/27/09                               )

DRK v. Wiley AAA 00044

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                          )
                                          )
                                          )   DRK PHOTO:
_____                 )
Signature                                 )   by: _____
                                          )   Dan Krasemann, Owner
                                          )   100 Starlight Way
Lewis Kemper                              )   Sedona, AZ 86351
Print Name                                )
                                          )
                                          )
Address: 3201 Lassen Way                  )
Sacramento CA 95821                       )
_____                 )
                                          )
Phone: 916-974-7200                       )
Email: lewis@lewiskemper.com              )
                                          )
Date: 7/2/08                              )

## Copyright Assignment and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK Photo ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                               )          DRK Photo:
                                               )
                                               )
Signature                                      )          by:
                                               )          Dan Krasemann, Owner
                                               )          100 Starlight Way
STEPHEN  KRASEMANN                             )          Sedona, AZ 86351
Print Name                                     )
                                               )
Address: 374 CHIMO ROAD                        )
 NEEBING , ON  P7L 0G3                          )
 RURAL ROUTE    CANADA                         )
Phone: 807-623-0437                            )
Email: WILDLIFE @ TBAYTEL.NET                  )
                                               )
Date:     14 , APRIL , 2009                    )

DRK v. Wiley AAA 00046

### Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                    )            DRK PHOTO:
                                                    )
_____                   )
_____                   )            by: _____
Signature                                           )            Dan Krasemann, Owner
                                                    )            100 Starlight Way
                                                    )            Sedona, AZ 86351
TOM LEESON                                           )
_____                   )
Print Name                                          )
                                                    )
                                                    )
Address:  P.O. Box 2498                             )
          Vancouver, WA 98668                       )
_____                   )
                                                    )
Phone:  360-256-0436                                )
Email:  office@leesonphoto.com                      )
                                                    )
Date:  10/10/08                                     )

(P.O.B. - 12-12-1950)

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                              )          DRK PHOTO:
                                              )
_Tom Leeson_                                  )
Signature                                     )          by: _____
                                              )          Dan Krasemann, Owner
                                              )          100 Starlight Way
_TOM LEESON_                                   )          Sedona, AZ 86351
Print Name                                    )
                                              )
                                              )
Address: _P.O. Box 2498_                       )
         _Vancouver, WA 98668_                 )
_____                       )
                                              )
Phone: _360-256-0436_                          )
Email: _office@leesonphoto.com_                )
                                              )
Date: _10/10/08_                               )

(_P.O.B. 10-26-1950_)

*Larry Lipsky*

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned: )
*Lipsky /Kruszka Photo* )
*Val W. Kruszka III* )
Signature )
)
*Val W. Kruszka III* )
Print Name )
)
)
Address: *148 Sunrise Dr.* )
*Tavernier, FL* )
*33070* )
Phone: *305-942-1035* )
Email: )
)
Date: *9 Oct. 08* )

DRK PHOTO:

by: *[signature]*
Dan Krasemann, Owner
100 Starlight Way
Sedona, AZ 86351

DRK v. Wiley AAA 00049

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:         )     DRK PHOTO:

                    )

                    )

_Wayne Lynch (signature)_  )    by: _Dan Krasemann (signature)_

Signature             )    Dan Krasemann, Owner

                    )    100 Starlight Way

Wayne Lynch          )    Sedona, AZ 86351

Print Name           )

                    )

Address: 3779 Springbank Dr.) S.W

      Calgary Alberta    )

         T3H 4J5     )

Phone: 403 249 0066    )

Email: lynchandlang@shaw.ca)

                    )

Date: Aug 21 2008     )

DRK v. Wiley AAA 00050

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                    )          DRK PHOTO:
                                                    )
                                                    )
                                                    )
_____                           )          by:_____
Signature                                           )          Dan Krasemann, Owner
                                                    )          100 Starlight Way
                                                    )          Sedona, AZ 86351
STEPHEN G. MAKA                                     )
Print Name                                          )
                                                    )
                                                    )
Address: PO BOX 305                                 )
                                                    )
SHERBORN, MA, 01720                                 )
_____                           )
Phone: 508 733 0340                                 )
Email: SMAKA @ COMCAST.NET                          )
                                                    )
Date: 7/1/2008                                      )

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                      )
                                                      )
_____                               )     DRK PHOTO:
                                                      )
_____                               )     by: _____
Signature                                             )     Dan Krasemann, Owner
                                                      )     100 Starlight Way
                                                      )     Sedona, AZ 86351
_____ANUP  SHAH_____                                )
Print Name                                            )
                                                      )
                                                      )
Address: _29 CORNFIELD  ROAD_                          )
                                                      )
_____BUSHEY,  HERTS_____                               )
                                                      )
_____UK  WD23  3TB____                               )
Phone: + 44 (0)208 950 8705                            )
                                                      )
Email: _sneh_shah_uk@yahoo.com_                        )
                                                      )
Date: _1-10-2008._                                     )

DRK v. Wiley AAA 00052

<u>Copyright Assignment, Registration, and Accrued Causes of Action Agreement</u>

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                              )          DRK PHOTO:
                                              )
                                              )
_____                )          by: _____
Signature                                     )          Dan Krasemann, Owner
                                              )          100 Starlight Way
                                              )          Sedona, AZ 86351
_____                )
Print Name   MANOJ SHAH                        )
                                              )
                                              )
Address:   29  CORNFIELD ROAD                  )
_____                )
           BUSHEY,                             )
_____                )
           HERTS, UK.  WD23 3TB                )
Phone: +44 (0)208  950 8705                    )
Email: sneh_shah_uk@yahoo.com                  )
                                              )
Date:  18 October 2008.                        )

DRK v. Wiley AAA 00053

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                  )                DRK PHOTO:
                                                  )
                                                  )
                                                  )
                                                  )                by: _____
Signature                                         )
                                                  )                Dan Krasemann, Owner
                                                  )                100 Starlight Way
                                                  )                Sedona, AZ 86351
Print Name     Stan Tekiela                       )
                                                  )
                                                  )
Address:   8145 Trillium Ln                       )
           Victoria, MN                            )
           55386                                   )
                                                  )
Phone:   612-669-6220                              )
Email:   stan@naturesmart.com                      )
                                                  )
Date:   8/27/08                                    )

DRK v. Wiley AAA 00054

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                         DRK PHOTO:

Signature: _Tom Till_                                   by: _[signature]_
                                                        Dan Krasemann, Owner
Print Name: _Tom Till_                                  100 Starlight Way
                                                        Sedona, AZ 86351
Address: _3160 RIMROCK_
         _P.O. BOX 337_
         _MOAB, UTAH 84532_
Phone: _435-259-5327_
Email: _tom@tomtill.com_

Date: _6/30/08_

DRK v. Wiley AAA 00055

Tom BLEDSOE

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                    )        DRK PHOTO:
                                                    )
*Raymond J Phillips*                                )        by: _____
Signature                                           )        Dan Krasemann, Owner
                                                    )        100 Starlight Way
Raymond J. Phillips                                 )        Sedona, AZ 86351
Print Name                                          )
                                                    )
                                                    )
Address: 1714   31st Ave                            )
Seattle. WA 98122                                   )
                                                    )
Phone: 206  328. 2175                               )
Email: phillip_r@yahoo.com                          )
                                                    )
Date: 18 July 08                                    )

DRK v. Wiley AAA 00056

Tom BLEDSOE

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                          )          DRK PHOTO:
                                          )
                                          )
_Shelly D Zimmerman_                      )          by: _____
Signature                                 )          Dan Krasemann, Owner
                                          )          100 Starlight Way
_Shelley D Zimmerman_                     )          Sedona, AZ 86351
Print Name                                )
                                          )
                                          )
Address: _9913 227th Way NE_              )
          _Redmond WA 98053_              )
                                          )
                                          )
Phone: _425 836 1388_                     )
Email: _shelleydzimmerman@_               )
                _comcast.net_             )
Date: _7/8/08_                            )

DRK v. Wiley AAA 00057

<u>Copyright Assignment, Registration, and Accrued Causes of Action Agreement</u>

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                          )        DRK PHOTO:
                                          )
                                          )
                                          )
                                          )        by: _____
Signature                                 )        Dan Krasemann, Owner
                                          )        100 Starlight Way
                                          )        Sedona, AZ 86351
Stephen Trimble                           )
Print Name                                )
                                          )
                                          )
Address: 779 4th Ave                      )
         Salt Lake City UT                )
              84103                        )
Phone: 801-364-3031                       )
Email: steve@stephentrimble.net
                                          )
Date: 29 Oct 2008                         )

DRK v. Wiley AAA 00058

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                )
                                                )
                                                )
                                                )
_____                         )        by: _____
Signature                                       )        Dan Krasemann, Owner
                                                )        100 Starlight Way
LARRY ULRICH                                     )        Sedona, AZ 86351
_____                         )
Print Name                                      )
                                                )
                                                )
Address: P.O. BOX 178                           )
_____                         )
TRINIDAD, CA                                     )
_____                         )
95570                                           )
_____                         )
Phone: 707 677 3914                             )
Email: INFO@LARRYULRICH.COM                      )
                                                )
Date: 6-30-08                                    )

DRK PHOTO:

### Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                )
                                                )
                                                )
_____                 )       DRK PHOTO:
Signature                                       )
                                                )       by: _____
                                                )       Dan Krasemann, Owner
THOMAS A. WISWANDT                              )       100 Starlight Way
Print Name                                      )       Sedona, AZ 86351
                                                )
                                                )
Address:  PO Box 5118                           )
          Tucson, AZ 85703                      )
_____                 )
                                                )
Phone:  520·743·4551                            )
Email:  tom@wildhorizons.com                    )
                                                )
Date:  27 June 2008                             )

DRK v. Wiley AAA 00060

### Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or future accrued claims, or sets of claims, choses in action which is the personal right to bring a rare-off lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or late incurred claims, causes of action, control or interest in the suits, and if warranted undertaken.

Any proceeds obtained by settlement or judgement of such claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The undersigned

_____
Signature

_____
Print Name

_____
_____
_____
Phone: _____
Email: _____

_____

_____

Citizenship _____

_____

DRK PHOTO:

by _____
Dan Krasemann, Owner
100 Starlight Way
Sedona, AZ 86351

DRK v. Wiley AAA 00061

Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action—which is the personal right to bring a case—or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                  )          DRK PHOTO:
                                                  )
                                                  )
_____                   )          by: _____
Signature                                         )          Dan Krasemann, Owner
                                                  )          100 Starlight Way
                                                  )          Sedona, AZ 86351
JEREMY  WOODHOUSE                                 )
Print Name                                        )
                                                  )
                                                  )
Address:  605 ROUEN DR                            )
          MCKINNEY TX                             )
          75070   USA                             )
Phone:  214-544-3169                              )
Email: JEREMY@PIXELCHROME.COM                     )
                                                  )
Date:  7/8/08                                     )

DRK v. Wiley AAA 00062

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action—which is the personal right to bring a case—or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                    )          DRK PHOTO:
                                                     )
                                                     )
_Gary R. Zahm_                                       )          by: _(signature)_
Signature                                            )          Dan Krasemann, Owner
                                                     )          100 Starlight Way
GARY R. ZAHM                                         )          Sedona, AZ 86351
Print Name                                           )
                                                     )
                                                     )
Address: 1804 CRESCENT CT                            )
         LOS BANOS CA                                )
              93635                                  )
Phone: 209 826 4307                                  )
Email: gzahm@sbcglobal.net                           )
                                                     )
Date  6/28/08                                        )

DRK v. Wiley AAA 00063

*John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 14

## Copyright Assignment and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK Photo ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                                  )          DRK Photo:
                                                  )
                                                  )
_____                   )          by: _____
Signature                                         )          Dan Krasemann, Owner
                                                  )          100 Starlight Way
                                                  )          Sedona, AZ 86351
STEPHEN   KRASEMANN                                )
Print Name                                        )
                                                  )
                                                  )
Address:  374 CHMO ROAD                           )
   NEEBING , ON  P7L 0G3                           )
   PRIORTHROAD   CANADA                            )
Phone:  807-623-0437                              )
Email:  WILDLIFE @ TBAYTEL.NET                    )
                                                  )
Date:   14 , APRIL , 2009                         )

EXHIBIT NO. D40
Krasemann
6-7-12
jmstkno.com

DRK v. Wiley AAA 00046

*John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 15

January 6, 2009

**DRK PHOTO**

Michael P. Collier
PO Box 22311
Flagstaff, AZ 86002

Dear Michael:

Attached you will find a copyright assignment agreement which we need you to complete and return to this office via the postal service. Or, it could be scanned and attached to an email.

In a nutshell.. we've been conducting audits of some of our past image licensing and have discovered that there may be some gross violations of those licenses which would represent copyright infringement/s of the images involved.

- Your images are involved in some of those cases.

Before we can take the would be infringers to court, the images <u>must</u> be registered with the United States Copyright Office. We need you to complete and return the assignment agreement which authorizes us to register your images.

Once the images have been registered, DRK PHOTO will be able to pursue these matters in court and hopefully resolve the infringement claims via reaching a monetary settlement with the infringing parties.

Your immediate attention is appreciated; if you have any questions or concerns please feel free to call, or email me at info@drkphoto.com

As time is now becoming a factor I look forward to receiving the completed agreement A.S.A.P..

Sincerely,

Daniel R. Krasemann



EXHIBIT NO. 41
Collier
3-18-13
Vicki L. Champion, RPR


100 Starlight Way, Sedona, AZ 86351 U.S.A.
TEL. (928) 284-9808 • FAX (928) 284-9096 • info@drkphoto.com • www.drkphoto.com

Wiley v. DRK 000751

# *John Wiley & Sons, Inc. v. DRK Photo*
Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina
In Support of Motion for Summary Judgment

# Exhibit 16

April 21, 2011

**DRK PHOTO**



Michael P. Collier
PO Box 22311
Flagstaff, AZ 86002

COPY

Dear Michael Collier:

Thank you for participating in the DRK PHOTO Copyright Registration
Program. Under the program you assigned copyright in certain images
submitted to DRK for the limited purpose of enabling DRK to register
copyright. DRK hereby reassigns back to you all legal title and interest in
the copyright you originally assigned to DRK for purposes of these
registrations. This reassignment applies only to those images that have
been both submitted to and registered with the Copyright Office for
registration up to the date of this letter. Reassignment of the copyright to
images registered with the Copyright Office after this date will be done in the
future.

Attached you will find copies of the certificate/s and image/s registered
under those certificates.

You may also wish to record this reassignment with the U.S. Copyright
Office. Information for recording a transfer of copyright can be obtained
online at http://www.copyright.gov/help/faq/faq-assignment.html . Recording
a transfer is not legally required but provides certain benefits and involves
certain fees that are at your expense. Thank you again for your
participation.

Sincerely,

Daniel R, Krasemann
President



EXHIBIT NO. 43
Collier
3-18-13
Vicki L. Champion, RPR


100 Starlight Way, Sedona, AZ 86351 U.S.A.
TEL (928) 284-9808 • FAX (928) 284-9096 • info@drkphoto.com • www.drkphoto.com

Wiley v. DRK 000753

*John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)

# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 17



Wiley suit

Collier Houk (mpcreh@msn.com)  8:44 AM
To: maurice@harmonseidman.com, DRK

Dear Mr. Harmon,

I tried a couple of times to speak with Dan at DRK yesterday afternoon, but was told that he was on the phone.  No return call.

I've decided to take you up on your offer, to the extent allowed by law,  to have my name removed from this Wiley/DRK suit.  I do not want you or DRK using my name in any future lawsuits.

I wanted to talk with Dan about any lingering transfer-of-copyright issues stemming from his 2009 requests for such. My understanding has been that all copyrights have already been transferred back to me.  If DRK still holds the copyright to any of my pictures, I here instruct that they be returned to my name immediately.

I will appear on Monday as specified in the Wiley vs DRK subpoena.

Sincerely,
Michael Collier

EXHIBIT NO. 48
Collier
3-18-12
Vicki L. Champion, RPR

© 2013 Microsoft    Terms    Privacy    Developers

Printed 3/15/2013 by mc7

Northern Arizona University

*John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (GBD)


# Declaration of Robert Penchina

In Support of Motion for Summary Judgment

# Exhibit 18

FEE CHANGE
Effective ... ...
that date, check the Copyright Office Website
at www.loc.gov/copyright or call (202) 707-
300

12075182.

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REI

VAu 516-002

EFFECTIVE DATE OF REGISTRATION

03    13    01
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
" 900001 – 905.344 SJK "

**NATURE OF THIS WORK ▼ See Instructions**
PHOTOGRAPHY

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NONE

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
STEPHEN J. KRASEMANN

**DATES OF BIRTH AND DEATH**
Year Born ▼  1947    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of ▶ U.S.A. + CANADA
Domiciled in ▶ CANADA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year In Which Creation of This Work Was Completed**
2001    ◄ Year    This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
STEPHEN J. KRASEMANN
100 STARLIGHT WAY
SEDONA, V.O.C.  86351  AZ

APPLICATION RECEIVED
MAR 13, 2001
ONE DEPOSIT RECEIVED
MAR 13, 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages



EXHIBIT NO. D3
Krasemann
6-7-12

jmsteno.com

30/05 2012 12:49 FAX                                                                    003/003

EXAMINED BY MMC

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                      **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

STEPHEN  J.  KRASEMANN
100 STARLIGHT WAY
SEDONA, V.O.C.  AZ  86351

Area code and daytime telephone number ▶ (867) 393-3335          Fax number ▶ (   )

Email ▶ YUKONWILDLIFE.@AOL.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

STEPHEN J. KRASEMANN                                   Date ▶ MARCH 5, 2001

Handwritten signature (X) ▼

X ___Stephen J. Kraseman___

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
STEPHEN J. KRASEMANN
**Number/Street/Apt** ▼
100 STARLIGHT WAY
**City/State/ZIP** ▼
SEDONA V.O.C., AZ 86351

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fee as of July 1, 1999,
the filing fee for
Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—180,000
WEB REV: June 1999              ♻ PRINTED ON RECYCLED PAPER              ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71