UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

JOHN WILEY & SONS, INC.,                          :
                              Plaintiff,          :
                                                  :      1:11-CV-05454-KPF
                    v.                            :
                                                  :      ECF Case
DRK PHOTO, a sole proprietorship,                 :
                                                  :
                              Defendant.          :
-------------------------------------------------------------- :
DRK PHOTO, a sole proprietorship,                 :
                              Counterclaimant,    :
                                                  :
                    v.                            :
                                                  :
JOHN WILEY & SONS, INC.                           :
                                                  :
                              Counterdefendant.   :
-------------------------------------------------------------- :

## DECLARATION OF DANIEL KRASEMANN

I, Daniel Krasemann, hereby declare pursuant to 28 U.S.C. § 1746:

1.      I have owned and operated DRK Photo ("DRK"), the Defendant and Counterclaimant in the above-entitled matter, as a sole proprietorship since 1981.  I have personal knowledge of the matters set forth herein.

2.      DRK is a Sedona, Arizona stock photography agency engaged in licensing photographic images to publishers, including John Wiley & Sons, Inc. ("Wiley"), as well as other clients.

3.      DRK obtained the right to license the photos at issue (the "Photographs") through execution of various written agreements from the photographers who took them.  Copies of these agency agreements for the photographers whose photographs are in-suit are attached hereto as Exhibit 1.

4.      One of the photographers DRK represents is my brother, Stephen Krasemann.  Stephen Krasemann has no ownership interest in DRK and has never been an employee of DRK.

5.      Stephen Krasemann executed two copyright assignment documents to DRK.  A true and correct copy of the first assignment, executed on June 24, 2008, is attached hereto as <u>Exhibit 2</u>.  The second assignment, executed on April 14, 2009, is part of Exhibit 13 to Wiley's Declaration of Robert Penchina (Doc. 54, Bates No. DRK v. Wiley AAA 00046).

6.      I misunderstood that DRK needed the second assignment form from Stephen Krasemann.  In fact, the 2008 assignment transferred all of Stephen Krasemann's copyrights to DRK, including those in photographs he had previously registered.  *See* Exhibit 2, which assigns "all copyrights and complete legal title in the [undersigned's] Images [selected by DRK PHOTO ("DRK") and included in DRK's collection]."

7.      DRK labels its images through an internal numbering system.  Typically, the images are numbered in order sequentially when they are received, and the label number allows DRK to ascertain the date when the image was first released into DRK's collection.

8.      Special circumstances, however, applied to images supplied to DRK by my brother, Stephen Krasemann.  Many times, DRK assigned label numbers to Stephen Krasemann photographs, but did not release the images into DRK's collection until a later date; sometimes DRK did not review the images until Stephen returned and assigned a label number at that time.  This occurred for various reasons, including by way of example:

        a.  DRK maintains a fire-proof location to store film.   Occasionally, when Stephen Krasemann was travelling, he would send an entire batch of film to DRK and request that it be stored safely in DRK's vault on his behalf. DRK would hold these images

2

until Stephen Krasemann returned from his travels to review and approve them for publication.

b.   Stephen Krasemann requested first publication rights in the images;

c.   Stephen Krasemann had previously promised the right of first publication to another publisher.

9.      For the above reasons, DRK's label numbers of Stephen Krasemann's images – unlike those from other photographers not related to me – do not reliably indicate the date that the image was first released for publication.

10.     Image 904674 (originally numbered 127413), taken by Stephen Krasemann, was assigned an image number when I received it, but I have no records on whether it was released into DRK's collection or available for license at that time.  I don't know, based on DRK's records, whether DRK made this image available for license prior to 2001.

11.     Image 901854, taken by Stephen Krasemann, was assigned an image number when I received it, but I have no records on whether it was released into DRK's collection or available for license at that time.

12.     DRK first licensed Image 901854 from Copyright Registration VAu 175-200 for publication in a 1993 John Wiley & Sons, Inc. textbook.

13.     Image 905367, taken by Stephen Krasemann, was assigned an image number when I received it, but I have no records on whether it was released into DRK's collection or available for license at that time.

14.     DRK first licensed Image 905367 on October 10, 2001.

15.     At the time that I verified the complaint filed by DRK in this action, I was operating under the good faith belief that Image 905367 was included in the application submitted by

Stephen Krasemann for Registration No. VAu 516-002.  During the course of discovery in this matter, I learned that Image 905367 was omitted from the application and had not been properly registered.

16.     I filed an application with the Copyright Office for registration of Image 905367 on January 22, 2013.  The Registration No. is VA 1-849-343.

17.     Approximately 100 DRK photographers signed the assignment of copyrights form.

I declare under penalty of perjury that the foregoing is true and correct.

Daniel Krasemann

DATE: 6-14-2013

EXHIBIT 1



# *DRK PHOTO*

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

ORIGINAL

November 12, 1984

DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my agent with the respect to the sale or
leasing of the photographs or transparencies which I have delivered to
you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material
and agree that you assume no liability for any loss or damage to the
items so delivered to you. In the event that any transparency is lost,
destroyed or damaged by others, then I give you full and complete
authority to make claim or bring suit for redress or compromise said
claim without my permission. Any recovery made therein shall be
apportioned 50% to each of us, after deduction of your cost and
expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and
myself regarding all sales made and received. Payment is to be made
within thirty (30) days of receipt. DRK PHOTO shall notify me on a
regular monthly basis of any sales activity if any sales activity
occured during that time.

I understand that the terms and compensation of the sale or leasing of
my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material
submitted, including location, species, country, state or province,
and other pertinent information. In addition to the above I am to have
my name stamped on each photo submitted. 2x2 Kimac sleeves will be
provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of
three (3) years.

*Photographs v. Wiley AAA-01033DRK Photo*

ORIGINAL

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

_____
Photographers Signature

_____
Address

_____
Phone Number

_____
Social Security or Social Insurance #

_____
Agreed To And Accepted By: [DRK PHOTO]

CONFIDENTIAL                                                   DRK v. Wiley AAA 01034

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86351

Gentlemen:



DRK PHOTO

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

page 1 of 2 - contract



over...



page 2 of 2 – contract

I understand that DRK PHOTO will honor the exclusive license/sale of an image made by the photographer or another agency, for the duration of that exclusive license/sale, and limited to the specific market, (if applicable) by temporarily restricting licensing of said image to that market. Further, DRK PHOTO will not require, nor ask a photographer or agency for exclusivity of an image until such time that DRK PHOTO has made an exclusive sale of that image. As above, DRK PHOTO would then expect all parties to honor the terms of its exclusive license/sale. Without this condition of an exclusive license/sale being made, all parties are free to promote and/or market all images without restriction.

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_____   _____   (Anup **and** Manoj Shah)
Photographers Signatures

_____
Address

_____        _____
Phone Number                                      Fax Number

_____
Social Security or Social Insurance #

_____        _____
Daniel R. Krasemann                      Julie A. Krasemann
                    Agreed To and Accepted By: [DRK PHOTO]

21 | FEBRUARY | 1996
_____
Date      (January 16, 1996)

ORIGINAL



# *DRK PHOTO*

*265 Verde Valley School Road • Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 • FAX (602) 284-9096*

September 9, 1991

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

page 1 of 2 - contract

CONFIDENTIAL  *printed on recycled paper* DRK v. Wiley AAA 01037

Page 2 of 2 - contract

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_Barbara Gerlach_ (signature)                              (Barbara Gerlach)

Photographers Signature

[redacted]

Address

[redacted]

Phone Number

[redacted]

Social Security or Social Insurance #

_[signature]_

Agreed To and Accepted By: [DRK PHOTO]

CONFIDENTIAL                              DRK v. Wiley AAA 01038

DRK PHOTO
265 Verde Valley School Road                    (revised - *model release*)
Sedona, Arizona 86351

Gentlemen:



DRK PHOTO

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to clearly mark all photographs for which a model/property release has been obtained and will provide such release to DRK PHOTO upon request. If not so marked, DRK PHOTO shall assume that a model/property release does not exist.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

**ORIGINAL**

page 1 of 2 - contract

over...



page 2 of 2 - contract

I understand that DRK PHOTO will honor the exclusive license/sale of an image made by the photographer or another agency, for the duration of that exclusive license/sale, and limited to the specific market, (if applicable) by temporarily restricting licensing of said image to that market. Further, DRK PHOTO will not require, nor ask a photographer or agency for exclusivity of an image until such time that DRK PHOTO has made an exclusive sale of that image. As above, DRK PHOTO would then expect all parties to honor the terms of its exclusive license/sale. Without this condition of an exclusive license/sale being made, all parties are free to promote and/or market all images without restriction.

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_____          Barbara Cushman Rowell
Photographers Signature (full name)          Print Full Name

_____
Address

_____          _____
Phone Number                                          Fax Number

_____
Social Security or Social Insurance #

_____          _____
Daniel R. Krasemann                              Julie A. Krasemann
          Agreed To and Accepted By: [DRK PHOTO]

_____
Date       (April 15, 1996)

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86351

Gentlemen:


DRK PHOTO

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

page 1 of 2 - contract



 over...



page 2 of 2 - contract

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

(Bob Gurr)

_____
Photographers Signature

_____
Address

_____
Phone Number

_____
Social Security or Social Insurance #

(Daniel R. Krasemann)

_____
Agreed To and Accepted By: [DRK PHOTO]

3-21-94

_____
Date   (March 21, 1994)

ORIGINAL

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86351

Gentlemen:



**DRK PHOTO**

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

page 1 of 2 - contract

ORIGINAL

over...

CONFIDENTIAL
265 Verde Valley School Rd.   Sedona, Arizona 86351 U.S.A.   (602) 284-9808   FAX (602) 284-9096

DRK v. Wiley AAA 01043

page 2 of 2 - contract

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_Darrell G. Gulin_                   (Darrell G. Gulin)

Photographers Signature

██████████████████████████████

Address

███████████

Phone Number

███████████

Social Security or Social Insurance #

_[signature]_         11-18-99

Agreed To and Accepted By: [DRK PHOTO]

Nov. 30, 1994

Date   (November 18, 1994)

ORIGINAL

DRK v. Wiley AAA 01044

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86351

Gentlemen:


DRK PHOTO

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

page 1 of 2 - contract

**over...**



page 2 of 2 - contract

I understand that DRK PHOTO will honor the exclusive license/sale of an image made by the photographer or another agency, for the duration of that exclusive license/sale, and limited to the specific market, (if applicable) by temporarily restricting licensing of said image to that market. Further, DRK PHOTO will not require, nor ask a photographer or agency for exclusivity of an image until such time that DRK PHOTO has made an exclusive sale of that image. As above, DRK PHOTO would then expect all parties to honor the terms of its exclusive license/sale. Without this condition of an exclusive license/sale being made, all parties are free to promote and/or market all images without restriction.

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_____
Photographers Signature (full name)

DAVID   LYN   WOODFALL
Print Full Name

_____
Address

_____          _____
Phone Number                                                          Fax Number

_____
Social Security or Social Insurance #

_____          _____
Daniel R. Krasemann                                        Julie A. Krasemann
                    Agreed To and Accepted By: [DRK PHOTO]

03-02-99
_____
Date      (March 2, 1999)

CONFIDENTIAL                                                          DRK v. Wiley AAA 01046



# *DRK PHOTO*

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

December 12, 1984

DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

CONFIDENTIAL

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

_____
Photographers Signature

_____
Address

_____
Phone Number

_____
Social Security or Social Insurance #

_____
Agreed To And Accepted By: [DRK PHOTO]

CONFIDENTIAL                                          DRK v. Wiley AAA 01048



# *DRK PHOTO*

*265 Verde Valley School Road • Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 • FAX (602) 284-9096*

ORIGINAL

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

page 1 of 2 -- contract


printed on recycled paper

DRK v. Wiley AAA 01049

Page 2 of 2 -- contract

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

(Jeremy Woodhouse)

---------------------------------------------------
Photographers Signature

---------------------------------------------------
Address

---------------------------------------------------
Phone Number

ORIGINAL

---------------------------------------------------
Social Security or Social Insurance #

---------------------------------------------------
Agreed To and Accepted By: [DRK PHOTO]

CONFIDENTIAL



# DRK PHOTO

*265 Verde Valley School Road ● Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*



November 28, 1989

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

Photo DRK v. Wiley AAA 01051 DRK Photo

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.   *JC.*

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

John Cancalosi                          (John Cancalosi)
--------------------------------
Photographers Signature

████████████████████████████████
--------------------------------
Address

████████████████
--------------------------------
Phone Number

████████████████
--------------------------------
Social Security or Social Insurance #

[signature]
--------------------------------
Agreed To and Accepted By: [DRK PHOTO]

**CONFIDENTIAL**

DRK v. Wiley AAA 01052

ORIGINAL



# DRK PHOTO

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

*ORIGINAL*

January 16, 1985


DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

CONFIDENTIAL

Photograph by Stephen Krasemann/DRK Photo

ORIGINAL

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

_____
Photographers Signature

_____
Address

_____
Phone Number

_____
Social Security or Social Insurance #

_____
Agreed To And Accepted By: [DRK PHOTO]

CONFIDENTIAL                                    DRK v. Wiley AAA 01054



# DRK PHOTO

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

February 11, 1983

DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my sole and exclusive agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery taken therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that DRK PHOTO shall have three (3) years to effect the return of materials in the event that this contract is terminated and agree that this contract will be in effect for a minimum of three (3) years.

CONFIDENTIAL

DRK v. Wiley AAA 01055
*Photograph By - Stephen J. Krasemann, DRK Photo*



# DRK PHOTO

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick—ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

*Johnny Johnson*

Photographers Signature

Address

Phone Number

Social Security or Social Insurance #

CONFIDENTIAL

Agreed To And Accepted By: [DRK PHOTO]

DRK v. Wiley AAA 01056
Photograph By - Stephen J. Krasemann/DRK Photo



# *DRK PHOTO*

*265 Verde Valley School Road ● Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*



April 27, 1988

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing
of the photographs or transparencies which I have delivered to you and
shall deliver to you in the future.

I understand that the best possible care will be taken of my material and
agree that you assume no liability for any loss or damage to the items so
delivered to you. In the event that any transparency is lost, destroyed or
damaged by others, then I give you full and complete authority to make
claim or bring suit for redress or compromise said claim without my
permission. Any recovery made therein shall be apportioned 50% to each of
us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself
regarding all sales made and received. Payment is to be made within thirty
(30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis
if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my
photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material
submitted, including location, species, country, state or province, and
other pertinent information. In addition to the above I am to have my name
stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost
if necessary.

I understand that this agreement shall be in effect for a minimum of three
(3) years.

CONFIDENTIAL

Photography by Wiley Photo Associates from DRK Photo

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_____          (Kim Heacox)
Photographers Signature

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Address

▓▓▓▓▓▓▓▓▓▓▓▓▓
_____
Phone Number

▓▓▓▓▓▓▓▓▓▓▓▓▓
_____
Social Security or Social Insurance #

_____
Agreed To and Accepted By: [DRK PHOTO]

ORIGINAL



# *DRK PHOTO*

*265 Verde Valley School Road ● Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*



May 27, 1988

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

DRK v. Wiley AAA 01059
*Photograph by Stephen J. Krasemann/DRK Photo*

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_____       (Larry Lipsky)
Photographers Signature

_____
Address

_____
Phone Number

_____
Social Security or Social Insurance #

_____
Agreed To and Accepted By: [DRK PHOTO]

ORIGINAL



# DRK PHOTO

*265 Verde Valley School Road ● Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*



February 4, 1987

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_____     (Larry Ulrich)
Photographers Signature

_____
Address                                          ORIGINAL

_____
Phone Number

_____
Social Security or Social Insurance #

_____
Agreed To and Accepted By: [DRK PHOTO]



# DRK PHOTO

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

**ORIGINAL**

October 28, 1985

DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

CONFIDENTIAL

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

X  _Lewis Kemper_                (Lewis Kemper)
   Photographers Signature

   ████████████████████

   Address                              **ORIGINAL**

   ████████████

   Phone Number

X  ████████████████████
   Social Security or Social Insurance #

   _signature_
   Agreed To And Accepted By: [DRK PHOTO]

CONFIDENTIAL                                    DRK v. Wiley AAA 01064

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86351

Gentlemen:



I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

page 1 of 2 - contract



over...

 CONFIDENTIAL 265 Verde Valley School Rd. Sedona, Arizona 86351 U.S.A.  (520) 284-9808   FAX (520) 284-9096

page 2 of 2 - contract

I understand that DRK PHOTO will honor the exclusive license/sale of an image made by the photographer or another agency, for the duration of that exclusive license/sale, and limited to the specific market, (if applicable) by temporarily restricting licensing of said image to that market. Further, DRK PHOTO will not require, nor ask a photographer or agency for exclusivity of an image until such time that DRK PHOTO has made an exclusive sale of that image. As above, DRK PHOTO would then expect all parties to honor the terms of its exclusive license/sale. Without this condition of an exclusive license/sale being made, all parties are free to promote and/or market all images without restriction.

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_(Marc Epstein)_

Photographers Signature

Address

Phone Number

ORIGINAL

Social Security or Social Insurance #

Agreed To and Accepted By: [DRK PHOTO]

01-16-96

Date    (January 16, 1996)

CONFIDENTIAL                                           DRK v. Wiley AAA 01066

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86351

Gentlemen:



I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

page 1 of 2 - contract

**over...**



page 2 of 2 - contract

I understand that DRK PHOTO will honor the exclusive license/sale of an image made by the photographer or another agency, for the duration of that exclusive license/sale, and limited to the specific market, (if applicable) by temporarily restricting licensing of said image to that market. Further, DRK PHOTO will not require, nor ask a photographer or agency for exclusivity of an image until such time that DRK PHOTO has made an exclusive sale of that image. As above, DRK PHOTO would then expect all parties to honor the terms of its exclusive license/sale. Without this condition of an exclusive license/sale being made, all parties are free to promote and/or market all images without restriction.

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_____
Photographers Signature (full name)

MARTIN HARVEY
_____
Print Full Name

_____
Address

_____
Phone Number

_____
Fax Number

_____
Social Security or Social Insurance #

Daniel R. Krasemann
_____

Julie A. Krasemann
_____

Agreed To and Accepted By: [DRK PHOTO]

APRIL 9, 1999
_____
Date    (April 9, 1999)

CONFIDENTIAL

DRK v. Wiley AAA 01068



# DRK PHOTO

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

March 26, 1985

*ORIGINAL*

DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

Photograph By Wiley-AAA-01069 DRK Photo

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

X _____
Photographer's Signature

X _____
Address

X _____
Phone Number

X _____
Social Security or Social Insurance #

_____
Agreed To And Accepted By: [DRK PHOTO]

ORIGINAL

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86351

Gentlemen:




I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

page 1 of 2 - contract



over...


CONFIDENTIAL
265 Verde Valley School Rd.  Sedona, Arizona 86351 U.S.A.  (520) 284-9808   FAX (520) 284-9096
DRK v. Wiley AAA 01071

page 2 of 2 - contract

I understand that DRK PHOTO will honor the exclusive license/sale of an image made by the photographer or another agency, for the duration of that exclusive license/sale, and limited to the specific market, (if applicable) by temporarily restricting licensing of said image to that market. Further, DRK PHOTO will not require, nor ask a photographer or agency for exclusivity of an image until such time that DRK PHOTO has made an exclusive sale of that image. As above, DRK PHOTO would then expect all parties to honor the terms of its exclusive license/sale. Without this condition of an exclusive license/sale being made, all parties are free to promote and/or market all images without restriction.

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

- In the event of my death I authorize DRK Photo to commence issuing my commission checks to my wife; Rose Elisabeth Houk.

Very Truly Yours,

Michael P. Collier          MICHAEL P. COLLIER
Photographers Signature (full name)          Print Full Name

_____
Address

_____
Phone Number          Fax Number

ORIGINAL

_____
Social Security or Social Insurance #

Daniel R. Krasemann          Julie A. Krasemann
          Agreed To and Accepted By: [DRK PHOTO]

11-15-96
Date     (November 15, 1996)



# DRK PHOTO

*265 Verde Valley School Road* ● *Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*

May 15, 1989



DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

Photographs taken by William A. Russell DRK Photo
DRK v. Wiley AAA 01073

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_Michael Fogden_ (Michael Fogden)
----------------------------------
Photographers Signature

██████████████████████████████████████
----------------------------------
Address

██████████
----------------------------------
Phone Number

██████████████████
----------------------------------
Social Security or Social Insurance #

_signature_
----------------------------------
Agreed To and Accepted By: [DRK PHOTO]

ORIGINAL

CONFIDENTIAL



# *DRK PHOTO*

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

March 3, 1983

DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my sole and exclusive agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that DRK PHOTO shall have three (3) years to effect the return of materials in the event that this contract is terminated and agree that this contract will be in effect for a minimum of three (3) years.

CONFIDENTIAL

DRK v. Wiley AAA 01075
*Photograph By - Stephen J. Krasemann/DRK Photo*



# *DRK PHOTO*

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

Photographers Signature

Address

Phone Number

Social Security or Social Insurance #

Agreed To And Accepted By: [DRK PHOTO]

CONFIDENTIAL

DRK v. Wiley AAA 01076
*Photograph By: Stephen J. Krasemann/DRK Photo*



DRK PHOTO

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86351

Gentlemen:



LICENSING

I desire that you act as my agent with the respect to the ~~sale or leasing~~ of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

page 1 of 2 - contract

ORIGINAL

over...



page 2 of 2 - contract

I understand that DRK PHOTO will honor the exclusive license/sale of an image made by the photographer or another agency, for the duration of that exclusive license/sale, and limited to the specific market, (if applicable) by temporarily restricting licensing of said image to that market. Further, DRK PHOTO will not require, nor ask a photographer or agency for exclusivity of an image until such time that DRK PHOTO has made an exclusive sale of that image. As above, DRK PHOTO would then expect all parties to honor the terms of its exclusive license/sale. Without this condition of an exclusive license/sale being made, all parties are free to promote and/or market all images without restriction.

In the event of termination of this agreement, DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

Stephen G. Maka

_STEPHEN G. MAKA_     STEPHEN G. MAKA
Photographers Signature (full name)       Print Full Name

Address

Phone Number                        Fax Number

Social Security or Social Insurance #

ORIGINAL

Daniel R. Krasemann             Julie A. Krasemann
Agreed To and Accepted By: [DRK PHOTO]

MAY 14, 1996
Date    (April 22, 1996)



# DRK PHOTO

*265 Verde Valley School Road ● Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*

March 27, 1987

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

Photo Copyright by the Photographer and/or shown DRK Photo
DRK v. Wiley AAA 041085

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_____     (Stephen J. Krasemann)
Photographer's Signature

_____
Address

_____
Phone Number

_____
Social Security or Social Insurance #

_____
Agreed To and Accepted By: [DRK PHOTO]



# *DRK PHOTO*

*265 Verde Valley School Road ● Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*



November 10, 1986

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

_Stephen Trimble_   (Stephen Trimble)
Photographers Signature

████████████████████████████████
Address

███████████████
Phone Number

███████████████
Social Security or Social Insurance #

_signature_
Agreed To And Accepted By: [DRK PHOTO]

ORIGINAL



# DRK PHOTO

*265 Verde Valley School Road • Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 • FAX (602) 284-9096*

January 26, 1993

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

page 1 of 2 -- contract

CONFIDENTIAL  DRK v. Wiley AAA 01089

Page 2 of 2 -- contract

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

(Steve Kaufman)

----------------------------------------------------------------
Photographers Signature

----------------------------------------------------------------
Address

----------------------------------------------------------------
Phone Number

----------------------------------------------------------------
Social Security or Social Insurance #

----------------------------------------------------------------
Agreed To and Accepted By: [DRK PHOTO]



# DRK PHOTO

*265 Verde Valley School Road ● Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*

ORIGINAL

May 2, 1987

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

Photograph By Stephen J. Krasemann DRK Photo

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

_(Thomas A. Wiewandt)_

Photographers Signature

Address

Phone Number

Social Security or Social Insurance #

Agreed To and Accepted By: [DRK PHOTO]

ORIGINAL

CONFIDENTIAL

DRK v. Wiley AAA 01092



# DRK PHOTO

*265 Verde Valley School Road ● Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*

June 12, 1989

**ORIGINAL**

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire  that you  act as my agent with the respect to the sale or leasing
of the  photographs or  transparencies which  I have  delivered to  you and
shall deliver to you in the future.

I understand  that the  best possible care will be taken of my material and
agree that  you assume  no liability for any loss or damage to the items so
delivered to  you. In the event that any transparency is lost, destroyed or
damaged by  others, then  I give  you full  and complete  authority to make
claim or  bring suit  for redress  or  compromise  said  claim  without  my
permission. Any  recovery made  therein shall be apportioned 50% to each of
us, after deduction of your cost and expense to obtain such recovery.

I understand  that there will be a 50/50 split between DRK PHOTO and myself
regarding all  sales made and received. Payment is to be made within ninety
(90) days  of receipt.  DRK PHOTO  shall notify  me on  a regular quarterly
basis if any sales activity occurred during that time.

I understand  that the  terms and compensation of the sale or leasing of my
photographs or transparencies shall be solely in your discretion, *but that on any*
*we have Sale a a. Sales where there might be conflict, explicity rights that DRK will notify me photography when*
*so prior publication. Also, there will more than asking that I treat with Time Time etc leased*
I understand  that I  am to  provide caption  information on  all  material
submitted, including  location, species,  country, state  or province,  and
other pertinent  information. In addition to the above I am to have my name
stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost
if necessary.

I understand  that this  agreement shall be in effect for a minimum of five
(5) years.  U~~pon each  (5) year  maturity of this agreement, this agreement~~
~~shall be  automatically renewed for another equal term unless terminated~~ in
~~writing by either party at least thirty days prior to maturity.~~ *At the end*
*of 5 years contract will automaticly renew for one year spans unless terminated*
*30 days prior to maturity.*

CONFIDENTIAL

In the event that DRK is sold or placed under new management, we, the photographers, have the option to withdraw from the agency at that time (60 days from notification) no matter where we are in the contract time period.

*pik*
*T. J. L.*

Photos having a model release will be marked MRA. Photos not model released will not be marked.

*pik*
*T. J. L.*

~~I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.~~

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

(Tom & Pat Leeson)
--------------------------------
Photographers Signature

--------------------------------
Address

--------------------------------
Phone Number

--------------------------------
Social Security or Social Insurance #

ORIGINAL

(Daniel R. Krasemann)
--------------------------------
Agreed To and Accepted By: [DRK PHOTO]

CONFIDENTIAL



# DRK PHOTO

743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496

October 18, 1982

DRK Photo
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my sole and exclusive agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any photograph or transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK Photo and myself regarding all sales made and received. Payment is to be made within thiry days of receipt. DRK Photo will notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand and agree that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that DRK Photo shall have three years to effect the return of materials in the event that this contract is terminated and agree that this contact shall be in effect for a minimum of three years.

Continued on page 2

CONFIDENTIAL

DRK v. Wiley AAA 01095
Photograph By: Stephen J. Krasemann DRK Photo



# *DRK PHOTO*

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

Page 2

I am to furnish model releases for all photographs requiring such releases and clearly mark all photos for which a release is not available, if not so marked, DRK Photo will assume that model releases are available and the photographer assumes all liability that might arise from photo usage.

In the event of termination of this agreement DRK Photo retains the right to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK Photo shall have the right to grant such usage and collect 50% of the net sale from usage. DRK Photo shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked-up after expiration of this agreement.

Very Truly Yours,
Mr. Tom Bean

_____  TOM BEAN  _____
Name of Photographer

[Address — redacted]
Address

Agreed to and Accepted by:

_____
DRK Photo

[Phone Number — redacted]
Phone Number

Social Security Number

CONFIDENTIAL

Photograph By: Stephen J. Krasemann/DRK Photo



# *DRK PHOTO*

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

*ORIGINAL*

March 21, 1985


DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

X _Jim Bleibee_
Photographers Signature

ORIGINAL

_____
Address

_____
Phone Number

X _____
Social Security or Social Insurance #

_____
Agreed To And Accepted By: [DRK PHOTO]

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86351

*ORIGINAL*


**DRK PHOTO**

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within ninety (90) days of receipt. DRK PHOTO shall notify me on a regular quarterly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of five  (5) years. Upon each (5) year maturity of this agreement, this agreement shall be automatically renewed for another equal term unless terminated in writing by either party at least thirty days prior to maturity.

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available. If not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years' time to return all materials that were in circulation at the time of termination.

page 1 of 2 - contract

**over...**



page 2 of 2 - contract

In the event of termination of this agreement DRK PHOTO retains the right to its normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos that were originally placed with the client during the term of this agreement, and then reprinted or picked-up after expiration of this agreement.

Very Truly Yours,

(Tom Brakefield)

Photographers Signature

Address

Phone Number

Social Security or Social Insurance #

3 - 2 - 94        (Daniel R. Krasemann)

Agreed To and Accepted By: [DRK PHOTO]

3-2-94

Date   (March 2, 1994)

a)  DRK is prohibited from putting my images on a clip-photo disc.
b)  DRK is to notify Tom Brakefield for specific written approval covering specific images each time the agency wants to put some of Brakefield's images on a catalog disc or network.   *ORIGINAL*
c)  All sale of rights using any Brakefield images on any CD-ROM product should be structured so that a base fee is paid for an initial limited pressing and a royalty per disc is paid for any discs in excess of this initial number.

3-21-94

CONFIDENTIAL        DRK v. Wiley AAA 01100



# *DRK PHOTO*

*743 Wheelock Avenue ● Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

**ORIGINAL**

May 1, 1985

DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

CONFIDENTIAL

Photograph By Stephen J. Krasemann/DRK Photo

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

X  _Tom Till_
Photographers Signature

_____
Address

_____
Phone Number

X  _____
Social Security or Social Insurance #

ORIGINAL

_____
Agreed To And Accepted By: [DRK PHOTO]

                    DRK v. Wiley AAA 01102



# DRK PHOTO

*265 Verde Valley School Road ● Sedona, Arizona 86336 U.S.A.*
*(602) 284-9808 or (602) 284-9809*

ORIGINAL

November 26, 1986

DRK PHOTO
265 Verde Valley School Road
Sedona, Arizona 86336

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis if any sales activity occurred during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

CONFIDENTIAL

I am  to furnish model releases for all photographs requiring such releases
and clearly  mark all  photographs for which a release is not available. If
not so  marked, DRK PHOTO will assume that model releases are available and
the photographer assumes all liability that might arise from the photo use.

I understand  that in  the event  this agreement  is terminated,  DRK PHOTO
shall immediately  return that  portion of  total images  currently in its'
files. DRK  PHOTO shall have an additional one (1) years time to return all
materials which were in circulation at the time of termination.

In the  event of  termination of this agreement DRK PHOTO retains the right
to it's  normal commission  on all  sales which might arise from a user who
has  made  duplicates of  those transparencies,  photographs,  or  other
materials submitted to it during the term of this agreement and then, after
term hereof, the user wishes to utilize such duplicate materials. DRK PHOTO
shall have  the right  to grant  such usage and collect 50% of the net sale
from usage.  DRK PHOTO  shall also retain the right to collect 50% from all
subsequent pick-ups or reprints on photos which were originally placed with
the client during the term of this agreement, and then reprinted or picked-
up after expiration of this agreement.

Very Truly Yours,

_____     (Wayne Lynch)
Photographers Signature

ORIGINAL

_____
Address

_____
Phone Number

_____
Social Security or Social Insurance #

_____
CONFIDENTIAL
Agreed To and Accepted By: [DRK PHOTO]

DRK v. Wiley AAA 01104



# DRK PHOTO

*743 Wheelock Avenue* ● *Hartford, Wisconsin 53027 U.S.A. (414) 673-6496*

ORIGINAL

January 16, 1985

DRK PHOTO
743 Wheelock Avenue
Hartford, Wisc. 53027

Gentlemen:

I desire that you act as my agent with the respect to the sale or leasing of the photographs or transparencies which I have delivered to you and shall deliver to you in the future.

I understand that the best possible care will be taken of my material and agree that you assume no liability for any loss or damage to the items so delivered to you. In the event that any transparency is lost, destroyed or damaged by others, then I give you full and complete authority to make claim or bring suit for redress or compromise said claim without my permission. Any recovery made therein shall be apportioned 50% to each of us, after deduction of your cost and expense to obtain such recovery.

I understand that there will be a 50/50 split between DRK PHOTO and myself regarding all sales made and received. Payment is to be made within thirty (30) days of receipt. DRK PHOTO shall notify me on a regular monthly basis of any sales activity if any sales activity occured during that time.

I understand that the terms and compensation of the sale or leasing of my photographs or transparencies shall be solely in your discretion.

I understand that I am to provide caption information on all material submitted, including location, species, country, state or province, and other pertinent information. In addition to the above I am to have my name stamped on each photo submitted. 2x2 Kimac sleeves will be provided at cost if necessary.

I understand that this agreement shall be in effect for a minimum of three (3) years.

ORIGINAL

I am to furnish model releases for all photographs requiring such releases and clearly mark all photographs for which a release is not available, if not so marked, DRK PHOTO will assume that model releases are available and the photographer assumes all liability that might arise from the photo use.

I understand that in the event this agreement is terminated, DRK PHOTO shall immediately return that portion of total images currently in its' files. DRK PHOTO shall have an additional one (1) years time to return all materials which were in circulation at the time of termination.

In the event of termination of this agreement DRK PHOTO retains the rights to it's normal commission on all sales which might arise from a user who has made duplicates of those transparencies, photographs, or other materials submitted to it during the term of this agreement and then, after the term hereof, the user wishes to utilize such duplicate materials; DRK PHOTO shall have the right to grant such usage and collect 50% of the net sale from usage. DRK PHOTO shall also retain the right to collect 50% from all subsequent pick-ups or reprints on photos which were originally placed with the client during the term of this agreement, and reprinted or picked up after expiration of this agreement.

Very Truly Yours,

_____
Photographers Signature

_____
Address

_____
Phone Number

_____
Social Security or Social Insurance #

_____
Agreed To And Accepted By: [DRK PHOTO]

EXHIBIT 2

**Copyright Assignment, Registration, and Accrued Causes of Action Agreement**

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by DRK PHOTO ("DRK") and included in DRK's collection, hereby grants to DRK all copyrights and complete legal title in the Images. DRK agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by DRK's receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by DRK relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting DRK to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 50% for the undersigned and 50% for DRK.

The Undersigned:                    )
                                    )
                                    )
_____           )   DRK PHOTO:
Signature                           )
                                    )   by: _____
STEPHEN  KRASEMANN                  )   Dan Krasemann, Owner
Print Name                          )   100 Starlight Way
                                    )   Sedona, AZ 86351
                                    )
Address: _R.R. #1_____           )
SOUTH GILLIES, ON_____          )
_____P0T 2V0            )
Phone: _807-623-0437_____           )
Email: _WILDLIFE@TBAYTEL.NET_       )
                                    )
Date: _JUNE 24. 2008_____         )

Wiley v. DRK: 000872