UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOHN WILEY & SONS, INC.,
                Plaintiff,

                  1:11-CV-05454-KPF

      v.

                  ECF Case

DRK PHOTO, a sole proprietorship,

                Defendant.

--------------------------------------------------------------

DRK PHOTO, a sole proprietorship,
                Counterclaimant,

      v.

JOHN WILEY & SONS, INC.

                Counterdefendant.

--------------------------------------------------------------

## DECLARATION OF STEPHEN J. KRASEMANN

I, Stephen J. Krasemann, hereby declare pursuant to 28 U.S.C. § 1746:

1.      I am a professional photographer, residing in Ontario, Canada. I have personal knowledge of the matters set forth herein.

2.      I have placed many of my photographs in DRK Photo's collection, with the intent that DRK Photo issue licenses to third parties for their use.

3.      On June 24, 2008, I executed a Copyright Assignment and Accrued Causes of Action Agreement. At the time I executed that agreement, I intended to transfer the rights to all such photographs, including those that I had previously registered with the Copyright Office. I also intended for DRK to retain those rights until registration was complete and until any

infringement claims relating to the images were resolved.

4. On April 14, 2009, I executed a Copyright Assignment and Accrued Causes of Action Agreement, assigning to DRK Photo all copyrights and complete legal title to all of my photographs in DRK Photo's collection. At the time I executed that agreement, I intended to further clarify my previous intent that DRK should retain an ownership interest in the images until the full resolution of any infringement claims relating to those images.

5. To date, DRK Photo currently retains ownership of the copyrights, and complete legal title, to all of the Stephen Krasemann photographs in its collection, including, but not limited to, those covered by copyright registrations VAu-175-200, VAu-516-002.

6. The copyrights to the photographs I assigned to DRK were not returned to me.

7. When I submitted my applications for to the Copyright Office for Copyright Registration No. VAu 175-200 and VAu 516-200, I was operating under the good faith belief that the definition of publication was the date the image was published to the public in a magazine, book, calendar, etc.; I was wholly unaware of any other possible definition.

8. At the time that I submitted my application for VAu 516-200, I was operating under the good faith belief that Images 902499, 905268 and 904674 had not been published to the public in any magazine, book, calendar, etc.

9. Image 902839 was published in or around 1992. This image was inadvertently listed as unpublished in my application for VAu 516-200. I recently learned this image also was registered as part of the book in which it was published, under Registration No. TX 3-871-272.

10. Image 901854 was not published or made available for license prior to February 1, 1990.

11. My application for Copyright Registration No. VAu 175-200 included 154 images. A copy of the record of the images that were submitted with my registration application is attached hereto as Exhibit 1.



I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of June, 2013.

_____
Stephen J. Krasemann

# EXHIBIT 1



154-35MM

File:  c                                                                        Page 1
                                                                                1/17/90

154 35mm images copyrighted as
Natural History Collection 1989

    1  ← THIS IS THE GRIZZLY FACE CLOSE-UP
900010
900020
900024
900027
900164
900171
900264
900270
900277
900294
900308
900383
900386
900394
900443
900459
900468
900493
900565
900571
900595
900599
900620
900628
900688
900689
900777
900783
900789
900794
900824
900830
900833
900950
900952
901000
901020
901024
901056
901074
901084
901088
901105
901149
901157
901196
901198
901217
901219
901231
901235

(Images SJK Registered under VAu 175-200  2-1-1990)

DRK v. Wiley AAA 01399

```
901250    901242
901257
901264
901276
901286
901301
901428
File:  c                                                    Page 2
                                                            1/17/90

901476
901492
901512
901518            901567 - NGS
901527
901539            901568 - NGS
901545
901559
901561
901565
901567
901568
901570
901571
901572            901615 - NGS
901573
901615
901625
901646
901663
901669
901673
901678
901714
901718
901724
901734
901746
901760
901768
901785
901803
901805
901807
901848
901854
901865
901867
901874
901885
901893
901897
901903
901904
901923
901927
901929
901934
901941
901966
901974
901985
902007
```

DRK v. Wiley AAA 01400

PAGE 3

```
           902080
           902236
           902282          902236
           902297            NGS
           902302
           902316
           902337
           902558
     File:   c

           902561
           902651
           902652
           902660
           902664
           902668
           902670
           902671
           902674
           902677
           902679
           902681
           902682
           902684
           902685
           902686
           902687
           902689
           902690
           902692
           902693
           902694
           902695
           902697
           902698
           902699
           902700
           902701
           902702
           902705
           951025
```