EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-667-452**

**Effective date of registration:**

April 28, 2009

Title ─────────

**Title of Work:** 1998 Group Registration of Anup and Manoj Shah Published Photographs

Completion/Publication ─────────

**Year of Completion:** 1997

**Date of 1st Publication:** March 15, 1998    **Nation of 1st Publication:** United States

Author ─────────

■    **Author:** Anup Shah

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** United Kingdom

■    **Author:** Manoj Shah

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** United Kingdom

Copyright claimant ─────────

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

Certification ─────────

**Name:** Daniel Krasemann

**Date:** April 28, 2009

**Copyright Office notes:** Regarding publication: Complete range of publication dates is 3/15/1998 - 7/15/1998.

Wiley v. DRK 000374

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-733-944**

**Effective date of
registration:**

August 18, 2010

## Title

**Title of Work:** 1997 Group Registration of Barbara Cushman Rowell Published Photographs

**Previous or Alternative Title:** Group Registrion/photos; 20 photographs

## Completion/Publication

**Year of Completion:** 1996

**Date of 1st Publication:** June 15, 1997          **Nation of 1st Publication:** United States

## Author

■          **Author:** Barbara Cushman Rowell

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** August 18, 2010

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: date range is 06/15/1997-08/15/1997

Wiley v. DRK 000377

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-668-008

**Effective date of registration:**

April 28, 2009

## Title

**Title of Work:** 1992 Group Registration of Barbara Gerlach Published Photographs

**Previous or Alternative Title:** Group Registration of Photos/23 Photos

## Completion/ Publication

**Year of Completion:** 1991

**Date of 1st Publication:** June 15, 1992    **Nation of 1st Publication:** United States

## Author

- **Author:** Barbara Gerlach

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** April 28, 2009

**Copyright Office notes:** Regarding publication: Group registration of photographs published between 6/15/1992 - 11/15/1992. Added by C.O. from deposit. Regarding title information: ALT title phrase added by C.O.

Wiley v. DRK 000378

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-733-948**

**Effective date of
registration:**

August 18, 2010

## Title

| | |
|---|---|
| **Title of Work:** | 1995 Group Registration of Bob Gurr Published Photographs |
| **Previous or Alternative Title:** | group registration/photos; 9 photos |

## Completion/Publication

| | | |
|---|---|---|
| **Year of Completion:** | 1994 | |
| **Date of 1st Publication:** | April 15, 1995 | **Nation of 1st Publication:** United States |

## Author

| | |
|---|---|
| ■    **Author:** | Bob Gurr |
| **Author Created:** | photograph(s) |
| **Work made for hire:** | No |
| **Domiciled in:** | Canada |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | DRK PHOTO |
| | 100 Starlight Way, Sedona, AZ, 86351, United States |
| **Transfer Statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Daniel Krasemann |
| **Date:** | August 18, 2010 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding publication: date range is 04/15/1995--10/15/1995 |

Wiley v. DRK 000396

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-667-838**

**Effective date of
registration:**

May 6, 2009

## Title

**Title of Work:** 1998 Group Registration of Darrell Gulin Published Photographs

**Previous or Alternative Title:** Group registration/photographs; 13 photos

## Completion/ Publication

**Year of Completion:** 1997

**Date of 1st Publication:** March 15, 1998          **Nation of 1st Publication:** United States

## Author

■          **Author:** Darrell Gulin

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 6, 2009

**Copyright Office notes:** Regarding title information: Alt. Title added by C.O. from deposit.

Regarding publication: range of publication is 03/15/1998 to 10/15/1998

Wiley v. DRK 000402

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-784-860

**Effective date of registration:**

August 4, 2011

## Title

**Title of Work:** 1999.2 Group Registration of David Woodfall Published Photographs - 19 images.

## Completion/Publication

**Year of Completion:** 1998

**Date of 1st Publication:** May 15, 1999     **Nation of 1st Publication:** United States

## Author

■     **Author:** David Woodfall

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** August 4, 2011

Wiley v. DRK 000409

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-734-126

**Effective date of
registration:**

August 21, 2010

---

**Title** ────────────────────────────────

Title of Work: 1995 Group Registration of Gary Zahm Published Photographs

**Completion/Publication** ──────────────────

Year of Completion: 1994

Date of 1st Publication: June 15, 1995        Nation of 1st Publication: United States

**Author** ──────────────────────────────

■        Author: Gary Zahm

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States

**Copyright claimant** ───────────────────

Copyright Claimant: DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

Transfer Statement: By written agreement

**Certification** ──────────────────────────

Name: Daniel Krasemann

Date: August 21, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-734-378**

**Effective date of
registration:**

August 21, 2010

---

**Title**

**Title of Work:** 1993 Group Registration of Jeremy Woodhouse Published Photographs

**Previous or Alternative Title:** Group Registration/Photographs   20 photos

**Completion/Publication**

**Year of Completion:** 1992

**Date of 1st Publication:** February 15, 1993          **Nation of 1st Publication:** United States

**Author**

■      **Author:** Jeremy Woodhouse

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** United States

**Copyright claimant**

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

**Certification**

**Name:** Daniel Krasemann

**Date:** August 21, 2010

---

**Copyright Office notes:** Regarding publication: Complete range of publication dates is: 2/15/93 –
9/15/93.

Wiley v. DRK 000416

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
**VA 1-668-661**

**Effective date of registration:**
May 19, 2009

## Title

**Title of Work:** 1996 Group Registration of Jeremy Woodhouse Published Photographs

**Previous or Alternative Title:** Group registration/photographs; 17 photos

## Completion/ Publication

**Year of Completion:** 1995

**Date of 1st Publication:** May 15, 1996   **Nation of 1st Publication:** United States

## Author

■   **Author:** Jeremy Woodhouse

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** Australia

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 19, 2009

---

**Copyright Office notes:** Regarding title information: Alternative title added by C.O. from deposit.

Regarding publication: Range of publication dates is 02/15/1996 to 12/15/1996

Wiley v. DRK 000417

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-669-075**

**Effective date of registration:**
May 20, 2009

---

**Title**

**Title of Work:** 1995 Group Registration of John Cancalosi Published Photographs

**Completion/Publication**

**Year of Completion:** 1994

**Date of 1st Publication:** April 15, 1995          **Nation of 1st Publication:** United States

**Author**

■          **Author:** John Cancalosi

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

**Copyright claimant**

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

**Certification**

**Name:** Daniel Krasemann

**Date:** May 20, 2009

---

**Copyright Office notes:** Regarding publication: complete range of publication dates is: April 15 - October 15, 1995

Wiley v. DRK 000426

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-734-355

**Effective date of
registration:**

August 23, 2010

---

**Title**

    **Title of Work:** 2000 Group Registration of Johnny Johnson Published Photographs

**Completion/Publication**

    **Year of Completion:** 1999

    **Date of 1st Publication:** September 15, 2000    **Nation of 1st Publication:** United States

**Author**

    ■  **Author:** Johnny Johnson

    **Author Created:** photograph(s)

    **Work made for hire:** No

    **Citizen of:** United States

**Copyright claimant**

    **Copyright Claimant:** DRK PHOTO

    100 Starlight Way, Sedona, AZ, 86351, United States

    **Transfer Statement:** By written agreement

**Certification**

    **Name:** Daniel Krasemann

    **Date:** August 23, 2010

---

Wiley v. DRK 000438

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-670-047**

**Effective date of registration:**

May 22, 2009

## Title ——

**Title of Work:** 1993 Group Registration of Larry Ulrich Published Photographs

## Completion/ Publication ——

**Year of Completion:** 1992

**Date of 1st Publication:** February 15, 1993     **Nation of 1st Publication:** United States

## Author ——

**Author:** Larry Ulrich

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant ——

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification ——

**Name:** Daniel Krasemann

**Date:** May 22, 2009

Wiley v. DRK 000448

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-670-089

**Effective date of
registration:**

May 22, 2009

## Title

**Title of Work:** 1993 Group Registration of Lewis Kemper Published Photographs

**Previous or Alternative Title:** *Group Registration/Photos approx. 4 photos

## Completion/ Publication

**Year of Completion:** 1992

**Date of 1st Publication:** April 15, 1993          **Nation of 1st Publication:** United States

## Author

■          **Author:** Lewis Kemper

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 22, 2009

**Copyright Office notes:** Regarding title information: * added from C.O records.

Regarding publication: per deposit, date range is 4/15/1993-9-15/1993

Wiley v. DRK 000454

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-669-950**

**Effective date of registration:**

May 22, 2009

---

## Title

**Title of Work:** 1996 Group Registration of Marc Epstein Published Photographs

## Completion/Publication

**Year of Completion:** 1995

**Date of 1st Publication:** February 15, 1996          **Nation of 1st Publication:** United States

## Author

■          **Author:** Marc Epstein

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 22, 2009

---

**Copyright Office notes:** Regarding publication: Publication dates range from 2/15/1996 to 12/15/1996.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-667-440**

**Effective date of
registration:**

April 27, 2009

## Title

**Title of Work:** 1999 Group Registration of Martin Harvey Published Photographs

## Completion/ Publication

**Year of Completion:** 1998

**Date of 1st Publication:** May 15, 1999     **Nation of 1st Publication:** United States

## Author

■     **Author:** Martin Harvey

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** South Africa

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** April 27, 2009

Wiley v. DRK 000463

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-702-710**

**Effective date of registration:**
May 26, 2009

## Title

| | |
|---|---|
| **Title of Work:** | 1996 Group Registration of Michael Collier Published Photographs |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 1995 | | |
| **Date of 1st Publication:** | December 15, 1996 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Michael Collier |
| **Author Created:** | photograph(s) |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | DRK PHOTO |
| | 100 Starlight Way, Sedona, AZ, 86351, United States |
| **Transfer Statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Daniel Krasemann |
| **Date:** | May 26, 2009 |

Wiley v. DRK 000471

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

VA 1-670-250

**Effective date of
registration:**

May 26, 2009

## Title

**Title of Work:** 1992 Group Registration of Michael Fogden Published Photographs

## Completion/ Publication

**Year of Completion:** 1991

**Date of 1st Publication:** March 15, 1992       **Nation of 1st Publication:** United States

## Author

■       **Author:** Michael Fogden

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** Costa Rica

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 26, 2009

Wiley v. DRK 000472
Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-667-995**

**Effective date of registration:**

May 9, 2009

---

## Title

**Title of Work:** 2002 Group Registration of Stephen J. Krasemann Published Photographs

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** March 14, 2002     **Nation of 1st Publication:** United States

## Author

■     **Author:** Stephen J. Krasemann

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 9, 2009

---

**Copyright Office notes:** Regarding year of completion: Added by C.O. from deposit material.

Regarding publication: Range of publication dates is 3/14/2002 to 11/7/2002.

Wiley v. DRK 000485

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-737-713**

**Effective date of
registration:**

September 4, 2010

---

## Title

**Title of Work:** 1991 Group Registration of Thomas Wiewandt Published Photographs

**Previous or Alternative Title:** Group registration/photos; 6 photographs

## Completion/Publication

**Year of Completion:** 1990

**Date of 1st Publication:** December 15, 1991    **Nation of 1st Publication:** United States

## Author

■    **Author:** Thomas Wiewandt

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** September 4, 2010

---

**Copyright Office notes:** Regarding title information: Alternative title information added by C.O.

Wiley v. DRK 000505

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-670-366

**Effective date of
registration:**

May 30, 2009

---

## Title

**Title of Work:** 1992 Group Registration of Tom Bean Published Photographs

## Completion/Publication

**Year of Completion:** 1991

**Date of 1st Publication:** November 15, 1992     **Nation of 1st Publication:** United States

## Author

■     **Author:** Tom Bean

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 30, 2009

Wiley v. DRK 000508

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-670-381**

**Effective date of
registration:**

May 30, 2009

## Title

**Title of Work:** 1996 Group Registration of Tom Bean Published Photographs

**Previous or Alternative Title:** Group Registration Published Photographs 21 images

## Completion/Publication

**Year of Completion:** 1996

**Date of 1st Publication:** May 15, 1996    **Nation of 1st Publication:** United States

## Author

■    **Author:** Tom Bean

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 30, 2009

---

**Copyright Office notes:** Regarding title information: Alternative title added by C.O. from deposit.

Regarding year of completion: Amended by C.O. from copy.

Regarding publication: range of publication dates 5/15/1996 to
12/15/1996.

Wiley v. DRK 000509

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-670-363

**Effective date of registration:**

May 30, 2009

## Title

**Title of Work:** 1995 Group Registration of Tom Brakefield Published Photographs

**Previous or Alternative Title:** Group Registration/ 52 Photographs

## Completion/Publication

**Year of Completion:** 1986

**Date of 1st Publication:** April 15, 1995     **Nation of 1st Publication:** United States

## Author

■     **Author:** Tom Brakefield

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 30, 2009

**Copyright Office notes:** Regarding title information: Alternative title added by C.O. from deposited copy.

Wiley v. DRK 000512

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-670-388

**Effective date of
registration:**

May 30, 2009

---

## Title

**Title of Work:** 1995 Group Registration of Tom Till Published Photographs

**Previous or Alternative Title:** Group Registration Published Photographs 6 images

## Completion/Publication

**Year of Completion:** 1994

**Date of 1st Publication:** April 15, 1995          **Nation of 1st Publication:** United States

## Author

■   **Author:** Tom Till

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 30, 2009

---

**Copyright Office notes:** Regarding title information: Alternative title added by C.O. from deposit.

Regarding publication: range of publication dates 4/15/1995 to
10/15/1995.

Wiley v. DRK 000514

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-670-390**

**Effective date of
registration:**

May 30, 2009

## Title

**Title of Work:** 1997 Group Registration of Tom Till Published Photographs

**Previous or Alternative Title:** Group Registration  Published Photographs 8 images

## Completion/Publication

**Year of Completion:** 1996

**Date of 1st Publication:** June 15, 1997          **Nation of 1st Publication:** United States

## Author

■  **Author:** Tom Till

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 30, 2009

**Copyright Office notes:** Regarding title information: Alternative title added by C.O. from deposit.

Regarding publication: range of publication dates 6/15/1997 to
11/15/1997.

Wiley v. DRK 000515

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-667-458**

**Effective date of
registration:**

April 28, 2009

Title ───────────────────────────────

Title of Work: 1992 Group Registration of Annie Griffiths Belt Published Photographs

Completion/Publication ──────────────

Year of Completion: 1991

Date of 1st Publication: November 15, 1992          Nation of 1st Publication: United States

Author ───────────────────────────────

■          Author: Annie Griffiths Belt

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States

Copyright claimant ──────────────────

Copyright Claimant: DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

Transfer Statement: By written agreement

Certification ───────────────────────

Name: Daniel Krasemann

Date: April 28, 2009

DRK v. Wiley AAA 00001

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VA 1-668-007

**Effective date of
registration:**

May 9, 2009

## Title

**Title of Work:** 1994 Group Registration of Stephen J. Krasemann Published Photographs

**Previous or Alternative Title:** Group Registration of Photos/52 Photos

## Completion/Publication

**Year of Completion:** 1993

**Date of 1st Publication:** January 6, 1994        **Nation of 1st Publication:** United States

## Author

■        **Author:** Stephen J. Krasemann

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 9, 2009

**Copyright Office notes:** Regarding publication: Group registration of photographs published
between the dates of 1/06/1994 - 12/27/1994. Added by C.O. from
deposit.
Regarding year of completion: Amended by C.O. from deposit.

DRK v. Wiley AAA 00015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
**VA 1-669-034**

**Effective date of registration:**
May 20, 2009

---

**Title** ————

**Title of Work:** 1992 Group Registration of John Eastcott and Yva Momatiuk Published Photographs

**Completion/Publication** ————

**Year of Completion:** 1991

**Date of 1st Publication:** August 15, 1992     **Nation of 1st Publication:** United States

**Author** ————

■ **Author:** John Eastcott

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** United States

■ **Author:** Yva Momatiuk

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** United States

**Copyright claimant** ————

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

**Certification** ————

**Name:** Daniel Krasemann

**Date:** May 20, 2009

DRK v. Wiley AAA 00004

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
VA 1-669-065

**Effective date of
registration:**
May 20, 2009

---

Title ──────────────────────────────────────────────

**Title of Work:** 1990 Group Registration of John Cancalosi Published Photographs

Completion/Publication ──────────────────────────

**Year of Completion:** 1990

**Date of 1st Publication:** March 15, 1990     **Nation of 1st Publication:** United States

Author ──────────────────────────────────────────

■ **Author:** John Cancalosi

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

Copyright claimant ──────────────────────────────

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

Certification ──────────────────────────────────

**Name:** Daniel Krasemann

**Date:** May 20, 2009

---

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: complete range of publication dates is: March 15 - December 15, 1990

DRK v. Wiley AAA 00002

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
**VA 1-669-069**

**Effective date of registration:**
May 20, 2009

---

Title ————————————————————————————————————

        **Title of Work:** 1993 Group Registration of John Cancalosi Published Photographs

Completion/Publication ——————————————————

        **Year of Completion:** 1993

        **Date of 1st Publication:** February 15, 1993      **Nation of 1st Publication:** United States

Author ———————————————————————————————

      ■      **Author:** John Cancalosi

        **Author Created:** photograph(s)

        **Work made for hire:** No

        **Citizen of:** United States

Copyright claimant ————————————————————

        **Copyright Claimant:** DRK PHOTO

        100 Starlight Way, Sedona, AZ, 86351, United States

        **Transfer Statement:** By written agreement

Certification ————————————————————————

        **Name:** Daniel Krasemann

        **Date:** May 20, 2009

---

        **Correspondence:** Yes

        **Copyright Office notes:** Regarding publication: complete range of publication dates is: February 15 - November 15, 1993

DRK v. Wiley AAA 00003

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

VA 1-669-911

**Effective date of
registration:**

May 22, 2009

Title

**Title of Work:** 1993 Group Registration of Kim Heacox Published Photographs

**Previous or Alternative Title:** Group Registration of Photos/19 Photos

Completion/ Publication

**Year of Completion:** 1992

**Date of 1st Publication:** April 15, 1993          **Nation of 1st Publication:** United States

Author

■          **Author:** Kim Heacox

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

Certification

**Name:** Daniel Krasemann

**Date:** May 22, 2009

**Copyright Office notes:** Regarding publication: Group registration of photographs published
between the dates of 4/15/1993 - 11/15/1993

DRK v. Wiley AAA 00006

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-670-045**

**Effective date of
registration:**

May 22, 2009

Title ─────────────────────────────────────────

**Title of Work:** 1989 Group Registration of Larry Ulrich Published Photographs

Completion/Publication ─────────────────────

**Year of Completion:** 1988

**Date of 1st Publication:** March 15, 1989          **Nation of 1st Publication:** United States

Author ───────────────────────────────────────

■          **Author:** Larry Ulrich

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

Copyright claimant ──────────────────────────

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

Certification ─────────────────────────────────

**Name:** Daniel Krasemann

**Date:** May 22, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-670-230**

**Effective date of
registration:**

May 27, 2009

---

## Title
**Title of Work:** 1994 Group Registration of Michael Fogden Published Photographs

## Completion/Publication
**Year of Completion:** 1993

**Date of 1st Publication:** January 15, 1994      **Nation of 1st Publication:** United States

## Author
- **Author:** Michael Fogden

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** Costa Rica

## Copyright claimant
**Copyright Claimant:** Michael Fogden

100 Starlight Way, Sedona, AZ, 86351, United States

**Copyright Claimant:** DRK PHOTO

**Transfer Statement:** By written agreement

## Certification
**Name:** Daniel Krasemann

**Date:** May 27, 2009

---

**Copyright Office notes:** Regarding publication: Application states that the range of publication
dates is 1/15/94–3/15/94

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

VA 1-670-244

**Effective date of
registration:**

May 26, 2009

## Title

**Title of Work:** 1989 Group Registration of Michael Fogden Published Photographs

## Completion/Publication

**Year of Completion:** 1989

**Date of 1st Publication:** May 15, 1989     **Nation of 1st Publication:** United States

## Author

■     **Author:** Michael Fogden

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** Costa Rica

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 26, 2009

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: complete range of publication dates is: May 15 -
July 15, 1989

DRK v. Wiley AAA 00009

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-670-357

**Effective date of
registration:**

May 30, 2009

## Title

**Title of Work:** 1989 Group Registration of Tom Bean Published Photographs

## Completion/ Publication

**Year of Completion:** 1987

**Date of 1st Publication:** March 15, 1989     **Nation of 1st Publication:** United States

## Author

■     **Author:** Tom Bean

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 30, 2009

**Copyright Office notes:** Regarding publication: Publication dates range from 3/15/1989 to
11/15/1989.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

VA 1-670-360

**Effective date of registration:**

May 30, 2009

## Title

**Title of Work:** 1994 Group Registration of Tom Bean Published Photographs

**Previous or Alternative Title:** Group Registration Published Photographs 27 images

## Completion/Publication

**Year of Completion:** 1994

**Date of 1st Publication:** March 15, 1994     **Nation of 1st Publication:** United States

## Author

■     **Author:** Tom Bean

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 30, 2009

**Copyright Office notes:** Regarding title information: Alternative title added by C.O. from deposit.

Regarding publication: range of publication dates 3/15/1994 to 9/15/1994.

Regarding year of completion: Amended by C.O. from date on copy.

DRK v. Wiley AAA 00025

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

VA 1-670-362

**Effective date of
registration:**

May 30, 2009

## Title

**Title of Work:** 1990 Group Registration of Tom Bean Published Photographs

## Completion/Publication

**Year of Completion:** 1988

**Date of 1st Publication:** September 15, 1990     **Nation of 1st Publication:** United States

## Author

**Author:** Tom Bean

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 30, 2009

**Copyright Office notes:** Regarding publication: Publication dates range from 9/15/1990 to
12/15/1990.

DRK v. Wiley AAA 00022

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-670-364

**Effective date of
registration:**

May 30, 2009

## Title

**Title of Work:** 1991 Group Registration of Tom Bean Published Photographs

## Completion/ Publication

**Year of Completion:** 1990

**Date of 1st Publication:** April 15, 1991 **Nation of 1st Publication:** United States

## Author

**Author:** Tom Bean

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 30, 2009

**Copyright Office notes:** Regarding publication: Publication dates range from 4/15/1991 to 9/15/1991.

DRK v. Wiley AAA 00024

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-709-370

**Effective date of registration:**

May 29, 2009

---

## Title

**Title of Work:** 1992 Group Registration of Tom and Pat Leeson Published Photographs

**Previous or Alternative Title:** Group Registration/Published Photographs: 53 Photographs

## Completion/ Publication

**Year of Completion:** 1991

**Date of 1st Publication:** March 15, 1992       **Nation of 1st Publication:** United States

## Author

■       **Author:** Tom Leeson

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

■       **Author:** Pat Leeson

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** May 29, 2009

---

DRK v. Wiley AAA 00021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-737-729**

**Effective date of
registration:**

September 4, 2010

## Title

**Title of Work:** 1996 Group Registration of Stephen Maka Published Photographs

**Previous or Alternative Title:** Group registration/photos; 31 photographs

## Completion/Publication

**Year of Completion:** 1995

**Date of 1st Publication:** May 15, 1996          **Nation of 1st Publication:** United States

## Author

■          **Author:** Stephen Maka

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** September 4, 2010

**Copyright Office notes:** Regarding title information: Alternative title information added by C.O.

Regarding publication: Copy states that the range of publication dates is
5/15 - 12/15, 1996

DRK v. Wiley AAA 00017

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-737-838

**Effective date of registration:**

September 5, 2010

---

**Title**

**Title of Work:** 1993 Group Registration of Tom Bledsoe Published Photographs

**Completion/Publication**

**Year of Completion:** 1992

**Date of 1st Publication:** September 15, 1993     **Nation of 1st Publication:** United States

**Author**

■     **Author:** Tom Bledsoe

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

**Copyright claimant**

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

**Certification**

**Name:** Daniel Krasemann

**Date:** September 5, 2010

---

**Copyright Office notes:** Regarding title information: Alternative title information added by C.O.

Regarding publication: Copy states that the range of publication dates is 9/15 - 11/15, 1993

DRK v. Wiley AAA 00026

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-737-764

**Effective date of
registration:**

September 6, 2010

---

## Title

**Title of Work:** 1995 Group Registration of Wayne Lynch Published Photographs

**Previous or Alternative Title:** Group Registration of Published Photographs/16 Photos

## Completion/Publication

**Year of Completion:** 1994

**Date of 1st Publication:** April 15, 1995          **Nation of 1st Publication:** United States

## Author

■          **Author:** Wayne Lynch

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** Canada

## Copyright claimant

**Copyright Claimant:** DRK PHOTO

100 Starlight Way, Sedona, AZ, 86351, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Daniel Krasemann

**Date:** September 6, 2010

---

**Copyright Office notes:** Regarding title information: ALT title phrase added by C.O.

Regarding publication: Photographs published from 4/15/1995 -
6/15/1995. Added by C.O. from deposit.

Wiley v. DRK 000548