# EXHIBIT A
# TO BOYD DECLARATION

CONTAINS INFORMATION DESIGNATED CONFIDENTIAL BY JOHN WILEY & SONS, INC., SUBJECT TO DISPUTE BY DRK PHOTO

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 1 Counterclaim row number: 1 | | Tom Bledsoe 1s847736 Reg. No. VA 1-737-838 Reg. Date 9/5/2010 | Invoice Number: 005443 Invoice Date: 7/2/1997 | The Sciences, by Trefil, College Level, 2/e Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: | Cite: |
| 2 Counterclaim row number: 25 | | Stephen J. Krasemann 1s127549 Reg. No. VA 1-668-007 Reg. Date 5/9/2009 | Invoice Number: 006331 Invoice Date: 1/6/1999 | Blue Planet, by Skinner, 2/e (c) 1999 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Cite: |
| 3 Counterclaim row number: 26 | | John Eastcott and Yva Momatiuk 1s193780 Reg. No. VA 1-669-034 Reg. Date 5/20/2009 | Invoice Number: 006331 Invoice Date: 1/6/1999 | Blue Planet, by Skinner, 2/e (c) 1999 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Cite: |
| 4 Counterclaim row number: 27 | | Barbara Gerlach 1s195514 Reg. No. VA 1-668-008 Reg. Date 4/28/2009 | Invoice Number: 006331 Invoice Date: 1/6/1999 | Blue Planet, by Skinner, 2/e (c) 1999 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Cite: |
| 5 Counterclaim row number: 28 | | Barbara Cushman Rowell 1s261121 Reg. No. VA 1-733-944 Reg. Date 8/18/2010 | Invoice Number: 006331 Invoice Date: 1/6/1999 | Blue Planet, by Skinner, 2/e (c) 1999 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Cite: |
| 6 Counterclaim row number: 29 | | Tom Bean 1s846322 Reg. No. VA 1-670-381 Reg. Date 5/30/2009 | Invoice Number: 006331 Invoice Date: 1/6/1999 | Blue Planet, by Skinner, 2/e (c) 1999 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Cite: |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 7<br>Counterclaim row number: 30 | | Tom Bean<br>1s848472<br>Reg. No. VA 1-670-360<br>Reg. Date 5/30/2009 | Invoice Number: 006331<br>Invoice Date: 1/6/1999 | Blue Planet, by Skinner, 2/e (c) 1999<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 8<br>Counterclaim row number: 32 | | Tom Bledsoe<br>1s847736<br>Reg. No. VA 1-737-838<br>Reg. Date 9/5/2010 | Invoice Number: 006413<br>Invoice Date: 3/4/1999 | Sciences, by Trefil, 2/e Update (c) 1999<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:<br>ACTUAL GEOGRAPHIC DISTRIBUTION:<br>Cite: | Cite: |
| 9<br>Counterclaim row number: 33 | | Stephen J. Krasemann<br>1s112571<br>Reg. No. VA 1-668-007<br>Reg. Date 5/9/2009 | Invoice Number: 006475<br>Invoice Date: 4/19/1999 | Environmental Science, by Botkin, 3/e (c) 1999<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000<br>ACTUAL PRINT AMOUNT: 38,605<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:<br>ACTUAL GEOGRAPHIC DISTRIBUTION:<br>Cite: | Cite: |
| 10<br>Counterclaim row number: 34 | | Kim Heacox<br>1s211122<br>Reg. No. VA 1-669-911<br>Reg. Date 5/22/2009 | Invoice Number: 006475<br>Invoice Date: 4/19/1999 | Environmental Science, by Botkin, 3/e (c) 1999<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000<br>ACTUAL PRINT AMOUNT: 38,605<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:<br>ACTUAL GEOGRAPHIC DISTRIBUTION:<br>Cite: | Cite: |
| 11<br>Counterclaim row number: 35 | | John Cancalosi<br>1s846160<br>Reg. No. VA 1-669-069<br>Reg. Date 5/20/2009 | Invoice Number: 006475<br>Invoice Date: 4/19/1999 | Environmental Science, by Botkin, 3/e (c) 1999<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000<br>ACTUAL PRINT AMOUNT: 38,605<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:<br>ACTUAL GEOGRAPHIC DISTRIBUTION:<br>Cite: | Cite: |
| 12<br>Counterclaim row number: 36 | | Stephen G. Maka<br>1s846784<br>Reg. No. VA 1-737-729<br>Reg. Date 9/4/2010 | Invoice Number: 006475<br>Invoice Date: 4/19/1999 | Environmental Science, by Botkin, 3/e (c) 1999<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000<br>ACTUAL PRINT AMOUNT: 38,605<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:<br>ACTUAL GEOGRAPHIC DISTRIBUTION:<br>Cite: | Cite: |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 13 Counterclaim row number: 37 | | Tom & Pat Leeson 1s848535 Reg. No. VA 1-709-370 Reg. Date 5/29/2009 | Invoice Number: 006475 Invoice Date: 4/19/1999 | Environmental Science, by Botkin, 3/e (c) 1999  Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000 ACTUAL PRINT AMOUNT: **38,605** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: | Cite: |
| 14 Counterclaim row number: 39 | | Tom Bean 1s214952 Reg. No. VA 1-670-360 Reg. Date 5/30/2009 | Invoice Number: 006933 Invoice Date: 1/12/2000 | Dynamic Earth, by Skinner, 4/e (c) 2000  Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000 ACTUAL PRINT AMOUNT: **30,922** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: **3,400 distributed outside license area** Cite: WDRKNY 0000004 | Cite: |
| 15 Counterclaim row number: 40 | | John Cancalosi 1s846160 Reg. No. VA 1-669-069 Reg. Date 5/20/2009 | Invoice Number: 006933 Invoice Date: 1/12/2000 | Dynamic Earth, by Skinner, 4/e (c) 2000  Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000 ACTUAL PRINT AMOUNT: **30,922** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: **3,400 distributed outside license area** Cite: WDRKNY 0000004 | Cite: |
| 16 Counterclaim row number: 41 | | Tom Bean 1s848472 Reg. No. VA 1-670-360 Reg. Date 5/30/2009 | Invoice Number: 006933 Invoice Date: 1/12/2000 | Dynamic Earth, by Skinner, 4/e (c) 2000  Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000 ACTUAL PRINT AMOUNT: **30,922** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: **3,400 distributed outside license area** Cite: WDRKNY 0000004 | Cite: |
| 17 Counterclaim row number: 42 | | Larry Ulrich 1s164973 Reg. No. VA 1-670-045 Reg. Date 5/22/2009 | Invoice Number: 006934 Invoice Date: 1/12/2000 | Introducing Physical Geography, by Strahler, 2/e Update Edition (c) 2000  Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000 ACTUAL PRINT AMOUNT: **30,930** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: | **Reproduced in unlicensed website**  Cite: WDRKNY 0000007 |
| 18 Counterclaim row number: 43 | | Tom Bean 1s184640 Reg. No. VA 1-670-364 Reg. Date 5/30/2009 | Invoice Number: 006934 Invoice Date: 1/12/2000 | Introducing Physical Geography, by Strahler, 2/e Update Edition (c) 2000  Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000 ACTUAL PRINT AMOUNT: **30,930** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: | **Reproduced in unlicensed website**  Cite: WDRKNY 0000007 |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 19<br>Counterclaim row number: 44 | | Annie Griffiths Belt<br>1s200035<br>Reg. No. VA 1-667-458<br>Reg. Date 4/28/2009 | Invoice Number: 006934<br>Invoice Date: 1/12/2000 | Introducing Physical Geography, by Strahler, 2/e Update Edition (c) 2000<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000<br>ACTUAL PRINT AMOUNT: 30,930<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:<br>ACTUAL GEOGRAPHIC DISTRIBUTION:<br>Cite: | Reproduced in unlicensed website<br><br>Cite: WDRKNY 0000007 |
| 20<br>Counterclaim row number: 45 | | Tom Bean<br>1s846735<br>Reg. No. VA 1-670-357<br>Reg. Date 5/30/2009 | Invoice Number: 006934<br>Invoice Date: 1/12/2000 | Introducing Physical Geography, by Strahler, 2/e Update Edition (c) 2000<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000<br>ACTUAL PRINT AMOUNT: 30,930<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:<br>ACTUAL GEOGRAPHIC DISTRIBUTION:<br>Cite: | Reproduced in unlicensed website<br><br>Cite: WDRKNY 0000007 |
| 21<br>Counterclaim row number: 46 | | Tom Bean<br>1s846735<br>Reg. No. VA 1-670-357<br>Reg. Date 5/30/2009 | Invoice Number: 006934<br>Invoice Date: 1/12/2000 | Introducing Physical Geography, by Strahler, 2/e Update Edition (c) 2000<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 20,000<br>ACTUAL PRINT AMOUNT: 30,930<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:<br>ACTUAL GEOGRAPHIC DISTRIBUTION:<br>Cite: | Reproduced in unlicensed website<br><br>Cite: WDRKNY 0000007 |
| 22<br>Counterclaim row number: 51 | | Larry Ulrich<br>1s164262<br>Reg. No. VA 1-670-045<br>Reg. Date 5/22/2009 | Invoice Number: 007767<br>Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000<br>ACTUAL PRINT AMOUNT: 34,185<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: 8,658 distributed outside license area<br>Cite: WDRKNY 0000004 | Reproduced in unlicensed CD and website<br><br>Cite: WDRKNY 0000007 |
| 23<br>Counterclaim row number: 52 | | Larry Ulrich<br>1s164973<br>Reg. No. VA 1-670-045<br>Reg. Date 5/22/2009 | Invoice Number: 007767<br>Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000<br>ACTUAL PRINT AMOUNT: 34,185<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: 8,658 distributed outside license area<br>Cite: WDRKNY 0000004 | Reproduced in unlicensed CD and website<br><br>Cite: WDRKNY 0000007 |
| 24<br>Counterclaim row number: 53 | | Tom Bean<br>1s165506<br>Reg. No. VA 1-670-357<br>Reg. Date 5/30/2009 | Invoice Number: 007767<br>Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000<br>ACTUAL PRINT AMOUNT: 34,185<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: 8,658 distributed outside license area<br>Cite: WDRKNY 0000004 | Reproduced in unlicensed CD and website<br><br>Cite: WDRKNY 0000007 |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 25 Counterclaim row number: 54 | | Tom Bean 1s184640 Reg. No. VA 1-670-364 Reg. Date 5/30/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001  Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000  ACTUAL PRINT AMOUNT: 34,185  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America  ACTUAL GEOGRAPHIC DISTRIBUTION: 8,658 distributed outside license area  Cite: WDRKNY 0000004 | Reproduced in unlicensed CD and website  Cite: WDRKNY 0000007 |
| 26 Counterclaim row number: 55 | | Michael Fogden 1s190628 Reg. No. VA 1-670-250 Reg. Date 5/26/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001  Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000  ACTUAL PRINT AMOUNT: 34,185  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America  ACTUAL GEOGRAPHIC DISTRIBUTION: 8,658 distributed outside license area  Cite: WDRKNY 0000004 | Reproduced in unlicensed CD and website  Cite: WDRKNY 0000007 |
| 27 Counterclaim row number: 56 | | Annie Griffiths Belt 1s200035 Reg. No. VA 1-667-458 Reg. Date 4/28/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001  Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000  ACTUAL PRINT AMOUNT: 34,185  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America  ACTUAL GEOGRAPHIC DISTRIBUTION: 8,658 distributed outside license area  Cite: WDRKNY 0000004 | Reproduced in unlicensed CD and website  Cite: WDRKNY 0000007 |
| 28 Counterclaim row number: 57 | | Tom Bean 1s200422 Reg. No. VA 1-670-366 Reg. Date 5/30/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001  Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000  ACTUAL PRINT AMOUNT: 34,185  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America  ACTUAL GEOGRAPHIC DISTRIBUTION: 8,658 distributed outside license area  Cite: WDRKNY 0000004 | Reproduced in unlicensed CD and website  Cite: WDRKNY 0000007 |
| 29 Counterclaim row number: 58 | | Lewis Kemper 1s206956 Reg. No. VA 1-670-089 Reg. Date 5/22/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001  Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000  ACTUAL PRINT AMOUNT: 34,185  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America  ACTUAL GEOGRAPHIC DISTRIBUTION: 8,658 distributed outside license area  Cite: WDRKNY 0000004 | Reproduced in unlicensed CD and website  Cite: WDRKNY 0000007 |
| 30 Counterclaim row number: 59 | | Michael Fogden 1s211945 Reg. No. VA 1-670-230 Reg. Date 5/27/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001  Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000  ACTUAL PRINT AMOUNT: 34,185  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America  ACTUAL GEOGRAPHIC DISTRIBUTION: 8,658 distributed outside license area  Cite: WDRKNY 0000004 | Reproduced in unlicensed CD and website  Cite: WDRKNY 0000007 |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|---|
| **31** Counterclaim row number: 60 | | Jeremy Woodhouse 1s252135 Reg. No. VA 1-668-661 Reg. Date 5/19/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001 Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000 ACTUAL PRINT AMOUNT: **34,185** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: WDRKNY 0000004 | **8,658 distributed outside license area** | **Reproduced in unlicensed CD and website** Cite: WDRKNY 0000007 |
| **32** Counterclaim row number: 61 | | Michael Collier 1s254842 Reg. No. VA 1-702-710 Reg. Date 5/26/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001 Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000 ACTUAL PRINT AMOUNT: **34,185** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: WDRKNY 0000004 | **8,658 distributed outside license area** | **Reproduced in unlicensed CD and website** Cite: WDRKNY 0000007 |
| **33** Counterclaim row number: 62 | | Michael Collier 1s254853 Reg. No. VA 1-702-710 Reg. Date 5/26/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001 Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000 ACTUAL PRINT AMOUNT: **34,185** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: WDRKNY 0000004 | **8,658 distributed outside license area** | **Reproduced in unlicensed CD and website** Cite: WDRKNY 0000007 |
| **34** Counterclaim row number: 63 | | Thomas Wiewandt 1s845987 Reg. No. VA 1-737-713 Reg. Date 9/4/2010 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001 Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000 ACTUAL PRINT AMOUNT: **34,185** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: WDRKNY 0000004 | **8,658 distributed outside license area** | **Reproduced in unlicensed CD and website** Cite: WDRKNY 0000007 |
| **35** Counterclaim row number: 64 | | Tom Till 1s846020 Reg. No. VA 1-670-390 Reg. Date 5/30/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001 Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000 ACTUAL PRINT AMOUNT: **34,185** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: WDRKNY 0000004 | **8,658 distributed outside license area** | **Reproduced in unlicensed CD and website** Cite: WDRKNY 0000007 |
| **36** Counterclaim row number: 65 | | Larry Ulrich 1s846025 Reg. No. VA 1-670-045 Reg. Date 5/22/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e (Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001 Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000 ACTUAL PRINT AMOUNT: **34,185** Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: WDRKNY 0000004 | **8,658 distributed outside license area** | **Reproduced in unlicensed CD and website** Cite: WDRKNY 0000007 |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|---|
| 37 Counterclaim row number: 66 | | Tom Brakefield 1s847078 Reg. No. VA 1-670-363 Reg. Date 5/30/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e(Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001 Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000 ACTUAL PRINT AMOUNT: 34,185 Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: WDRKNY 0000004 | 8,658 distributed outside license area | Reproduced in unlicensed CD and website Cite: WDRKNY 0000007 |
| 38 Counterclaim row number: 67 | | Michael Fogden 1s849846 Reg. No. VA 1-670-244 Reg. Date 5/26/2009 | Invoice Number: 007767 Invoice Date: 10/10/2001 | Strahler Science 2/e(Physical Geography, Science and Systems of the Human Environment 2/e) (c) 2001 Umbrella ISBN: | LICENSED PRINT AMOUNT: 15,000 ACTUAL PRINT AMOUNT: 34,185 Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: WDRKNY 0000004 | 8,658 distributed outside license area | Reproduced in unlicensed CD and website Cite: WDRKNY 0000007 |
| 39 Counterclaim row number: 71 | | Larry Ulrich 1s164262 Reg. No. VA 1-670-045 Reg. Date 5/22/2009 | Invoice Number: 8111 Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded] Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 | distributed outside license area | Cite: |
| 40 Counterclaim row number: 72 | | Larry Ulrich 1s164973 Reg. No. VA 1-670-045 Reg. Date 5/22/2009 | Invoice Number: 8111 Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded] Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 | distributed outside license area | Cite: |
| 41 Counterclaim row number: 73 | | Tom Bean 1s184640 Reg. No. VA 1-670-364 Reg. Date 5/30/2009 | Invoice Number: 8111 Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded] Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 | distributed outside license area | Cite: |
| 42 Counterclaim row number: 74 | | Michael Fogden 1s190628 Reg. No. VA 1-670-250 Reg. Date 5/26/2009 | Invoice Number: 8111 Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded] Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 | distributed outside license area | Cite: |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 43 Counterclaim row number: 75 | | Annie Griffiths Belt<br>1s200035<br>Reg. No. VA 1-667-458<br>Reg. Date 4/28/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 44 Counterclaim row number: 76 | | Tom Bean<br>1s200422<br>Reg. No. VA 1-670-366<br>Reg. Date 5/30/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 45 Counterclaim row number: 77 | | Lewis Kemper<br>1s206956<br>Reg. No. VA 1-670-089<br>Reg. Date 5/22/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 46 Counterclaim row number: 78 | | Michael Fogden<br>1s211945<br>Reg. No. VA 1-670-230<br>Reg. Date 5/27/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 47 Counterclaim row number: 79 | | Jeremy Woodhouse<br>1s252135<br>Reg. No. VA 1-668-661<br>Reg. Date 5/19/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 48 Counterclaim row number: 80 | | Michael Collier<br>1s254842<br>Reg. No. VA 1-702-710<br>Reg. Date 5/26/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br><br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 49<br>Counterclaim row number: 81 | | Michael Collier<br>1s254853<br>Reg. No. VA 1-702-710<br>Reg. Date 5/26/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 50<br>Counterclaim row number: 82 | | Thomas Wiewandt<br>1s845987<br>Reg. No. VA 1-737-713<br>Reg. Date 9/4/2010 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 51<br>Counterclaim row number: 83 | | Tom Till<br>1s846020<br>Reg. No. VA 1-670-390<br>Reg. Date 5/30/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 52<br>Counterclaim row number: 84 | | Larry Ulrich<br>1s846025<br>Reg. No. VA 1-670-045<br>Reg. Date 5/22/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 53<br>Counterclaim row number: 85 | | Tom Bean<br>1s846735<br>Reg. No. VA 1-670-357<br>Reg. Date 5/30/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |
| 54<br>Counterclaim row number: 86 | | Tom Bean<br>1s846735<br>Reg. No. VA 1-670-357<br>Reg. Date 5/30/2009 | Invoice Number: 8111<br>Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded]<br>Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000<br>ACTUAL PRINT AMOUNT: REDACTED<br>Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America<br>ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area<br>Cite: WDRKNY 0000004 | Cite: |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 55 Counterclaim row number: 87 | | Tom Brakefield 1s847078 Reg. No. VA 1-670-363 Reg. Date 5/30/2009 | Invoice Number: 8111 Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded] Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Cite: |
| 56 Counterclaim row number: 88 | | Michael Fogden 1s849846 Reg. No. VA 1-670-244 Reg. Date 5/26/2009 | Invoice Number: 8111 Invoice Date: 6/14/2002 | Introducing Physical Geography, by Strahler, 3/e (c) 2002 [Corrected from 2/e as originally pleaded] Umbrella ISBN: | LICENSED PRINT AMOUNT: 16,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Cite: |
| 57 Counterclaim row number: 93 | | Stephen J. Krasemann 1s112571 Reg. No. VA 1-668-007 Reg. Date 5/9/2009 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| 58 Counterclaim row number: 94 | | Stephen J. Krasemann 1s162402 Reg. No. VA 1-667-995 Reg. Date 5/9/2009 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| 59 Counterclaim row number: 95 | | Larry Ulrich 1s169212 Reg. No. VA 1-670-045 Reg. Date 5/22/2009 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America REDACTED ACTUAL GEOGRAPHIC DISTRIBUTION: distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| 60 Counterclaim row number: 96 | | Kim Heacox 1s211122 Reg. No. VA 1-669-911 Reg. Date 5/22/2009 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America REDACTED ACTUAL GEOGRAPHIC DISTRIBUTION: distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| **61** Counterclaim row number: 97 | | Wayne Lynch 1s230738 Reg. No. VA 1-737-764 Reg. Date 9/6/2010 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002  Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| **62** Counterclaim row number: 98 | | Gary Zahm 1s233946 Reg. No. VA 1-734-126 Reg. Date 8/21/2010 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002  Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| **63** Counterclaim row number: 99 | | Bob Gurr 1s235414 Reg. No. VA 1-733-948 Reg. Date 8/18/2010 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002  Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| **64** Counterclaim row number: 100 | | Marc Epstein 1s243367 Reg. No. VA 1-669-950 Reg. Date 5/22/2009 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002  Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| **65** Counterclaim row number: 101 | | Tom Till 1s265759 Reg. No. VA 1-670-390 Reg. Date 5/30/2009 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002  Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| **66** Counterclaim row number: 102 | | David Woodfall 1s282026 Reg. No. VA 1-784-860 Reg. Date 8/4/2011 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002  Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 67 Counterclaim row number: 103 | | Johnny Johnson 1s294904 Reg. No. VA 1-734-355 Reg. Date 8/23/2010 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America REDACTED ACTUAL GEOGRAPHIC DISTRIBUTION: distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| 68 Counterclaim row number: 104 | | John Cancalosi 1s846160 Reg. No. VA 1-669-069 Reg. Date 5/20/2009 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America REDACTED ACTUAL GEOGRAPHIC DISTRIBUTION: distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| 69 Counterclaim row number: 105 | | Stephen G. Maka 1s846784 Reg. No. VA 1-737-729 Reg. Date 9/4/2010 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America REDACTED ACTUAL GEOGRAPHIC DISTRIBUTION: distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| 70 Counterclaim row number: 106 | | Tom & Pat Leeson 1s848535 Reg. No. VA 1-709-370 Reg. Date 5/29/2009 | Invoice Number: 8254 Invoice Date: 8/14/2002 | Environmental Science, by Botkin & Keller, 4/e (c) 2002 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America REDACTED ACTUAL GEOGRAPHIC DISTRIBUTION: distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website Cite: WDRKNY 0000007 |
| 71 Counterclaim row number: 107 | | Annie Griffiths Belt 1s200035 Reg. No. VA 1-667-458 Reg. Date 4/28/2009 | Invoice Number: 8427 Invoice Date: 1/28/2003 | Environment, by Berg & Raven, 4/e (c) 2003 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America REDACTED ACTUAL GEOGRAPHIC DISTRIBUTION: distributed outside license area Cite: WDRKNY 0000004 | Reproduced in unlicensed website and eBook Cite: WDRKNY 0000007 |
| 72 Counterclaim row number: 108 | | Tom Till 1s238705 Reg. No. VA 1-670-388 Reg. Date 5/30/2009 | Invoice Number: 8496 Invoice Date: 3/27/2003 | Dynamic Earth, by Skinner, 5/e (c) 2003 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America REDACTED ACTUAL GEOGRAPHIC DISTRIBUTION: distributed outside license area Cite: WDRKNY 0000004 | Cite: |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 73 Counterclaim row number: 109 | | Michael Collier 1s254983 Reg. No. VA 1-702-710 Reg. Date 5/26/2009 | Invoice Number: 8496 Invoice Date: 3/27/2003 | Dynamic Earth, by Skinner, 5/e (c) 2003 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 distributed outside license area | Cite: |
| 74 Counterclaim row number: 110 | | John Cancalosi 1s846160 Reg. No. VA 1-669-069 Reg. Date 5/20/2009 | Invoice Number: 8496 Invoice Date: 3/27/2003 | Dynamic Earth, by Skinner, 5/e (c) 2003 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 distributed outside license area | Cite: |
| 75 Counterclaim row number: 111 | | Tom Bean 1s848472 Reg. No. VA 1-670-360 Reg. Date 5/30/2009 | Invoice Number: 8496 Invoice Date: 3/27/2003 | Dynamic Earth, by Skinner, 5/e (c) 2003 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 distributed outside license area | Cite: |
| 76 Counterclaim row number: 112 | | Larry Ulrich 1d018501 Reg. No. VA 1-670-047 Reg. Date 5/22/2009 | Invoice Number: 8795 Invoice Date: 2/6/2004 | Dynamic Earth, Geodiscoveries CD ROM, by Skinner, 5/e (c) 2004 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 distributed outside license area | Cite: |
| 77 Counterclaim row number: 113 | | Stephen J. Krasemann 1s127549 Reg. No. VA 1-668-007 Reg. Date 5/9/2009 | Invoice Number: 8795 Invoice Date: 2/6/2004 | Dynamic Earth, Geodiscoveries CD ROM, by Skinner, 5/e (c) 2004 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 distributed outside license area | Cite: |
| 78 Counterclaim row number: 114 | | John Cancalosi 1s228171 Reg. No. VA 1-669-075 Reg. Date 5/20/2009 | Invoice Number: 8795 Invoice Date: 2/6/2004 | Dynamic Earth, Geodiscoveries CD ROM, by Skinner, 5/e (c) 2004 Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 distributed outside license area | Cite: |

| | Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|---|
| 79 Counterclaim row number: 115 | | Michael Collier 1s255288 Reg. No. VA 1-702-710 Reg. Date 5/26/2009 | Invoice Number: 8795 Invoice Date: 2/6/2004 | Dynamic Earth, Geodiscoveries CD ROM, by Skinner, 5/e (c) 2004  Umbrella ISBN: | LICENSED PRINT AMOUNT: 30,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED Cite: WDRKNY 0000004 <span style="color:red">distributed outside license area</span> | Cite: |
| 80 Counterclaim row number: 196 | | Jeremy Woodhouse 1s202035 Reg. No. VA 1-734-378 Reg. Date 8/21/2010 | Invoice Number: 9040 Invoice Date: 2/4/2005 | Biology, Understanding Life, by Alters, 1/e  Umbrella ISBN: | LICENSED PRINT AMOUNT: 40,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKAAA 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: | Cite: |
| 81 Counterclaim row number: 197 | | Darrell Gulin 1s273725 Reg. No. VA 1-667-838 Reg. Date 5/6/2009 | Invoice Number: 9040 Invoice Date: 2/4/2005 | Biology, Understanding Life, by Alters, 1/e  Umbrella ISBN: | LICENSED PRINT AMOUNT: 40,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: | Cite: |
| 82 Counterclaim row number: 198 | | Darrell Gulin 1s273725 Reg. No. VA 1-667-838 Reg. Date 5/6/2009 | Invoice Number: 9040 Invoice Date: 2/4/2005 | Biology, Understanding Life, by Alters, 1/e  Umbrella ISBN: | LICENSED PRINT AMOUNT: 40,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: | Cite: |
| 83 Counterclaim row number: 199 | | Martin Harvey 1s283405 Reg. No. VA 1-667-440 Reg. Date 4/27/2009 | Invoice Number: 9040 Invoice Date: 2/4/2005 | Biology, Understanding Life, by Alters, 1/e  Umbrella ISBN: | LICENSED PRINT AMOUNT: 40,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: | Cite: |
| 84 Counterclaim row number: 200 | | Anup and Manoj Shah 1s846566 Reg. No. VA 1-667-452 Reg. Date 4/28/2009 | Invoice Number: 9040 Invoice Date: 2/4/2005 | Biology, Understanding Life, by Alters, 1/e  Umbrella ISBN: | LICENSED PRINT AMOUNT: 40,000 ACTUAL PRINT AMOUNT: REDACTED Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: ACTUAL GEOGRAPHIC DISTRIBUTION: Cite: | Cite: |

| Image/Image ID | Image ID | Invoice | Publication | INFRINGEMENTS BASED ON PRINT RUN (IN RED) | INFRINGEMENTS BASED ON GEOGRAPHIC DISTRIBUTION (IN RED) | INFRINGEMENTS BASED ON FORMAT (IN RED) |
|---|---|---|---|---|---|---|
| 85 Counterclaim row number: 201 | John Cancalosi 1s849559 Reg. No. VA 1-669-065 Reg. Date 5/20/2009 | Invoice Number: 9040 Invoice Date: 2/4/2005 | Biology, Understanding Life, by Alters, 1/e  Umbrella ISBN: | LICENSED PRINT AMOUNT: 40,000  ACTUAL PRINT AMOUNT: REDACTED  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:  ACTUAL GEOGRAPHIC DISTRIBUTION:  Cite: | Cite: |
| 86 Counterclaim row number: 263 | Annie Griffiths Belt 1s200035 Reg. No. VA 1-667-458 Reg. Date 4/28/2009 | Invoice Number: 9243 Invoice Date: 10/28/2005 | Environment, by Raven & Berg, 5/e  Umbrella ISBN: | LICENSED PRINT AMOUNT: 40,000  ACTUAL PRINT AMOUNT: REDACTED  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION: North America  ACTUAL GEOGRAPHIC DISTRIBUTION: REDACTED distributed outside license area  Cite: WDRKNY 0000004 | Cite: |
| 87 Counterclaim row number: 278 | Tom Bean 1s180443 Reg. No. VA 1-670-362 Reg. Date 5/30/2009 | Invoice Number: 9523 Invoice Date: 2/27/2007 | Visualizing Physical Geology, by Murck, 1/e  Umbrella ISBN: | LICENSED PRINT AMOUNT: 40,000  ACTUAL PRINT AMOUNT: REDACTED  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:  ACTUAL GEOGRAPHIC DISTRIBUTION:  Cite: | Cite: |
| 88 Counterclaim row number: 279 | John Cancalosi 1s228171 Reg. No. VA 1-669-075 Reg. Date 5/20/2009 | Invoice Number: 9523 Invoice Date: 2/27/2007 | Visualizing Physical Geology, by Murck, 1/e  Umbrella ISBN: | LICENSED PRINT AMOUNT: 40,000  ACTUAL PRINT AMOUNT: REDACTED  Cite: WDRKNY 0000007 | LICENSED GEOGRAPHIC DISTRIBUTION:  ACTUAL GEOGRAPHIC DISTRIBUTION:  Cite: | Cite: |