EXHIBIT H

Wiley has been sued for copyright infringement in at least the following 15 actions:

1. *John Wiley & Sons, Inc. v. Hiser*, No. 09-cv-04307 (S.D.N.Y);
2. *Panoramic Images Ltd. v. John Wiley & Sons, Inc*., No. 12-cv-10003 (N.D. Ill.);
3. *Visuals Unlimited, Inc. v. John Wiley & Sons, Inc*., No. 11-cv-0415 (D.N.H.);
4. *Degginger et al. v. John Wiley & Sons, Inc.,* No. 11-cv-06600 (E.D. Pa.);
5. *Bean v. John Wiley & Sons, Inc*., No. 12-cv-8001 (D. Ariz.);
6. *Grant Heilman Photography, Inc. v. John Wiley & Sons, Inc.,* No. 11-CV-01665-JKG (E.D. Pa.);
7. *Psihoyos v. John Wiley & Sons, Inc.*, No. 11-cv-01416 (S.D.N.Y.);
8. *Frerck v. John Wiley & Sons, Inc*., No. 11-cv-2727 (N.D. Ill.);
9. *Cole v. John Wiley & Sons, Inc*., No. 11-cv-02090 (S.D.N.Y.);
10. *Warren v. John Wiley & Sons, Inc*., No. 12-cv-05070 (S.D.N.Y);
11. *Rubin v. John Wiley & Sons, Inc*., No. 12-cv-05071 (S.D.N.Y);
12. *Young-Wolff v. John Wiley & Sons, Inc*., No. 12-cv-05230 (S.D.N.Y.);
13. *Muench Photography, Inc. v. John Wiley & Sons, Inc.,* No. 12-cv-07502 (S.D.N.Y.);
14. *Beasley v. John Wiley & Sons, Inc.,* No. 12-cv-08715 (N.D. Ill.);
15. *Lefkowitz v. John Wiley & Sons, Inc.,* No. 13-cv-01662 (E.D. Pa.).