# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (KPF)

# Supplemental Declaration
# of Robert Penchina

In Support of Motion for Summary Judgment

# **Exhibit B**





visualsunlimited.photoshelter.com/image?&_b

visuals:unlimited

HOME GALLERIES ABOUT CART LIGHTBOXES CLIENT AREA TERMS

« back to search results

900662.tif « Image 88 of 529 »

**Actions**

» Add to Lightbox
» Email to Friend
» Download Image

**Details**

Cecropia Moth larva or caterpillar ,Hyalophora cecropia,, Saturniidae, North America.

| | |
|---|---|
| **Filename:** | 900662.tif |
| **Photographer:** | John & Barbara Gerlach |
| **Source:** | Visuals Unlimited, Inc. |
| **Date** | 2 May 2011 |
| **Location:** | |
| **Credit:** | John & Barbara Gerlach/Visuals Unlimited, Inc. |
| **Copyright:** | John & Barbara Gerlach/Visuals Unlimited, Inc. |
| **Model Release:** | No |
| **Property Release:** | No |
| **Restrictions:** | |
| **Direct Link:** | http://www.visualsunlimited.com/image/I |
| **Keywords:** | north america |
| | larva |
| | insects |
| | vertical |
| | larvae |
| | lepidoptera |
| | john gerlach |
| | caterpillar |
| | arthropod |
| | barbara gerlach |
| | arthropods |

www.drkphoto.com/bin/drk.dll/go?a=disp&pt=

DRK PHOTO.com

useful information for clients and prospective photographers

HOME SEARCH ABOUT DRK CONTACT US HELP MY ACCOUNT LIGHTBOXES ORDER LOGIN

## Picture Review

Image 182 of 296 — Back to thumbnails

**Reference**
1s284863

**Caption**
Cecropia Moth Larva (Hyalophora cecropia) .August. Alger County .Michigan.

**Size Online**
3452 x 5224 pixels / 52832 KB

**Photographer**
Barbara Gerlach

**Keywords** match all match any GO

To start a new search, select from this keyword list and choose to match all or any of the words selected

| | |
|---|---|
| America | Michigan |
| Animal | Moth |
| Caterpillar | North America |
| Cecropia Moth | Season |
| Creature | Summer |
| Green | Summer Solstice |
| Hyalophora Cecropia | United States Of America |
| Insect | Usa |
| Invertebrate | Vertical |
| Larva | Wildlife |
| Larvae | Zoology |

+lightbox | +order | back to thumbnails

View/Download comp image at 600px | 800px | 1000px

« back to search results



**Actions**
» Add to Lightbox
» License Rights Managed
» Buy Prints/Products
» Email to Friend
» Download Image

**Details**

Dewy Dragonfly, North America......

| | |
|---|---|
| Filename: | 431638.jpg |
| Photographer: | John & Barbara Gerlach |
| Source: | Visuals Unlimited, Inc. |
| Date: | 2 Oct 2011 |
| Location: | |
| Credit: | John & Barbara Gerlach/Visuals Unlimited, Inc. |
| Copyright: | © Barbara Gerlach / Visuals Unlimited |
| Model Release: | No |
| Property Release: | No |
| Restrictions: | |
| Direct Link: | http://www.visualsunlimited.com/image/I |
| Keywords: | insect |
| | insects |
| | entomology |
| | zoology |
| | dew |
| | dewy |
| | weather |
| | vertical |
| | barbara gerlach |
| | dragonfly |





**Picture Review**

**Reference**
1s189152

**Caption**
Dragonfly laden with dew Alger County Michigan USA

**Size Online**
3420 x 5208 pixels / 52182 KB

**Photographer**
Barbara Gerlach

**Keywords** ● match all ○ match any  **GO**

To start a new search, select from this keyword list
and choose to match all or any of the words selected

| | |
|---|---|
| America | Insect |
| American Midwest | Invertebrate |
| Animal | Michigan |
| Animals | North America |
| Creature | United States Of America |
| Dew | Usa |
| Dew Drops | Vertical |
| Dewy | Weather |
| Dragonfly | Wildlife |
| From Above | Zoology |

◄ Image 207 of 296 ►   **Back to thumbnails**

1s189152. © Barbara Gerlach / DRK PHOTO

+lightbox | +order | back to thumbnails

View/Download comp image at: 600px | 800px | 1000px



« back to search results

900551.jpg                                    «   Image 37 of 687   »



**Actions**
» Add to Lightbox
» License Rights Managed
» Buy Prints/Products
» Email to Friend
» Download Image

**Details**

Orange Sulfur Butterfly (Colias eurytheme) on Clover flower (Trifolium).

| | |
|---|---|
| Filename: | 900551.jpg |
| Photographer: | John & Barbara Gerlach |
| Source: | Visuals Unlimited, Inc. |
| Date | 2 Mar 2011 |
| Location: | |
| Credit: | John & Barbara Gerlach/Visuals Unlimited, Inc. |
| Copyright: | John & Barbara Gerlach/Visuals Unlimited, Inc. |
| Model Release: | No |
| Property Release: | No |
| Restrictions: | |
| Direct Link: | http://www.visualsunlimited.com/image/I0X |
| Keywords: | sulfur butterfly |
| | orange sulfur butterfly |



Go back one page
Right-click or pull down to show history

**DRK PHOTO.com**

begin your search for images in our online collection
HOME   SEARCH   ABOUT DRK   CONTACT US   HELP   MY ACCOUNT   LIGHTBOXES   ORDER   LOGIN

## Picture Review

◀ Image 96 of 296 ▶                    **Back to thumbnails**

**Reference**
1s186221

**Caption**
Orange Sulphur (Colias eurythene) Butterfly. Medina County. Ohio.

**Size Online**
5278 x 3547 pixels / 54854 KB

**Photographer**
☐ **Barbara Gerlach**

**Keywords** ● match all ○ match any   **GO**

To start a new search, select from this keyword list
and choose to match all or any of the words selected

| | |
|---|---|
| ☐ America | ☐ North America |
| ☐ American Midwest | ☐ Ohio |
| ☐ Animal | ☐ Orange Sulfur Butterflies |
| ☐ Animal Details | ☐ Orange Sulfur Butterfly |
| ☐ Animals | ☐ Orange Sulphur Butterflies |
| ☐ Antenna | ☐ Orange Sulphur Butterfly |
| ☐ Behavior | ☐ Perch |



+lightbox | +order | back to thumbnails

View/Download comp image at:  600px | 800px | 1000px