# *John Wiley & Sons, Inc. v. DRK Photo*
Case No. 1:11-cv-05454 (KPF)

# Supplemental Declaration of Robert Penchina
In Support of Motion for Summary Judgment

# Exhibit D

**visuals:unlimited**

27 Meadow Drive
Hollis, NH 03049
603.465.3340
www.visualsunlimited.com

<u>Copyright Assignment, Accrued Causes of Action, and Litigation Agreement</u>

The undersigned, the sole owner of the copyrights in the undersigned's images selected by Visuals Unlimited, Inc. ("Company") and included in Company's digital collection ("Accepted Images"), hereby grants to Company co-ownership of all copyrights in the Accepted Images. This assignment authorizes Company, in its sole discretion, to present, litigate and settle any accrued or later accruing claims, causes of action, choses in action – which is the personal right to bring a case – or lawsuits, brought by Company to address unauthorized uses of Accepted Images by licensees of Company, as if Company were the undersigned. Company agrees to reassign its co-ownership of Accepted Images back to the undersigned upon the conclusion of all such litigation.

| The Undersigned: | Visuals Unlimited, Inc.: |
|---|---|
| *Barbara Eddy-Gerlach Folz* | *Robert* |
| Signature | Robert Folz, Owner |
| Barbara Eddy-Gerlach | |
| Print Name | |
| Date signed: June 14 2013 | Date signed: June 14, 2013 |

VUI-000017