# *John Wiley & Sons, Inc. v. DRK Photo*
Case No. 1:11-cv-05454 (KPF)

# Supplemental Declaration of Robert Penchina
In Support of Motion for Summary Judgment

# Exhibit E

Minden Pictures

log in | register | your country United States

Search | within results | suggestions help

Home | Galleries | Search | Account | Lightbox | Cart

Search results | Keyword index | Browse new images

**Image 00511039 - Results**

Back to thumbnails | Printer friendly

Prev 7 of 18 Next

+Lightbox +Cart

Request price quote

**Caption**
Penas Blancas Valley, Monteverde Cloud Forest Reserve, Costa Rica

**Photographer**
Michael & Patricia Fogden

**File information**
5103 x 3392 pixels
17.0 x 11.3 inches @ 300 ppi
43.2 cm x 28.7 cm @ 118 ppcm

**Restrictions**

**Search Keywords**

| | |
|---|---|
| Cloud | Landscape |
| Cloud Forest | Mist |
| Color Image | Nobody |
| Costa Rica | Outdoors |
| Day | Penas Blancas Valley |
| Fog | Photography |
| Horizontal | Tropical |

New | Within results | Any | All | Go

DRK PHOTO.com

HOME | SEARCH | ABOUT DRK | CONTACT US | HELP | MY ACCOUNT | LIGHTBOXES | ORDER | LOGIN

## Picture Review

Image 1 of 8 | Back to thumbnails

**Reference**
1s849846

**Caption**
Rainforest. Penas Blacas Valley. Cordillera De Tilaran. Costa Rica.

**Size Online**
5184 x 3468 pixels / 52670 KB

**Photographer**
Michael Fogden

**Keywords** match all | match any | GO

To start a new search, select from this keyword list and choose to match all or any of the words selected

| | |
|---|---|
| Canopy | Lush Rainforest |
| Central America | Nature |
| Cloud | Rain Forest |
| Clouds | Rain Forests |
| Costa Rica | Rainforest |

+lightbox | +order | back to thumbnails

View/Download comp image at: 600px | 800px | 1000px

Minden Pictures

log in | register | your country United States

Search

within results suggestions help

Home | Galleries | Search | Account | Lightbox | Cart

Search results | Keyword index | Browse new images

**Image 00510832 - Results**

Back to thumbnails | Printer friendly

Prev 1 of 1 Next

+Lightbox +Cart

Request price quote

**Common name**
Vampire Bat

**Latin name**
Desmodus rotundus

**Caption**
Vampire Bat (Desmodus rotundus) portrait, Costa Rica

**Photographer**
Michael & Patricia Fogden

**File information**
5056 x 3289 pixels
16.9 x 11.0 inches @ 300 ppi
42.8 cm x 27.8 cm @ 118 ppcm

**Restrictions**

**Search Keywords**

| | |
|---|---|
| Close Up | Nobody |
| Color Image | One Animal |
| Costa Rica | Open Mouth |
| Danger | Photography |
| Desmodus rotundus | Portrait |
| Fang | Tooth |
| Front View | Ugly |
| Head and Shoulders | Vampire Bat |
| Horizontal | Wildlife |
| Looking at Camera | |

New | Within results | Any | All | Go

DRK PHOTO.com

review and proceed with your order

HOME | SEARCH | ABOUT DRK | CONTACT US | HELP | MY ACCOUNT | LIGHTBOXES | ORDER | LOGIN

## Picture Review

Image 25 of 1000 of 1056

Back to thumbnails

**Reference**
1s847972

**Caption**
Common vampire bat (Desmodus rotundus). Rainforest. Costa Rica.

**Size Online**
5268 x 3492 pixels / 53894 KB

**Photographer**
Michael Fogden

**Keywords** match all | match any | GO

To start a new search, select from this keyword list and choose to match all or any of the words selected

| | |
|---|---|
| Adult | Eyes |
| Adults | Face |
| Alert | Headshot |
| Animal | Horizontal |
| Animal Details | Mammal |
| Animals | Mammals |

+lightbox | +order | back to thumbnails

View/Download comp image at: 600px | 800px | 1000px

Minden Pictures

log in | register | your country United States

Search [ ] Go

within results | suggestions | help

Home | Galleries | Search | Account | Lightbox | Cart

Search results | Keyword index | Browse new images

**Image 00510916 - Results**

Back to thumbnails | Printer friendly

Prev 1 of 1 Next

+Lightbox +Cart

Request price quote

**Common name**
Eyelash Viper

**Latin name**
Bothriechis schlegelii

**Caption**
Eyelash Viper (Bothriechis schlegelii) on palm leaf over stream in rainforest, Costa Rica

**Photographer**
Michael & Patricia Fogden

**File information**
5053 x 3358 pixels
16.8 x 11.2 inches @ 300 ppi
42.8 cm x 28.4 cm @ 118 ppcm

**Restrictions**

**Search Keywords**

- Bothriechis schlegelii
- Camouflage
- Color Image
- Costa Rica
- Creek
- Day
- Eyelash Viper
- Forest
- Full Length
- Horizontal
- Nobody
- One Animal
- Photography
- Rainforest
- Venomous
- Water
- Wildlife

New | Within results | Any | All | Go

# DRKPHOTO.com

find out who we are and more about our collection

HOME | SEARCH | ABOUT DRK | CONTACT US | HELP | MY ACCOUNT | LIGHTBOXES | ORDER | LOGIN

## Picture Review

Image 1 of 10 | Back to thumbnails

**Reference**
1s849875

**Caption**
Eyelash viper - green morph (Bothrops schlegelii) on palm by rainforest stream. Costa Rica.

**Size Online**
5146 x 3510 pixels / 52924 KB

**Photographer**
Michael Fogden

**Keywords** match all | match any | GO

To start a new search, select from this keyword list and choose to match all or any of the words selected

- Animal
- Animalia
- Animals
- Arboreal
- Bothriechis Schlegelii
- Brook
- Brooks
- Palm Tree
- Palm Trees
- Pit Viper
- Pit Vipers
- Plantae
- Plants
- Predator

+lightbox | +order | back to thumbnails

View/Download comp image at: 600px | 800px | 1000px

Minden Pictures

log in | register | your country United States

Search [ ] Go

within results ☑ suggestions help

Home | Galleries | Search | Account | Lightbox | Cart

Search results | Keyword index | Browse new images

**Image 00510194 - Results**

Back to thumbnails    Printer friendly

Prev **14** of 19 Next

+Lightbox    +Cart

Request price quote

**Common name**
Violet Sabre-wing

**Latin name**
Campylopterus hemileucurus

**Common name**
Heliconia

**Latin name**
Heliconia monteverdensis

**Caption**
Violet Sabre-wing hummingbird (Campylopterus hemileucurus) visiting a Heliconia (Heliconia monteverdensis) flower, Monteverde Cloud Forest Reserve, Costa Rica

**Photographer**
Michael & Patricia Fogden

**File information**
5046 x 3346 pixels
16.8 x 11.2 inches @ 300 ppi
42.7 cm x 28.3 cm @ 118 ppcm

**Restrictions**

**Search Keywords**

| | |
|---|---|
| ☐ Campylopterus hemileucurus | ☐ High Speed |
| ☐ Close Up | ☐ Horizontal |
| ☐ Cloud Forest | ☐ Hummingbird |
| ☐ Color Image | ☐ Nobody |
| ☐ Costa Rica | ☐ One Animal |
| ☐ Day | ☐ Photography |
| ☐ Flower | ☐ Profile |
| ☐ Full Length | ☐ Tropical |
| ☐ Heliconia | ☐ Violet Sabre-wing |
| ☐ Heliconia monteverdensis | ☐ Wildlife |

◉ New ○ Within results ◉ Any ○ All Go

DRK PHOTO.com

HOME | SEARCH | ABOUT DRK | CONTACT US | HELP | MY ACCOUNT | LIGHTBOXES | ORDER | LOGIN

## Picture Review

Image [1] of 7    Back to thumbnails

**Reference**
1s849906

**Caption**
Violet sabrewing (Campylopterus hemileucurus) at heliconia (Heliconia monteverdensis). Cloud Forest Costa Rica.

**Size Online**
5064 x 3468 pixels / 51451 KB

**Photographer**
☐ Michael Fogden

**Keywords** ◉ match all ○ match any GO

To start a new search, select from this keyword list and choose to match all or any of the words selected

| | |
|---|---|
| ☐ Adult | ☐ Heliconia |
| ☐ Adults | ☐ Horizontal |
| ☐ Alert | ☐ Hummingbird |
| ☐ Animal | ☐ Hummingbirds |
| ☐ Animals | ☐ Land |

+lightbox | +order | back to thumbnails

View/Download comp image at: 600px | 800px | 1000px













