# *John Wiley & Sons, Inc. v. DRK Photo*
Case No. 1:11-cv-05454 (KPF)

# Supplemental Declaration of Robert Penchina
In Support of Motion for Summary Judgment

# Exhibit G

Copyright Assignment, Accrued Causes of Action, and Litigation Agreement

The undersigned, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Minden Pictures, Inc. ("Agency") and included in its collection, hereby assigns to Agency co-ownership of all copyrights in the Images. This assignment authorizes Agency, in its sole discretion, to present, litigate and settle any accrued or later accruing claims, causes of action, choses in action – which is the personal right to bring a case – or lawsuits, brought by Agency to address unauthorized uses of the Images by licensees of Agency, as if Agency were the undersigned. Agency agrees to reassign its co-ownership of the Images back to the undersigned immediately upon the conclusion of any such litigation.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided as provided in the Photographer's Agency Agreement.

The Undersigned:

_____
Signature

MICHAEL FOGDEN
Print Name

Date signed: 24-2.10

Minden Pictures, Inc.:

_____
Richard L. Minden, President

Date signed: March 10, 2010