# *John Wiley & Sons, Inc. v. DRK Photo*

Case No. 1:11-cv-05454 (KPF)

# Supplemental Declaration
# of Robert Penchina

In Support of Motion for Summary Judgment

# **Exhibit N**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JOHN WILEY & SONS, INC.,           )
                                   )
                 Plaintiffs,       )
                                   ) Civil Action
      vs.                          ) No.:  11 CV 5454 (GBD)
                                   )
DRK PHOTO,                         )
                                   )
                 Defendants.       )  ORIGINAL
_____)


DEPOSITION OF DR. MICHAEL P. COLLIER

Flagstaff, Arizona
March 18, 2013
10:00 a.m.


Prepared by:
Vicki L. O'Ceallaigh Champion, CRR, RPR
Certificate No. 50534


Prepared for:

THE COURT

 1  asking you questions, which, if you are able to, we would

 2  like you to answer.

 3          Do you understand that that is what is taking place

 4  today?

 5      A.   Yes.

 6      Q.   Is there any reason such as medication or anything

 7  else that would make it difficult for you to testify

 8  truthfully and fully today?

 9      A.   No.

10      Q.   Have you ever been a party to a lawsuit?

11      A.   No.  I'm racking my memory, and I can't ever

12  remember bringing a lawsuit.

13      Q.   Has anyone ever brought a lawsuit against you?

14      A.   No.  As a physician, once in 1986, there was an

15  issue that came up that was resolved without even my

16  knowledge, and that was as close as I came to a medical

17  lawsuit.  Certainly, never anything in publishing.

18      Q.   Did you do anything to prepare for the deposition

19  today?

20      A.   I received a phone call from Dan Krasemann about

21  two, two and a half weeks ago telling me that I might be

22  subpoenaed.  That was my first contact with Mr. Krasemann in

23  years.  I expressed surprise, and he invited me to talk to

24  his lawyers, Maurice Harmon called me last week and asked me

25  to -- or tried to explain to me what his understanding of the

Page 8

1    case was.

2             I explained to Mr. Harmon that I was not interested

3    in being represented by Harmon, and I explicitly told Harmon

4    and DRK that I had no interest in being part of any lawsuits

5    that they chose to bring against publishers from this point

6    on.  I did review what contracts I had signed or

7    communications I had had since 1996 with DRK, and I have

8    brought those with me.

9             I sent DRK and Mr. Harmon an e-mail on the 15th

10   three days ago explaining to them my desire not to be part of

11   any of their future lawsuits and, to the extent possible, not

12   even to be involved in this one.  You are smiling.

13       Q.   Your reluctance to be involved in lawsuits is not

14   surprising.

15            So, as you sit here today, you are here on your own,

16   and you are not represented by counsel in connection with

17   this deposition?

18       A.   I chose not to be.

19       Q.   Are you familiar with DRK Photography?

20       A.   Yes.

21       Q.   What do you understand DRK Photography to be?

22       A.   DRK is Dan Krasemann and his wife in Sedona,

23   Arizona.  They are a stock agency, and as such, they hold

24   photographers' pictures, mine among many, and promote them,

25   try to find markets for them, bill for those uses.  And my

WILEY & SONS v. DRK PHOTO                                    MICHAEL COLLIER

Page 60

1    everyone.

2              (WHEREUPON, the deposition was concluded at

3    12:31  a.m.)

4

5                        _____
                                 DR.  MICHAEL  COLLIER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25