UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOHN WILEY & SONS, INC., : Case No. 1:11-cv-05454 (KPF)
      Plaintiff, Counterclaim Defendant, :
 :
        -against- : **DECLARATION OF**
 **LISA SUAREZ**
DRK PHOTO, :
      Defendant, Counterclaimant. :
 :

------------------------------------- x

I, Lisa Suarez, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am employed by defendant John Wiley & Sons, Inc. ("Wiley") as a manager of inventory in the Finance and Operations department. Among my many responsibilities, I oversee the reprinting and distribution of Wiley textbooks. I respectfully submit this declaration in opposition to DRK Photo's motion for summary judgment.

    2.    At the request of counsel, I prepared the documents that have been submitted as exhibits B and C to the Declaration of Autumn Witt Boyd executed on June 28, 2013.

    3.    I have reviewed Ms. Boyd's Exhibit A and find that some of the print run and distribution numbers are at odds with the numbers set forth in Exhibits B and C.

    4.    For instance, Exhibit A claims that Wiley printed over 50,000 copies of Murck, Visualizing Geology 1e. This number is not correct. Exhibit B shows that Wiley printed fewer than 30,000 copies of this textbook.

    5.    Similarly, Exhibit A claims that Wiley printed over 40,000 copies of Strahler, Introducing Physical Geography 3e. This number is not correct. Exhibit B shows that Wiley printed fewer than 40,000 copies of this textbook. DRK appears to be including a "Media

Edition," which I believe was a subsequently licensed and published "update" of the third edition.

6. Exhibit B breaks down sales (and from which distribution center the sales originated) by Wiley's financial year. Wiley's financial year runs from May 1 to April 30. Thus, sales listed under the 2008 column would have occurred between May 1, 2007 and April 30, 2008.

7. Accordingly, Exhibit B shows that a number of textbooks that are the subject of DRK's motion had no sales activity – and by implication no printings – after April 30, 2008. These titles are:

   a. Botkin, Environment 3e;

   b. Skinner, Dynamic Earth 4e;

   c. Strahler, Introducing Physical Geography 2e;

   d. Strahler, Introducing Physical Geography 2e Update;

   e. Strahler, Introducing Physical Geography 3e;

   f. Strahler, Science and Systems 2e; and

   g. Trefil, Sciences 2e Update.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of July, 2013

_____
Lisa Suarez