EXHIBIT 1

```
                                                              Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   11-CV-5454(GBD)
     - - - - - - - - - - - - - - - - - -x
 4   JOHN WILEY & SONS, INC.,            :
                                         :
 5                      Plaintiff,       :
                                         :
 6          - against -                  :
                                         :
 7   DRK PHOTO,                          :
                                         :
 8                      Defendant.       :
                                         :
 9   - - - - - - - - - - - - - - - - - -x
10
11                              321 W. 44th Street
12                              New York, New York
13                              June 6, 2013
14                              10:00 a.m.
15
16
17
18
19
20          DEPOSITION OF JAMES H. PICKERELL, held
21   at the above-mentioned time and place, before
22   Randi Friedman, a Registered Professional
23   Reporter and Notary Public within and for the
24   State of New York.
25
```

```
                                                     Page 15
 1                     J. Pickerell
 2        Q.    Do you know Dan Krasemann?
 3        A.    No.  Know of him, but I've never met
 4   him.
 5        Q.    What do you know of him?
 6        A.    I know he is stock agent.  I don't
 7   remember if he's still a member of PACA.  He at
 8   one point was.  I've heard many people talk about
 9   him over the years, but I've never met him.
10        Q.    What do you know about him?
11        A.    Not a whole lot, other than he seemed
12   to have a good reputation from all the
13   photographers that I've talked to who mentioned
14   his name.
15        Q.    Have you spoken to him in the context
16   of doing your report in this case?
17        A.    No.
18        Q.    Have you ever spoken to him?
19        A.    No.
20        Q.    Have you ever corresponded with him?
21        A.    Not that I can recall.
22        Q.    Have you ever published anything about
23   him?
24        A.    Not that I can recall, but I've
25   published a lot of articles over the past couple
```

Page 69

1         J. Pickerell
2  are referring to?
3     A.   Well, the other aspects are if the
4  license does not specifically say, allow
5  electronic use, and they discover that there has
6  been electronic use, that's another aspect.  If
7  the publisher -- if they -- if the license does
8  not specifically allow print in another language,
9  that's another aspect.  If the license does not
10 allow use outside of the United States, outside
11 of North America, that's another aspect.
12    Q.   So sellers aren't forced to rely on
13 the publishers to find out about that because
14 they can find out if it's been offered in
15 electronic form or offered in another edition or
16 offered outside the United States by checking
17 Amazon; correct?
18           MR. HARMON:  Objection to form.
19           THE WITNESS:  They could
20      constantly check Amazon.  It would be very
21      difficult for them to check and determine
22      whether it's been used outside the United
23      States.  It would be difficult for them to
24      check -- to determine whether it's been in
25      another language.  They might be able to

                                                              Page 70

1                    J. Pickerell
2       determine that in Amazon.
3                    Since most of the electronic uses
4       are on password-protected sites, it would
5       be, I would think, almost impossible for
6       them to determine whether it has been used
7       on an electronic site, because they wouldn't
8       have -- they couldn't search for that and
9       find it and have that aspect.
10                   So there are some ways that they
11      can determine whether there have been other
12      uses, but certainly not all of the other
13      uses.
14                   (Exhibit Pickerell-9 was marked.)
15      Q.    Would you please take a look at the
16   document that's been marked Exhibit 9 and tell me
17   if Exhibit 9 is familiar to you.
18      A.    It is certainly from my newsletter,
19   and it was published in 1999.
20      Q.    And is the document or the article
21   that is Exhibit 9 something that was written by
22   you?
23      A.    Yes.
24      Q.    If you turn to the last page of
25   Exhibit 9, you see the heading, What To Do?

```
                                             Page 129
 1                   J. Pickerell
 2   still be a fair term in that area.  I can't be
 3   more specific than that as to what would be fair.
 4       Q.    Using the method of determining your
 5   view of fees that were reported in your
 6   submissions and the other cases we've discussed,
 7   what would be the appropriate fee in a
 8   circumstance where the pricing agreement gives a
 9   price for a press run of up to 40,000; the
10   permission, notwithstanding the 40,000 in the
11   agreement says you have the rights to print up to
12   20,000 copies; and instead 30,000 copies are
13   printed?  How do you apply your pricing
14   methodology to that?
15       A.    Well, in my book, I believe I --
16   certainly by 2001, I had a price for a print run
17   of 20,000.
18       Q.    But just to be clear, in this
19   circumstance if we're dealing with let's say
20   Wiley's price agreement that doesn't have a price
21   below 40.  It's up to 40.  They have an
22   authorization to print 20, and they print 30.
23             So what -- how do you determine the
24   price in that circumstance?
25                 MR. HARMON:  I object to the
```

1             J. Pickerell
2     interruption.  I just want Mr. Pickerell to
3     be able to finish the response he was making
4     before you interrupted him.  Then if you
5     want to follow up with that question.  Can
6     you kindly -- my objection is you should be
7     able -- you should be permitted to finish
8     your answer before another question is
9     posed.
10             THE WITNESS:  I need to figure out
11     where I was.
12             (Whereupon the reporter read back
13     the requested portion of the record.)
14             THE WITNESS:  What I was trying to
15     say is that the price for 20,000 wasn't half
16     of the 40,000 price.  It was -- and I don't
17     remember exactly, but let's say the price
18     for 40,000 was $200.00; and the price for
19     20,000 was 170 or something like that.
20             And so then if they had
21     licensed -- if they had licensed for 40,000,
22     printed 20, and then printed another 20,
23     they're still within the 40,000.  If they
24     licensed for 20 and then printed 40, then
25     we've got -- we've gone to the two to three

```
                                                      Page 131
 1                       J. Pickerell
 2        times, because this is an overrun of what
 3        they licensed.
 4   BY MR. PENCHINA:
 5        Q.    That was under your book or under the
 6   pricing agreement?
 7        A.    In that case, the pricing agreement --
 8   the fact that if they had a 20,000 fee in the
 9   pricing agreement, and that's the thing that they
10   licensed, then that's the usage that is allowed.
11   The fact that they have 40,000 also in the
12   pricing agreement is irrelevant because it's what
13   they licensed for.  It's not the other terms that
14   are in the pricing agreement that weren't part of
15   the license.
16        Q.    But if there's no price for 20,000, so
17   that the pricing agreement says $170.00 for up to
18   40,000 --
19        A.    Right.
20        Q.    -- and the invoice says you're limited
21   to 20,000 copies, and instead the publisher
22   prints 30,000 copies, they're still under what
23   the initial price for up to 40 was.  How would
24   you price it?
25        A.    I would still say that that's an
```

VERITEXT REPORTING COMPANY
212-279-9424            www.veritext.com            212-490-3430

Page 132

1                    J. Pickerell
2    overrun, because basically even though the
3    pricing agreement is set up as this is what we
4    would charge for X amount of uses, the publisher
5    comes to him and says, okay, in this case, we
6    only want to print 20,000.  So he gives the
7    license just for 20,000.  And that's what the
8    license says.  It's not some mysterious thing
9    that's related to the pricing agreement.  That's
10   what the license is.
11              And then if they overrun the license,
12   even though the price was -- he charged the same
13   for 20,000 as he would have charged for 40,000,
14   even though that's in the license.  Now they
15   could have asked for 40,000 in the first place
16   and probably should have.  That's their mistake.
17   Not the seller's mistake.  But he should not --
18   when they overrun the license, that is the
19   critical issue.  And that's where we go into the
20   charging additional fees.
21        Q.   So what would the additional fee be?
22        A.   Two to three times.
23        Q.   Two to three times?
24        A.   Two to three times that price for the
25   first thing.  Then we get back a little bit to

```
                                                    Page 161

 1                       ERRATA SHEET
                 VERITEXT REPORTING COMPANY
 2                       1250 BROADWAY
                  NEW YORK, NEW YORK 10001
 3                       800-362-2520
 4   CASE: JOHN WILEY & SONS VS. DRK PHOTO
     DEPOSITION DATE: JUNE 6, 2013
 5   DEPONENT: JAMES H. PICKERELL
 6   PAGE  LINE(S)   CHANGE              REASON
 7    54  | 11  | REMOVE "they were | Rest of sentence
 8    __  | ___ | paying"           | explains my thought.
 9    54  | 16  | "through" to "to" | ~~case~~ Supreme Court
10    __  | ___ |                   | refused to review
11    __  | ___ |                   | the case
12    55  | 19  | REMOVE "supply the"| Rest of sentence
13    __  | ___ |                   | makes sense
14   133  | 16  | Change "money"    | talking about image
15    __  | ___ | to "use"          | use, not money
16   137  | 23  | Replace "are" with| wrong tense
17    __  | ___ | "were"            |
18    __  | ___ | _____   | _____
19    __  | ___ | _____   | _____
20
                    [signature]
21                  _____
                    JAMES H. PICKERELL
22
     SUBSCRIBED AND SWORN TO BEFORE ME
23   THIS  01  DAY OF  July        , 20 13 .
24   [signature]
          ANDREW RESNICK              3/22/2017
          NOTARY PUBLIC             _____
25   (NOTARY PUBLIC)                MY COMMISSION EXPIRES:
          MONTGOMERY COUNTY
          MARYLAND
     MY COMMISSION EXPIRES 3/22/2017
```