EXHIBIT 2

Case 1:11-cv-05454-KPF-JCF   Document 96-2   Filed 08/09/13   Page 2 of 7

LISA SUAREZ                                                April 17, 2013
JOHN WILEY & SONS vs. DRK PHOTO                                         1

```
 1                              UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF NEW YORK
 2                              DOCKET NO. 1:11-CV-05454-GBD

 3   JOHN WILEY & SONS, INC,:

 4          Plaintiff,      :     DEPOSITION OF:

 5          vs.             :     LISA SUAREZ

 6   DRK PHOTO, A SOLE,     :
     PROPRIETORSHIP,
 7                          :
            Defendant.
 8   - - - - - - - - - - - -

 9   B E F O R E:

10         TRANSCRIPT of testimony as taken by and before

11   LAURIE A. LANDRIGAN, a Certified Shorthand Reporter

12   and Notary Public of the State of New Jersey, at the

13   offices of JOHN WILEY & SONS, 111 River Street,

14   Hoboken, New Jersey, on Wednesday, April 17, 2013,

15   commencing at 9:10 a.m., pursuant to Notice.

16

17

18

19

20

21

22

23
                   ESQUIRE DEPOSITION SOLUTIONS
24            33 Wood Avenue South,  Suite 445
                  Iselin, New Jersey  08830
25           (732) 283-1060   or   (800) 211-DEPO
```



Case 1:11-cv-05454-KPF-JCF   Document 96-2   Filed 08/09/13   Page 3 of 7

LISA SUAREZ                                                April 17, 2013
JOHN WILEY & SONS vs. DRK PHOTO                                       103

```
 1  A.      Correct.
 2          Q.      This spreadsheet would also be limited
 3  to around the 2002 time period; is that right?
 4  A.      Yes.
 5                  MS. BOYD:  Mark this.
 6
 7                  (Exhibit No. Suarez-20 is received
 8                  and marked for Identification by the
 9                  Reporter.)
10
11          Q.      Are you familiar with this document?
12  A.      I am.
13          Q.      It just goes down.
14  A.      Yes.
15          Q.      Can you tell me what this document
16  shows?
17  A.      Sure.  This shows the Wiley Plus validations
18  by domain.  So when the Wiley Plus course is adopted,
19  the professor gets assigned a domain URL.  This shows
20  you how many registrations were activated for the
21  domain.  In other words, these are actually how many
22  people accessed Wiley Plus.
23          Q.      So each professor gets his or her own?
24  A.      Domain, yes.
25          Q.      This would track?
```



Case 1:11-cv-05454-KPF-JCF   Document 96-2   Filed 08/09/13   Page 4 of 7

LISA SUAREZ                                                April 17, 2013
JOHN WILEY & SONS vs. DRK PHOTO                                       104

```
 1   A.      This tracks Wiley Plus usage.
 2           Q.      Basically by professor, by domain?
 3   A.      Right.
 4           Q.      We can get that number in the far right
 5   column, is that right, "validation for domains by reg
 6   code"?
 7   A.      Correct.
 8           Q.      Is there any way to tell by looking on
 9   this spreadsheet whether these products actually
10   contained images?
11   A.      By looking at this spreadsheet, no.
12           Q.      In general, do Wiley Plus courses
13   contain images?
14   A.      It's my understanding that they do.
15           Q.      Can you tell me what is in Wiley Plus?
16   Is it an exact duplicate of the textbook, or is it
17   something else?
18   A.      I think a lot of times each Wiley Plus course
19   is somewhat different, but I think most times it's
20   the electronic book plus other things, whether it's
21   quizzes or just other types of products put together.
22           Q.      Study aids, that sort of thing?
23   A.      Right, videos.
24           Q.      Does each professor customize their
25   Wiley Plus, or is it all the same and it's just
```



Case 1:11-cv-05454-KPF-JCF   Document 96-2   Filed 08/09/13   Page 5 of 7

LISA SUAREZ                                                    April 17, 2013
JOHN WILEY & SONS vs. DRK PHOTO                                          105

1  tracked by professor with their own domain?
2  A.    A professor can go in and add his own course
3  material and content to his Wiley Plus course.
4        Q.    Can they subtract content?  So, for
5  example, could they subtract chapters of the book
6  they weren't teaching?
7  A.    I'm guessing that they can only give their
8  students what they like.  So, yes, I would think that
9  they could, but I'm not positive.
10       Q.    So was there any effort to limit this
11 spreadsheet to just books that contain DRK's photos
12 or just Wiley Plus courses that contain DRK's photos?
13 A.    This spreadsheet reflects the list of titles
14 that I received from Ashima, so to the extent that
15 answers your question.
16       Q.    You didn't do any narrowing yourself?
17 A.    Correct.
18       Q.    Does this spreadsheet only contain
19 Wiley Plus?  Are there any other products included?
20 Some of the titles don't say Wiley Plus or don't have
21 a WP, but they still have a domain.  Does that
22 signify anything different, or is that just an entry
23 difference?
24 A.    That is the main title.  What you're looking
25 at, the ones that don't have that are just the main



Case 1:11-cv-05454-KPF-JCF   Document 96-2   Filed 08/09/13   Page 6 of 7

LISA SUAREZ                                                April 17, 2013
JOHN WILEY & SONS vs. DRK PHOTO                                       106

```
 1   title.  So the registrations are for -- that's not
 2   given to anybody.  That's like the main book
 3   associated with it.  That's not a domain.
 4         Q.    There are no validations for those
 5   rows, correct?
 6   A.    Correct.
 7         Q.    Like on the first page for Alters
 8   Biology, where the EPROF column says "Biology 1e,"
 9   there is a domain, but there are no registration
10   codes?
11   A.    Right.  So the one that says "Biology 1e" is
12   actually the book ISBN.
13         Q.    I see, but there is a domain URL?
14   A.    Right, because that's probably what they used
15   to just create the whole product.
16         Q.    On the front end?
17   A.    Right.
18         Q.    Then for a number of these entries
19   there are no validations; what does that mean?
20   A.    It means that a course was set up but no
21   students ever accessed it.
22         Q.    Is this spreadsheet limited by date, or
23   does it capture all of the validations?
24   A.    It would capture all of the validations?
25         Q.    Does Wiley have other online products
```



Case 1:11-cv-05454-KPF-JCF   Document 96-2   Filed 08/09/13   Page 7 of 7

LISA SUAREZ                                                April 17, 2013
JOHN WILEY & SONS vs. DRK PHOTO                                       107

1  that aren't captured on this spreadsheet?  For
2  instance, we talked about Blackboard and some other.
3  A.     Wiley has like ebooks and things like that
4  that wouldn't be on here.  This is just Wiley Plus,
5  I believe.
6          Q.     This is just one portion of the
7  electronic products?
8  A.     Correct.
9                MS. BOYD:  Mark this.
10
11              (Exhibit No. Suarez-21 is received
12          and marked for Identification by the
13          Reporter.)
14
15         Q.     Are you familiar with this document?
16 A.     No.
17         Q.     It looks like it printed twice the same
18 thing.  So you've never seen this document before?
19 A.     Not in the sense of what it looks like.  I
20 mean, I could kind of figure it out.  It looks like
21 this is how the student gets into Wiley Plus.
22         Q.     Do you have any idea what group at
23 Wiley might have created this document?  Does this
24 look like an IT document or something else?
25 A.     Yeah.  I mean, it could be IT.  It could be

