EXHIBIT 3

Case 1:11-cv-05454-KPF-JCF   Document 96-3   Filed 08/09/13   Page 2 of 6

LISA SUAREZ                                                June 18, 2012
DRK PHOTO vs. JOHN WILEY & SONS                                        1

```
 1         AMERICAN ARBITRATION ASSOCIATION

 2                           Case No. AAA 76 143 00193 11

 3    DRK PHOTO,                              :
                                              :
 4           Plaintiff,                       :
                                              :
 5                                            :
             vs.                              :
 6                                            :
                                              :
 7                                            :
                                              :
 8    JOHN WILEY & SONS, INC.,                :
                                              :
 9           Defendant.                       :
                                              :
10                                            :
                                              :
11                                            :
                                              :
12
              ----------------------------------------
13            DEPOSITION UNDER ORAL EXAMINATION OF:
                            LISA SUAREZ
14                         June 18, 2012
                           ------------
15        REPORTED BY:   JENNIFER L. WIELAGE, CCR
                           ------------
16

17
              ESQUIRE DEPOSITION SOLUTIONS
18             90 Woodbridge Center Drive
              Woodbridge, New Jersey 07095
19        (732) 283-1008 or (800) 247-8366

20

21    JOB #   346654

22

23

24

25
```



Case 1:11-cv-05454-KPF-JCF   Document 96-3   Filed 08/09/13   Page 3 of 6

LISA SUAREZ                                              June 18, 2012
DRK PHOTO vs. JOHN WILEY & SONS                                    105

```
 1   don't know who the exact person would be.
 2          Q.      Do they keep records of what they do
 3   with respect to takedowns?
 4          A.      They do, they should.
 5          Q.      And have you been able to look at
 6   those records in preparation for your testimony?
 7          A.      I have not.
 8          Q.      And who is the head of that
 9   department?
10          A.      I don't know.
11          Q.      Do you know anybody who works in that
12   department?
13          A.      Tom Spire.
14          Q.      Aside from the validations for
15   particular websites, access to websites and I guess
16   by this registration code, this validation, are there
17   any other -- is there any other way that you could
18   determine who accesses those sites and the number of
19   those who access it?
20          A.      Access to the content?
21          Q.      Yes.  In other words, aside from the
22   registration code or the validations, is it possible
23   that any other users have access to the online
24   publications that contain photographs by courtesy
25   passwords or any other method?
```



Case 1:11-cv-05454-KPF-JCF   Document 96-3   Filed 08/09/13   Page 4 of 6

LISA SUAREZ                                                June 18, 2012
DRK PHOTO vs. JOHN WILEY & SONS                                      106

```
 1        A.      Usually it's secure, so the only
 2   method would be either by website or by professor
 3   requests for access from the Profeal system.
 4        Q.      Are those requests recorded as a
 5   validation?
 6        A.      Yes.
 7        Q.      Is it possible for the professor to
 8   then give out his code to students?
 9        A.      No.
10        Q.      And why is that not possible?
11        A.      Because the student would have access
12   to all the professor's information.
13        Q.      If he were to provide the code?
14        A.      It's not a code.  It becomes the
15   professor's account and the professor would be
16   responsible for that account.
17        Q.      I understand.  But if a professor
18   chose, could he or she provide students access to
19   these electronic publications through their own
20   account -- through the public -- the professor's
21   account?
22        A.      The student would have to sign onto
23   the professor's account and it would be one sign-on.
24   I mean a professor would be crazy for doing that
25   because that he had have access to all his
```



Case 1:11-cv-05454-KPF-JCF   Document 96-3   Filed 08/09/13   Page 5 of 6

LISA SUAREZ                                                June 18, 2012
DRK PHOTO vs. JOHN WILEY & SONS                                      107

```
 1   information, test banks and stuff that you wouldn't
 2   want a student to see.
 3        Q.    Oh, I see.
 4              Is there any other way that as a
 5   courtesy or in a way that would not be reflected by a
 6   validation of a registration or a registration code,
 7   I really don't understand if those are the same or
 8   not, for someone to access the publications online?
 9        A.    No.
10        Q.    Is there a difference between
11   "validation" and "registration code"?
12        A.    There can be.
13        Q.    What would be the difference?
14        A.    A registration code could be
15   something generic that you hand out like the Wiley
16   Plus card is a generic card, but once somebody
17   validates it, they get access to particular content
18   so just because you have a registration card doesn't
19   necessarily mean that somebody has access to the
20   content.
21        Q.    Is there any way for someone who has
22   an access card to Wiley Plus to permit others to use
23   that card?
24        A.    No, the card is one-time use and it
25   has to be for a course that's set up and that's why
```



Case 1:11-cv-05454-KPF-JCF   Document 96-3   Filed 08/09/13   Page 6 of 6

LISA SUAREZ                                                June 18, 2012
DRK PHOTO vs. JOHN WILEY & SONS                                      108

1  validations are the most important thing to track.
2         Q.    And is that what your numbers track?
3         A.    Yes.
4         Q.    What do "net sales" mean?
5         A.    Net sales are usually gross sales,
6  less returns.
7         Q.    And directing your attention to Bates
8  numbers 4, 5 and 6, which are -- I think we were just
9  looking at them up here before, there's -- 4, I guess
10 is the only one --
11              MR. BARKER:  Yeah.
12              MR. HARMON:  Thank you.
13 BY MR. HARMON:
14        Q.    And those would be, just for clarity
15 of the record, S-10, S-8 and S-9.
16              Do you know why there are separate
17 charts created?
18        A.    They're separate titles so it was
19 just probably pulled at a separate request time.
20        Q.    In other words, each chart has the
21 same information but with respect to different
22 titles?
23        A.    Yes.
24        Q.    But they would be groups of titles,
25 correct?

