EXHIBIT 5

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4   JOHN WILEY & SONS, INC.,        )
                                     )
 5           Plaintiff,              )
                                     )
 6      vs.                          ) No. 1:11-CV-05454-GBD
                                     )
 7   DRK PHOTO,                      )
                                     )
 8           Defendant.              )
                                     )
 9   _____ )
                                     )
10   DRK PHOTO,                      )
                                     )
11           Counterclaimant,        )
                                     )
12      vs.                          )
                                     )
13   JOHN WILEY & SONS, INC.,        )
                                     )
14           Counterdefendant.       )
                                     )
15   _____ )
16
17            ** C O N F I D E N T I A L *
18     30(b)(6) DEPOSITION OF DANIEL RALPH KRASEMANN
19                   Sedona, Arizona
                   February 18, 2013
20                     9:53 a.m.
21
22
23                     Reported by:
                   SHANNON STEVENSON, RPR, CCR
24                 Certificate No. 50461
25
```

Page 37

1    natural that infringement issues would come up, licensing
2    issues, terms, but I don't know who I may or may not have
3    talked to about this or about that.
4         Q    How many lawsuits has DRK brought against
5    textbook publishers for violating license terms?
6         A    I believe we have discovered that four or five
7    may have exceeded our previously issued licensing terms.
8         Q    And have you brought lawsuits against all four
9    or five?
10        A    Lawsuits would be brought against them only
11   after DRK failed in its efforts to communicate and settle
12   the issues directly with the company or when the company
13   slams the door in our face and files a lawsuit against
14   us, we have no other alternative.
15        Q    I'm not sure you answered the question I asked
16   you.  I asked you if you had brought lawsuits against all
17   four or five?
18        A    I believe we ultimately have.
19        Q    In connection with four or five lawsuits
20   against publishers who you claim have violated license
21   terms, have you discussed the violation of license terms
22   with photographers?
23        A    Like I said, my brother because of the Triple A
24   hearing, they did over-the-phone testimony from him, so
25   he's aware probably of who that's involved with.  When we

CONFIDENTIAL

Page 132

1 ACKNOWLEDGMENT OF DEPONENT

2   I, DANIEL RALPH KRASEMANN, do hereby certify

3 that I have read the foregoing transcript of my

4 testimony, and further certify that it is a true

5 and accurate record of my testimony (with the

6 exception of the corrections listed below):

7  Page    Line                     Correction

| Page | Line | | Correction |
|---|---|---|---|
| 18 | 13 | AS and P | ASMP |
| 45 | 15 | I gave | He gave |
| 57 | 4 | Production quality | Reproduction quality |
| 58 | 19 | From the | For the |
| 58 | 19 | From all | With all |
| 71 | 6 | Located | Loaded |
| 85 | 14 | Releasing | Leasing |
| 92 | 14 | Size | Slides |
| 122 | 16 | DRP | DRK |
| 127 | 22 | Pre-licensing | Re-licensing |
| 128 | 22 | Photographer | Publisher |

_____
DANIEL RALPH KRASEMANN

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF _____, 20___.

_____      _____
(NOTARY PUBLIC)              MY COMMISSION EXPIRES: