EXHIBIT 6

# DRK PHOTO

265 Verde Valley School Road ◆ Sedona, Arizona 86351 U.S.A.
email: drkphoto@sedona.net   website: www.drkphoto.com
Phone: (520) 284-9808   Fax: (520) 284-9096

## *FAX TRANSMISSION ... page 1 of 2*

Date: April 10, 2000

- To: **Hilary Newman / Marge Graham - John Wiley & Sons, Inc.**
  - **Fax: 212-850-6450**

From: Daniel R. Krasemann

Subject: See below...

Dear Hilary:

As we discussed, following please find pricing/permissions to be used for a one-year period to evaluate discount/volume pricing for John Wiley & Sons, Inc.. At the end of this period we will review our volume of business with John Wiley & Sons.

It is my hope that these discounts will encourage more business between our companies. If you have any questions please feel free to contact me.

Cordially,

Daniel R. Krasemann
President

[FAXED 4-10-00 1:35 pm]

---

**CONFIDENTIAL**

The information contained in this facsimile communication is confidential and is intended to be read and used only by the addressee. This communication may contain trade secrets, material subject to an attorney-client or other privilege, and/or may be protected from unauthorized use or disclosure by other applicable law. Disclosure or use of this communication by persons other than the addressee is strictly prohibited. If this communication has been received in error, please notify the sender by telephone, and return the facsimile to the above address via regular mail.

---

CONFIDENTIAL   DRK v. Wiley AAA 00405

# DRK PHOTO

265 Verde Valley School Road ❑ Sedona, Arizona 86351
Phone: (520) 284-9808   U.S.A.   Fax: (520)-284-9096
Email: drkphoto@sedona.net   Website: www.drkphoto.com

April 10, 2000

☑ **Effective immediately -- pricing structure for John Wiley & Sons textbook reproduction. Effective for the period of April 10, 2000 through April 10, 2001.**

FOR: "One-time, non-exclusive, U.S., English language reproduction and distribution rights for publication inside one (1) print version of the copyright (xxxx) John Wiley & Sons TEXTBOOK publication titled; (xxxxx) the total number of copies to be printed is not to exceed (xxxxxx) copies. No other rights known or unknown to mankind are granted or implied. No electronic publishing rights granted.

|  | under 40k | 40k - 80k | 80k - 120k | over 120k |
|---|---|---|---|---|
| ¼ page | $ 170.00 | $ 191.25 | $ 212.50 | $ 233.75 |
| ½ page | $ 191.25 | $ 212.50 | $ 233.75 | $ 255.00 |
| ¾ page | $ 212.50 | $ 233.75 | $ 255.00 | $ 276.25 |
| 1 page | $ 233.75 | $ 255.00 | $ 276.25 | $ 297.50 |
| 2 page | $ 467.50 | $ 510.00 | $ 552.50 | $ 595.00 |
| Cover/dust jacket | $ 750.00 - $ 1,150.00 | | | |
| Wrap around cover | $ 1,150.00 - $ 1,600.00 | | | |

*****************************************************************

Unit/chapter openers, frontispiece, etc. = space fee plus 25%

Revisions = 75% of fee being charged at the time of revision

**North American** English language **vs. U.S.** English language = +25%
(a 5% or less distribution in Canada is allowed at no additional charge)

Foreign language editions = +25% per language when purchased with English language rights

Background images [overlaid heavily with text] = 80% of rate

To include one (1) *copyright update edition* within a five (5) year period (of less than 10% changes) = +50% if purchased with first edition rights.

Image reuse, in same book = 50% of rate (larger use being billed first)

Minimum fee (including reuses) = $100.00

Electronic / Digital / CD-ROM / WWW rights = negotiable by project

CONFIDENTIAL                                                                 DRK v. Wiley AAA 00406



@001

# John Wiley & Sons, Inc.
*Publishers Since 1807*

College Division
*Photo Department*
605 Third Avenue
New York, NY 10158-0012
212-850-6000
FAX 212-850-6450

April 17, 2000

Daniel Krasemann
President
DRK Photo

Sent via fax: 520-284-9096 (1 page)

Dear Daniel:

It was a pleasure to speak with you last week. I received your fax with the rates and I am a little confused by the prices listed since they are different from what we had discussed. I thought, based on our conversation, that you would grant us a flat rate of $170 for all in text North American uses for a trial basis for a duration of one year. Of course, we can exclude covers and electronic rights from this rate.

I am sorry if I misunderstood your proposal. I am still hoping that you will accommodate us with a flat rate. The prices that you have listed are not really a discount for us compared to the rates that we often get from other agencies.

Please feel free to contact me when you get a chance. I can be reached at 212-850-6733.

We are looking forward to increasing our business with your agency.

Many thanks for your assistance.

Sincerely,

Hilary Newman
Manager, Photo Department

CONFIDENTIAL                                        DRK v. Wiley AAA 00407

☑ 001



COLLEGE DIVISION
*Educational Publishing Group*
605 Third Avenue
New York, NY 10158-0012
212.850.6000
FAX: Illustration 212.850.6664
Manufacturing &
Design 212.850.6450
Photo Research 212.850.6945
Production 212.850.6367

# John Wiley & Sons, Inc.
*Publishers Since 1807*

May 15, 2000

Daniel Kraseman
President
DRK Photo
Sent via fax: 520-284-9096 (12 pages)
Tel: 520-284-9808

Dear Daniel:

As per our conversation, I am hoping that we might be able to set up a pricing agreement with DRK that is comparable to what we have with some other agencies. Attached are copies of some of those agreements for you to review. (I have blocked out the company names to maintain the confidentiality of the agreements.)

We are all big fans of your collection and I am hoping that establishing a pricing agreement will further increase our business with DRK.
Many thanks.

Best.

Hilary Newman
Manager, Photo Department

CONFIDENTIAL                                                                    DRK v. Wiley AAA 00402

June 12, 2000

Hilary Newman
Manager, Photo Department
John Wiley & Sons, Inc.
6th Floor Photo Dept.
605 Third Avenue
New York, NY 10158-0012

Dear Hilary:

Thank you for the "pricing copies" forwarded on May 15, 2000. Please accept my apologizes for not responding sooner but my schedule has been crazy of late.

Enclosed please find our pricing offer extended for a one (1) year period; should business be sufficient we have found that these arrangements have typically rolled-over after the initial period.

If you have any questions, or would like to discuss any aspect of this offer please feel free to contact me.

We look forward to increasing our business with John Wiley & Sons.

Cordially,

Daniel R. Krasemann
President

CONFIDENTIAL

DRK v. Wiley AAA 00403

## John Wiley & Sons - PRICING OFFER
## (DRK PHOTO)

1) **One year agreement** from     July 1, 2000    to    July 1, 2001.

2) **Base price for**: One-time, North American, (to include 10% or less distribution abroad) English language reproduction and distribution rights for publication inside one (1) print version of the copyright (xxxx) textbook publication titled (xxxx); the total number of copies to be printed is not to exceed 40,000 copies. No other rights known or unknown to mankind are granted or implied. No electronic publishing rights granted.

3) **"Over 40,000" print run, add 10%** per 40,000 copies increment.

4) **U.S. extended rights abroad… add 25%** for up to 25% world distribution.

5) **Fee schedule for b/w or color:** $170.00 up to ½ page in size.
   $225.00 up to 1 page in size.

6) **Openers price:** +25%.

7) **Second use in same product:** +50%.

8) **More than two uses in same product** to be negotiated.

9) **Reuse of images in subsequent editions** @ 75% of current base price.

10) **Electronic use/s when related to main product:** 50% per electronic product or website use, limited to the first five (5) electronic products or website addresses. Rate is assuming the same or smaller press run for said "electronic product/s" as the printed book, and is assuming any website use is limited to a one (1) year period. Any use beyond this to be negotiated.

11) **Stand alone electronic product:** 75% per electronic product assuming the same or smaller press run than the printed book. Could be lesser (50%) if the electronic product use is considerably smaller than the print use.

12) **Cover image cost:** $750.00 assuming a one (1) page front cover.

13) **Two or more images used on the same front cover:** Negotiable.

14) **Additional languages:** one @ 25%, two @ 40%, assuming the additional language/s press run/s are the same or smaller than the English language press run.

15) **Research fees waived:** OK, unless book title is canceled.

CONFIDENTIAL                                                                 DRK v. Wiley AAA 00404

| Agreement with DRK Photo December 2007- December 2009 | |
|---|---|
| **PRINT: UNDER 100K WORLD ENGLISH*** | |
| All sizes up to full page (in text usage) | $200 |
| Cover (front and back) | $600 |
| Multiple Image Covers (price per image) for 4 or more images (1/4 page) | $150 |
| New Electronic Usage (single, separate use from main text publication) | $75 |
| **PREMIUMS** | |
| Unit or Chapter Opener | 25% |
| Mailers <5K (new image) | $250 |
| Custom publish textbooks >2500 units* | $50 |
| **REUSE RATES** | |
| Reuse of photo in same book | 75% |
| Mailer Reuse <2500 (cover or interior) | $225 |
| Cover re-use: CD or Splash Screen | $150 |
| Cover Reuse on Ancilliaries | $225 |
| Updated editions (less than 20% change of content) | 50% |
| Re-License for new editions | 75% |

* Note:
• Print rights for World English under 100K, or ten (10) years from date of issue, (life-of-product) which ever occurs first, includes permission for E-Books/web and Powerpoint.
• No extra charge for repurposed images in custom published books with print runs under 2500 units that are part of overall print run for title.
• Visual Imprint Series photos are a flat rate of $200/photo up to 2 pages for all uses by author/title. Images within this special series can be reused within the book/single title, and ancillary products in print and electronic formats at no extra charge.
• Bulk purchases (over 50 images per project) to be negotiated.
• Cover rates include permission to repeat the image on the book spine at no additional fee.
• **No research fees will be charged.**

These rates agreed upon by:

*Hilary Newman*, Manager Photo Dept., 12/7/07

Name, Title, Date
John Wiley & Sons

*[signature]*, President, 12-07-2007

Name, Title, Date
DRK Photo

CONFIDENTIAL

DRK v. Wiley AAA 00401

| Agreement with DRK Photo<br>December 2007- December 2009 | |
|---|---|
| **PRINT: UNDER 100K WORLD ENGLISH*** | |
| All sizes up to full page (in text usage) | $215 |
| Cover (front and back) | $600 |
| Multiple Image Covers (price per image) for 4 or more images (1/4 page) | $150 |
| New Electronic Usage (single, separate use from main text publication) | $75 |
| **PREMIUMS** | |
| Unit or Chapter Opener | 25% |
| Mailers <5K (new image) | $250 |
| Custom publish textbooks >2500 units* | $50 |
| **REUSE RATES** | |
| Reuse of photo in same book | 75% |
| Mailer Reuse <2500 (cover or interior) | $225 |
| Cover re-use: CD or Splash Screen | $150 |
| Cover Reuse onAncilliaries | $225 |
| Updated editions (less than 20% change of content) | 50% |
| Re-License for new editions | 75% |

* **Note:**
• Print rights for World English under 100K, or ten (10) years from date of issue, (life-of-product) which ever occurs first, includes permission for E-Books/web, Powerpoint and ISV (international student versions). The 100,000 copy maximum print run limit is to be inclusive of all print copies.
• No extra charge for repurposed images in custom published books with print runs under 2500 units that are part of overall print run for title.
• Visual Imprint Series photos are a flat rate of $200/photo up to full page for all uses by author/title. Images within this special series can be reused within the book/single title, and ancillary products in print and electronic formats at no extra charge.
• Bulk purchases (over 50 images per project) to be negotiated.
• Cover rates include permission to repeat the image on the book spine at no additional fee.
• **No research fees will be charged.**

These rates agreed upon by:

*Hilary Newman* _____ Manager, Photo Department/John Wiley November 6, 2008

**Name, Title, Date**
**John Wiley & Sons**

_____, PRESIDENT, 11-07-2008

**Name, Title, Date**
**DRK Photo**