UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOHN WILEY & SONS, INC.,                              :
                Plaintiff,             :
                                          :
                                          :       1:11-CV-05454-KPF
               v.                                      :
                                          :       ECF Case
DRK PHOTO, a sole proprietorship,                   :
                                          :
                Defendant.            :
                                          :
---------------------------------------------------------    :
DRK PHOTO, a sole proprietorship,                   :
                Counterclaimant,   :
                                          :
               v.                                     :
                                          :
JOHN WILEY & SONS, INC.                             :

                Counterdefendant.

--------------------------------------------------------------

**NOTICE OF APPEAL**

Notice is hereby given that Defendant and Counterclaimant DRK Photo ("DRK") in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on March 11, 2015 (Dkt. No. 134), and from all interlocutory orders that gave rise to that judgment, including but not limited to the Order entered on February 21, 2014 (Dkt. No. 106), and the Court's oral decision rendered on March 4, 2015, insofar as those Orders dismissed DRK's copyright infringement claims for lack of "statutory standing" and denied DRK's motion for reconsideration.

Dated: April 9, 2015

Defendant and Counterclaimant DRK Photo,
by its attorneys,

*s/ Christopher Seidman*
Christopher Seidman
Harmon & Seidman LLC
P.O. Box 3207
Grand Junction, CO 81502
Tel: (970) 245-9075
Fax: (970) 245-8086
Email: chris@harmonseidman.com

Maurice Harmon (admitted *pro hac vice*)
Harmon & Seidman LLC
11 Chestnut Street
New Hope PA 18938
Telephone:  (917) 561-4434
maurice@harmonseidman.com

Amanda L. Bruss (admitted *pro hac vice*)
Harmon & Seidman LLC
12354 East Bates Circle
Aurora, CO 80014
Tel: (415) 271-5754
amanda@harmonseidman.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on April 9, 2015, I caused a true and correct copy of the foregoing pleading to be filed via the cm/ecf system, which will serve a notice of electronic filing to all counsel of record.

                              <u>*s/ Christopher Seidman*</u>
                              Christopher Seidman